# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>STEPHEN ANTHONY NEARY,<br>Debtor(s), | Bankruptcy Case No. 20-10212 JGR<br>Chapter 7 |
| PATRICK PAUL HARRINGTON,<br>JESSICA AND SHANE LARSON,<br>KARI HARRINGTON,<br>TIMA EFENDIC-ORTIZ, and<br>ARTURO ORTIZ,<br>Plaintiffs,<br><br>v.<br><br>STEPHEN ANTHONY NEARY,<br>Defendant, | Adversary Case No. 20-1239 JGR |
| PATRICK PAUL HARRINGTON,<br>JESSICA AND SHANE LARSON,<br>KARI HARRINGTON,<br>TIMA EFENDIC-ORTIZ, and<br>ARTURO ORTIZ,<br>Appellants,<br><br>v.<br><br>STEPHEN ANTHONY NEARY,<br>Appellee. | U.S. District Court<br>Case No. 23-cv-316 REB |

## NOTICE REGARDING RECORD ON APPEAL

A Notice of Appeal and Statement of Election was filed February 1, 2023 by attorney Joshua Sheade on behalf of Appellants and assigned District Court case number 23-cv-316 REB. Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ The parties have designated a Record on Appeal. Attached please find:

Volume I - Docket sheet and designated pleadings from Case 12-1239 JGR.

Volume II - Docket sheet, designated pleadings, claims register and designated proofs of claims from Case 20-10212 JGR.

Volume III – Docket sheet, designated pleadings, claims register and designated proof of claim from Case 19-10938 JGR.

☒ The following documents are not available on this Court's docket: Transcripts for the hearings held November 18, 2021 and January 18, 2023.

**A copy of this notice and the Record on Appeal has been transmitted electronically to US District Court.**

DATED: March 13, 2023                            Kenneth S. Gardner, Clerk of Court
                                                                        By: M. Reynolds, 720-904-7450