**MEANSNO, DelayDisch, 727OBJ**

# U.S. Bankruptcy Court
## District of Colorado (Denver)
### Bankruptcy Petition #: 20-10212-JGR

*Assigned to:* Joseph G. Rosania Jr.
Chapter 7
Voluntary
Asset

*Date filed:* 01/13/2020
*Deadline for objecting to discharge:* 07/10/2020
*Deadline for financial mgmt. course:* 05/22/2020

| | |
|---|---|
| *Debtor*<br>**Stephen Anthony Neary**<br>2349 Rainbows End Point<br>Colorado Springs, CO 80921<br>EL PASO-CO<br>SSN / ITIN: xxx-xx-7997<br>*aka* Steve Anthony Neary<br>*dba* SAN512, Inc.<br>*dba* Builtrite Builders, D/B/A LLC Copperleaf<br>**Homes** | represented by **Jeffrey S. Brinen**<br>Kutner Brinen Dickey Riley,<br>P.C.<br>1660 Lincoln St, Suite 1720<br>Denver, CO 80264<br>303-832-2400<br>Email: jsb@kutnerlaw.com |
| *Trustee*<br>**Lynn Martinez**<br>1123 N. Elizabeth St.<br>Pueblo, CO 81003<br>719-542-6707<br>lmartinez@trustee.comcastbiz.net | represented by **Harvey L. Kramer**<br>Kramer Law LLC<br>3731 Buffalo Lane<br>Denver, CO 80143<br>303-282-4342<br>**LEAD ATTORNEY**<br>Email: hkramer@kramlaw.com |
| *U.S. Trustee*<br>**US Trustee**<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294<br>303-312-7230<br>USTPRegion19.DV.ECF@usdoj.gov | |

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 01/13/2020 | 1 | ☐ | Chapter 7 Voluntary Petition for Individual. Total Number of Creditors Uploaded: 85. Section 521 Incomplete Filings due by 02/27/2020. (Brinen, Jeffrey) (Entered: 01/13/2020) |

| | 2 | ☐ | Statement of Social Security Number Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):1 Voluntary Petition-Chapter 7). (Brinen, Jeffrey) (Entered: 01/13/2020) |
|---|---|---|---|
| 01/13/2020 | | | |
| 01/13/2020 | 3 | ☐ | Disclosure of Compensation In the Amount of $ 0 Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary. (Brinen, Jeffrey) (Entered: 01/13/2020) |
| 01/13/2020 | 4 | ☐ | Statement of Intent Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary. (Brinen, Jeffrey) (Entered: 01/13/2020) |
| 01/13/2020 | 5 | ☐ | Chapter 7 Statement of Current Monthly Income - Form 122A-1 Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary. (Brinen, Jeffrey) (Entered: 01/13/2020) |
| 01/13/2020 | 6 | ☐ | Meeting of Creditors & Notice of Appointment of Interim Trustee Martinez, Lynn with 341(a) meeting to be held on 3/10/2020 at 08:30 AM at Colorado Springs Municipal Court, Div 2 Financial Management Course Certificate due by 5/11/2020. Last day to oppose discharge or dischargeability is 5/11/2020. (Entered: 01/13/2020) |
| 01/13/2020 | 7 | | Receipt of Voluntary Petition-Chapter 7( 20-10212) [misc,volp7a] ( 335.00) Filing Fee. Receipt number A28050113. Fee amount 335.00 (U.S. Treasury) (Entered: 01/13/2020) |
| 01/13/2020 | 8 | ☐ | Certificate of Budget and Credit Counseling Course Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary. (Brinen, Jeffrey) (Entered: 01/13/2020) |
| 01/14/2020 | 9 | ☐ | Notice of Deficiency For Omission of Information: Employee Income Records and/or Statement Concerning No Employee Income Record, Missing document(s) due by 01/27/2020. (related document(s)1 Voluntary Petition-Chapter 7). (cso) (Entered: 01/14/2020) |
| 01/14/2020 | 10 | ☐ | Employee Pay Advice/Income Record, Pay Stubs, and/or No Employee Income Record Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary. (Brinen, Jeffrey) (Entered: 01/14/2020) |
| 01/14/2020 | | | Set Notice of Financial Course Due Date. Notice of Financial Management Course Certificate Due by 04/07/2020 (adiclerk) (Entered: 01/14/2020) |
| 01/16/2020 | 11 | ☐ | Courts Notice and BNC Certificate of Mailing Re: Meeting of Creditors (related document(s)6 Meeting of Creditors-Chapter 7). No. of Notices: 39. Notice Date 01/16/2020. (Admin.) (Entered: 01/16/2020) |
| 01/16/2020 | 12 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)9 Notice of Deficiency). No. of Notices: 1. Notice Date 01/16/2020. (Admin.) (Entered: 01/16/2020) |
| 02/18/2020 | 13 | ☐ | Adversary case 20-01048. Complaint by Josh Morgan against Stephen Anthony Neary. Fee Paid. Adversary Status Deadline 06/17/2020 (Attachments: # 1 Exhibit A # 2 Exhibit B) (62 (Dischargeability - |

| | | | |
|---|---|---|---|
| | | | 523(a)(2), false pretenses, false representation, actual fraud)),(65 (Dischargeability - other)) (Evans, Scott) (Entered: 02/18/2020) |
| 02/28/2020 | 14 | ☐ | Motion for Relief from Stay On 2018 Jeep Grand Cherokee VIN: 1C4RJFAG2JC119378 and 4001-1.1 Notice Filed by Douglas D. Koktavy on behalf of Santander Consumer USA, Inc., d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.. Stay Hearing to be held on 3/24/2020 at 01:00 PM at Courtroom B. (Attachments: # 1 Proposed/Unsigned Order) (Koktavy, Douglas) (Entered: 02/28/2020) |
| 02/28/2020 | 15 | | Receipt of Motion for Relief From Stay and 4001-1.1 Notice( 20-10212-JGR) [motion,mfrstr] ( 181.00) Filing Fee. Receipt number A28303506. Fee amount 181.00 (U.S. Treasury) (Entered: 02/28/2020) |
| 03/02/2020 | 16 | ☐ | Amended Disclosure of Compensation In the Amount of $ 4000.00 Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):3 Disclosure of Compensation). (Brinen, Jeffrey) (Entered: 03/02/2020) |
| 03/09/2020 | 17 | ☐ | Entry of Appearance and Request for Notice Filed by Joshua Sheade on behalf of Kari and Patrick Harrington... (Sheade, Joshua) (Entered: 03/09/2020) |
| 03/09/2020 | 18 | ☐ | Entry of Appearance and Request for Notice Filed by Joshua Sheade on behalf of Jessica and Shane Larson... (Sheade, Joshua) (Entered: 03/09/2020) |
| 03/09/2020 | 19 | ☐ | Entry of Appearance and Request for Notice Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz... (Sheade, Joshua) (Entered: 03/09/2020) |
| 03/24/2020 | | | Meeting of Creditors Satisfied . (dd) (Entered: 03/24/2020) |
| 03/24/2020 | 20 | ☐ | Certificate of Non-Contested Matter Filed by Douglas D. Koktavy on behalf of Santander Consumer USA, Inc., d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. (related document(s):14 Motion for Relief From Stay and 4001-1.1 Notice). (Koktavy, Douglas) (Entered: 03/24/2020) |
| 03/25/2020 | 21 | ☐ | Order Granting Motion For Relief From Stay Re: Santander Consumer USA, INC., d/b/a Chrysler Capital (2018 Jeep Grand Cherokee VIN: 1C4RJFAG2JC119378) (related document(s):14 Motion for Relief From Stay and 4001-1.1 Notice). (cso) (Entered: 03/25/2020) |
| 03/27/2020 | 22 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)21 Order on Motion For Relief From Stay). No. of Notices: 1. Notice Date 03/27/2020. (Admin.) (Entered: 03/27/2020) |
| 03/30/2020 | 23 | ☐ | Notice Re: Notice of Telephonic Meeting of Creditors. Filed by Lynn Martinez on behalf of Lynn Martinez... (Martinez, Lynn) (Entered: 03/30/2020) |

| 04/07/2020 | 24 | ☐ | Personal Financial Management Course Certificate For Debtor Filed by Bhatt, Jai. (Entered: 04/07/2020) |
|---|---|---|---|
| 04/07/2020 | 25 | ☐ | Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management Official Form 423. If the case is closed because of failing to file Official Form 423, the case cannot be reopened without full payment of the reopening fee. If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen the case accompanied by the payment of the filing fee which is 260.00 for motions to reopen filed on and after January 1, 2007. After the case is reopened, the debtor(s) must then file Official Form 423 evidencing completion of an instructional course concerning personal financial management in order to receive a discharge. If the debtor(s) fail(s) to file Official Form 23 within 30 days after the case is reopened, then the case will again be closed without the entry of a discharge. Financial Management Certificate Due by 05/22/2020 (adiclerk) (Entered: 04/07/2020) |
| 04/10/2020 | 26 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)25 Chapter 7 Reminder Notice of Financial Management Certificate). No. of Notices: 1. Notice Date 04/10/2020. (Admin.) (Entered: 04/10/2020) |
| 04/17/2020 | 27 | ☐ | Objection to Exemption Filed by Lynn Martinez on behalf of Lynn Martinez. (Attachments: # 1 Proposed/Unsigned Order) (Martinez, Lynn) (Entered: 04/17/2020) |
| 04/17/2020 | 28 | ☐ | 9013-1.1 Notice Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):27 Objection to Exemption).. 9013 Objections due by 5/1/2020 for 27,. (Martinez, Lynn) (Entered: 04/17/2020) |
| 04/20/2020 | 29 | ☐ | Notice of Electronic Filing Error. **Lynn Martinez** is hereby notified of the following error in docket number 28: **Incorrect PDF.** E-Filer shall refile the correct pleading(s). Failure to timely correct the error may result in the party not receiving the requested relief. (Text Only Entry) (related document(s)28 9013-1.1 Notice). (cso) (Entered: 04/20/2020) |
| 04/27/2020 | 30 | ☐ | **ENTERED IN ERROR. PLEASE DISREGARD. SEE DOCUMENT #27.**Objection to Exemption Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s)27 Objection to Exemption). (Attachments: # 1 Proposed/Unsigned Order) (Martinez, Lynn) **Modified on 5/19/2020 (dg).** (Entered: 04/27/2020) |
| 04/30/2020 | 31 | ☐ | Motion to Extend Time Due To Other Reasons To to Respond to Trustee's Objection to Debtor's Claim of Exemption Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary. (Attachments: # 1 Proposed/Unsigned Order) (Brinen, Jeffrey). Related document(s) 30 Objection to Exemption filed by Trustee Lynn Martinez. **Modified on 5/1/2020 (cso).**Creating relationship to document #30 (Entered: 04/30/2020) |
| 04/30/2020 | 32 | ☐ | Motion to Extend Time Due To Other Reasons To Extend Deadlines to File Complaint to Object to Discharge Under 11 U.S.C. § 727 and/or to Determine Dischargeability Under 11 U.S.C. § 523 Filed by Joshua |

| | | | |
|---|---|---|---|
| | | ☐ | Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson. (Attachments: # 1 Notice Pursuant to Fed.R.Bankr.P. 4004(b), 4007(c), 9006(c) and L.B.R. 9013-1 # 2 Proposed/Unsigned Order # 3 Certificate of Service) (Sheade, Joshua) (Entered: 04/30/2020) |
| 04/30/2020 | 33 | ☐ | 9013-1.1 Notice Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s):32 Motion to Extend Time (Bankruptcy)).. 9013 Objections due by 5/14/2020 for 32,. (Attachments: # 1 Certificate of Service) (Sheade, Joshua) (Entered: 04/30/2020) |
| 04/30/2020 | 34 | ☐ | Motion to Shorten Time Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s)32 Motion to Extend Time (Bankruptcy), 33 9013-1.1 Notice). (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 04/30/2020) |
| 05/01/2020 | 35 | ☐ | Application to Employ Harvey L. Kramer and Kramer Law LLC as Counsel to Debtor Filed by Harvey L. Kramer on behalf of Kramer Law LLC,. (Attachments: # 1 Proposed/Unsigned Order) (Kramer, Harvey) (Entered: 05/01/2020) |
| 05/01/2020 | 36 | ☐ | Order Granting Debtor's Motion For Extension of Time To Respond To Trustee's Objection To Debtor's Claim of Exemption (related document(s):30 Objection to Exemption, 31 Motion to Extend Time (Bankruptcy)). The Debtor shall have to and including May 15, 2020 to file a response to Trustee's Objection to Debtor's Claim of Exemption 31, (re) (Entered: 05/01/2020) |
| 05/03/2020 | 37 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)36 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 05/03/2020. (Admin.) (Entered: 05/03/2020) |
| 05/04/2020 | 38 | ☐ | Order Granting Application to Employ Harvey L. Kramer for Lynn Martinez (related document(s):35 Application to Employ). (dg) (Entered: 05/04/2020) |
| 05/05/2020 | | | NOTIFICATION ENTRY: The Court file does not reflect that Trustee Lynn Martinez has filed the Notice Pursuant to Rule 9013-1 in accordance with the Notice of Electronic Filing entered 4/20/20 (#29). The image of the document at Docket #28 is a form of order and not an LBR 9013 Notice. (related document(s)28 9013-1.1 Notice, 29 Notification of Electronic Filing Error). (Entered: 05/05/2020) |
| 05/05/2020 | 39 | ☐ | 9013-1.1 Notice Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):27 Objection to Exemption).. 9013 Objections due by 5/1/2020 for 27,. (Martinez, Lynn) (Entered: 05/05/2020) |
| 05/06/2020 | 40 | ☐ | Order Denying Motion to Shorten Time (related document(s):32 Motion to Extend Time (Bankruptcy), 34 Motion to Shorten Time). (dg) (Entered: 05/06/2020) |

| | 41 | ☐ | Amended Schedule A/B: Property for Individual Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):1 Voluntary Petition-Chapter 7). (Brinen, Jeffrey) (Entered: 05/06/2020) |
| 05/06/2020 | | | |
| | 42 | ☐ | 1009-1.1 Notice of Amendment to Voluntary Petition, Lists, Schedules, or Statements Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):41 Schedule A/B)... (Brinen, Jeffrey) (Entered: 05/06/2020) |
| 05/06/2020 | | | |
| | 43 | ☐ | Certificate of Service Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):41 Schedule A/B, 42 1009-1.1 Notice of Amendment). (Brinen, Jeffrey) (Entered: 05/06/2020) |
| 05/06/2020 | | | |
| | 44 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)38 Order on Application to Employ). No. of Notices: 1. Notice Date 05/06/2020. (Admin.) (Entered: 05/06/2020) |
| 05/06/2020 | | | |
| | 45 | ☐ | **Withdrawn per Doc #106 .** Response Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):27 Objection to Exemption, 30 Objection to Exemption). (Brinen, Jeffrey) **Modified on 8/21/2020 (re).** (Entered: 05/07/2020) |
| 05/07/2020 | | | |
| | 46 | ☐ | Stipulation Between Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson and Debtor, Stephen A. Neary Re: Extending Deadlines to Object to Discharge Under 11 U.S.C. § 727 and/or For Determinations of Dischargeability Under 11 U.S.C. § 523 up to and through June 10, 2020 Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s)32 Motion to Extend Time (Bankruptcy)). (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 05/08/2020) |
| 05/08/2020 | | | |
| | 47 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)40 Order on Motion to Shorten Time). No. of Notices: 1. Notice Date 05/08/2020. (Admin.) (Entered: 05/08/2020) |
| 05/08/2020 | | | |
| | 48 | ☐ | Order Approving Stipulation to Extend Deadlines to Object to Discharge (related document(s):32 Motion to Extend Time (Bankruptcy), 46 Stipulation). (dg) (Entered: 05/11/2020) |
| 05/11/2020 | | | |
| | 49 | ☐ | Entry of Appearance and Request for Notice Filed by Joshua Sheade on behalf of Unofficial Committee of Unsecured Creditors... (Sheade, Joshua) (Entered: 05/11/2020) |
| 05/11/2020 | | | |
| | 50 | ☐ | Motion to Extend Time Due To Other Reasons To Extend Deadlines to Object to Discharge or for Determinations of Dischargeability Filed by Joshua Sheade on behalf of Unofficial Committee of Unsecured Creditors. (Attachments: # 1 Exhibit 1 - Declaration # 2 Proposed/Unsigned Order # 3 Certificate of Service) (Sheade, Joshua) (Entered: 05/11/2020) |
| 05/11/2020 | | | |
| | 51 | ☐ | 9013-1.1 Notice Filed by Joshua Sheade on behalf of Unofficial Committee of Unsecured Creditors (related document(s):50 Motion to Extend Time (Bankruptcy)).. 9013 Objections due by 5/25/2020 for 50,. |
| 05/11/2020 | | | |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Certificate of Service) (Sheade, Joshua) **Modified text re: obj ddl on 5/12/2020 (mjb).** (Entered: 05/11/2020) |
| 05/13/2020 | 52 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)48 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 05/13/2020. (Admin.) (Entered: 05/13/2020) |
| 05/14/2020 | 53 | ☐ | Motion for 2004 Examination Of Stephen Neary and Third Parties Filed by Joshua Sheade on behalf of Unofficial Committee of Unsecured Creditors. (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 05/14/2020) |
| 05/15/2020 | 54 | ☐ | Objection Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):50 Motion to Extend Time (Bankruptcy), 51 9013-1.1 Notice). (Brinen, Jeffrey) (Entered: 05/15/2020) |
| 05/15/2020 | 55 | ☐ | **Disregard this entry, see doc 56** Certificate of Non-Contested Matter Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):27 Objection to Exemption, 30 Objection to Exemption). (Kramer, Harvey) **Modified on 5/15/2020 per e-filer request (rjr).** (Entered: 05/15/2020) |
| 05/15/2020 | 56 | ☐ | Certificate of Contested Matter Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):27 Objection to Exemption, 30 Objection to Exemption). (Kramer, Harvey) (Entered: 05/15/2020) |
| 05/15/2020 | 57 | ☐ | Amended Response Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):30 Objection to Exemption, 45 Response). (Brinen, Jeffrey) (Entered: 05/15/2020) |
| 05/18/2020 | 58 | ☐ | Adversary case 20-01147. Complaint by Lynn Martinez against 2349 RAINBOWS END POINT, LLC. Fee to be Deferred. Adversary Status Deadline 09/15/2020 (14 (Recovery of money/property - other)) (Kramer, Harvey) (Entered: 05/18/2020) |
| 05/19/2020 | 59 | ☐ | Clerk's Notice of Fees Due. Amount Due: $350.00.. (dg) (Entered: 05/19/2020) |
| 05/19/2020 | 60 | ☐ | Order Setting Preliminary Hearing on the Chapter 7 Trustees Objection toDebtors Claim of Exemption (Doc. 27), and the Debtors Amended Response thereto(Doc. 57). Telephonic Hearing to be held on 5/27/2020 at 02:30 PM Courtroom B. (mjb). Related document(s) 27 Objection to Exemption filed by Trustee Lynn Martinez, 57 Response filed by Debtor Stephen Anthony Neary. **Modified to add docket entry relationships on 5/19/2020 (mjb).** (Entered: 05/19/2020) |
| 05/19/2020 | 61 | ☐ | Motion for 2004 Examination Of of Stephen Neary and Third Parties Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson. (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 05/19/2020) |

| | | | |
|---|---|---|---|
| 05/20/2020 | 62 | ☐ | Order Granting Ex Parte Motion for Order Authorizing Rule 2004 Examination of Stephen Neary and Third Parties (related document(s):61 Motion for Examination). (dg) (Entered: 05/20/2020) |
| 05/20/2020 | 63 | ☐ | Order to Amend. IT IS THEREFORE ORDERED that on or before May 27, 2020, counsel for the Movant shall amend the Filings (Docs. 49, 50, 53) to identify each of the creditors that he represents.IT IS FURTHER ORDERED that the amended Filings shall relate back to therespective original dates of filing. (related document(s)49 Entry of Appearance, 50 Motion to Extend Time (Bankruptcy), 53 Motion for Examination). (mjb) (Entered: 05/20/2020) |
| 05/21/2020 | 64 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)60 Order Setting Hearing). No. of Notices: 1. Notice Date 05/21/2020. (Admin.) (Entered: 05/21/2020) |
| 05/22/2020 | 65 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)62 Order on Motion for Examination). No. of Notices: 1. Notice Date 05/22/2020. (Admin.) (Entered: 05/22/2020) |
| 05/22/2020 | 66 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)63 Generic Order). No. of Notices: 1. Notice Date 05/22/2020. (Admin.) (Entered: 05/22/2020) |
| 05/27/2020 | 67 | ☐ | Minutes of Proceedings. Telephonic preliminary hearing regarding the Chapter 7 Trustee's Objection to Debtor's Claim of Exemption filed April 17, 2020 (Doc. 27), and the Debtor's Amended Response thereto filed May 15, 2020 (Doc. 57). IT IS ORDERED that the Chapter 7 Trustee's Objection to Debtor's Claim of Exemption filed April 17, 2020 (Doc. 27) shall be HELD IN ABEYANCE until Adv. Pro. 20-01147 is at issue. (related document(s)27 Objection to Exemption). (mjb) (Entered: 05/27/2020) |
| 05/27/2020 | 68 | ☐ | Motion to Extend Time Due To Other Reasons To Comply with Order to Amend up to and through June 3, 2020 Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson, Unofficial Committee of Unsecured Creditors (related document(s)63 Generic Order). (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 05/27/2020) |
| 05/28/2020 | 69 | ☐ | Order Granting Motion to Extend Time for Compliance with Order to Amend. The Court shall enlarge the time for any and all applicable parties to comply with the requirements identified within the Order to Amend (Doc. 63) up to and through June 3, 2020. (related document(s):68 Motion to Extend Time (Bankruptcy)). Document due by 6/3/2020. (mjb) (Entered: 05/28/2020) |
| 05/29/2020 | 70 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)67 Minutes of Proceedings/Minute Order). No. of Notices: 1. Notice Date 05/29/2020. (Admin.) (Entered: 05/29/2020) |

23-cv-316 ROA Vol 2 008

| | | | |
|---|---|---|---|
| 05/30/2020 | [71](#) | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)69 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 05/30/2020. (Admin.) (Entered: 05/30/2020) |
| 06/03/2020 | [72](#) | ☐ | Entry of Appearance and Request for Notice Filed by Joshua Sheade on behalf of Vance and Beth Neumann, Phelan Brothers Construction, Rex and Sandra Potter, Peter and Kellie Monahan, Paul Bender, Neal and Brandi Massie, John and Jami Fernandez, Janet Feeder, James and Brenda Brown, J&M Cleaning, Inc., HomeRun Electronics, Inc., HK Home Solutions LLC, Hernand and Jada Mateo, Heather and Cliff Lichtenberger, Gabriela and German Ricano Pelaez, Forth Land Surveying, Inc., Bruce and Michelle Dawson, Borchardt, Samantha and Lincoln, Brian, Brian and Tawnia Harp, Augustine and Ugoji Obinnah, Andrew and Karin McWhorter, AMC Painting, LLC, Alan and Carolyn Brethour... (Sheade, Joshua) (Entered: 06/03/2020) |
| 06/03/2020 | [73](#) | ☐ | Amended Motion to Extend Time Due To Other Reasons To Extend Deadlines to Object to Discharge or for Determinations of Dischargeability up to and through July 10, 2020 Filed by Joshua Sheade on behalf of AMC Painting, LLC, Paul Bender, Alan and Carolyn Brethour, James and Brenda Brown, Bruce and Michelle Dawson, Janet Feeder, John and Jami Fernandez, Forth Land Surveying, Inc., HK Home Solutions LLC, Brian and Tawnia Harp, HomeRun Electronics, Inc., J&M Cleaning, Inc., Heather and Cliff Lichtenberger, Neal and Brandi Massie, Hernand and Jada Mateo, Andrew and Karin McWhorter, Peter and Kellie Monahan, Vance and Beth Neumann, Augustine and Ugoji Obinnah, Phelan Brothers Construction, Rex and Sandra Potter, Gabriela and German Ricano Pelaez, Borchardt, Samantha and Lincoln, Brian (related document(s)50 Motion to Extend Time (Bankruptcy), 51 9013-1.1 Notice, 63 Generic Order, 69 Order on Motion to Extend Time). (Attachments: # 1 Proposed/Unsigned Order # 2 Certificate of Service) (Sheade, Joshua) (Entered: 06/03/2020) |
| 06/10/2020 | [74](#) | ☐ | Second Motion to Extend Time Due To Other Reasons To Object to Discharge and/or for Determinations OF Dischargeability Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson. (Attachments: # 1 L.B.R. 9013-1 Notice of Second Motion to Extend Deadlines # 2 Proposed/Unsigned Order # 3 Certificate of Service) (Sheade, Joshua) (Entered: 06/10/2020) |
| 06/10/2020 | [75](#) | ☐ | 9013-1.1 Notice Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s):74 Motion to Extend Time (Bankruptcy)).. 9013 Objections due by 6/24/2020 for 74,. (Attachments: # 1 Certificate of Service) (Sheade, Joshua) (Entered: 06/10/2020) |
| 06/11/2020 | [76](#) | ☐ | Certificate of Contested Matter Filed by Joshua Sheade on behalf of AMC Painting, LLC, Paul Bender, Alan and Carolyn Brethour, James and Brenda Brown, Bruce and Michelle Dawson, Janet Feeder, John and Jami Fernandez, Forth Land Surveying, Inc., HK Home Solutions LLC, Brian and Tawnia Harp, HomeRun Electronics, Inc., J&M Cleaning, Inc., Heather and Cliff Lichtenberger, Neal and Brandi Massie, Hernand and Jada Mateo, Andrew and Karin McWhorter, Peter and Kellie Monahan, Vance and Beth Neumann, Augustine and Ugoji Obinnah, |

23-cv-316 ROA Vol 2 009

3/9/2023, 4:11 PM

| | | | |
|---|---|---|---|
| | | | Phelan Brothers Construction, Rex and Sandra Potter, Gabriela and German Ricano Pelaez, Borchardt, Samantha and Lincoln, Brian (related document(s):50 Motion to Extend Time (Bankruptcy), 54 Objection, 73 Motion to Extend Time (Bankruptcy)). (Sheade, Joshua) (Entered: 06/11/2020) |
| 06/17/2020 | 77 | ☐ | Order Setting Preliminary Hearing. THIS MATTER comes before the Court on the Moving Creditors' Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 (Doc. 50), the Debtor's Objection thereto (Doc. 54), and the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 (Doc. 73). A preliminary hearing to consider the matter will be held on Tuesday, June 30, 2020, at 10:00 a.m., in Courtroom B. (related document(s)50 Motion to Extend Time (Bankruptcy), 54 Objection, 73 Motion to Extend Time (Bankruptcy)). (mjb) (Entered: 06/17/2020) |
| 06/19/2020 | 78 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)77 Order Setting Hearing). No. of Notices: 1. Notice Date 06/19/2020. (Admin.) (Entered: 06/19/2020) |
| 06/25/2020 | 79 | ☐ | Certificate of Non-Contested Matter Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s):74 Motion to Extend Time (Bankruptcy)). (Sheade, Joshua) (Entered: 06/25/2020) |
| 06/25/2020 | 80 | ☐ | Second Ex Parte Motion for 2004 Examination Of Stephen Neary and Third Parties as follows: (1) PayPal, (2) TCF National Bank, (3) SA Administrative Services, Inc. and (4) RIV512 Administrative Services, Inc. Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson. (Attachments: # 1 Exhibit 1 - PayPal Report # 2 Exhibit 2 - SA Admin & RIV512 Formalities # 3 Proposed/Unsigned Order) (Sheade, Joshua) **Modified text on 6/26/2020 (mjb).** (Entered: 06/25/2020) |
| 06/26/2020 | 81 | ☐ | Order Extending Deadlines to Object to Discharge Under 11 U.S.C. § 727 and/or Dischargeability Under 11 U.S.C. § 523. The Court does hereby ORDER that the Motion is GRANTED. The deadlines arising under FED.R.BANKR.P 4004(b) and 4007(c), shall be extended to allow the Moving Creditors to file a complaint fordetermination of dischargeability of a specific debt pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4), (a)(6) and/or object to discharge pursuant to 11 U.S.C. § 727(a) up to and through July 10, 2020 (related document(s):74 Motion to Extend Time (Bankruptcy)). Last day to oppose discharge or dischargeability is 7/10/2020. (mjb) (Entered: 06/26/2020) |
| 06/26/2020 | 82 | ☐ | Order Granting Second Ex Parte Motion for Order Authorizing Rule 2004 Examination of Stephen Neary and Third Parties. (related document(s):80 Motion for Examination). (mjb) (Entered: 06/26/2020) |

| | | | |
|---|---|---|---|
| 06/28/2020 | <u>83</u> | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)<u>81</u> Order on Motion to Extend Time). No. of Notices: 1. Notice Date 06/28/2020. (Admin.) (Entered: 06/28/2020) |
| 06/28/2020 | <u>84</u> | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)<u>82</u> Order on Motion for Examination). No. of Notices: 1. Notice Date 06/28/2020. (Admin.) (Entered: 06/28/2020) |
| 06/30/2020 | <u>85</u> | ☐ | Minutes of Proceeding. Telephonic preliminary hearing regarding the Moving Creditors' Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed May 11, 2020 (Doc. 50), the Debtor's Objection thereto filed May 15, 2020 (Doc. 54), and the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73). This matter is CONTINUED to Thursday, July 2, 2020, at 11:00 a.m., in Courtroom B (related document(s)<u>50</u> Motion to Extend Time (Bankruptcy), <u>54</u> Objection, <u>73</u> Motion to Extend Time (Bankruptcy)). Telephonic Hearing to be held on 7/2/2020 at 11:00 AM Courtroom B. (mjb) (Entered: 06/30/2020) |
| 07/02/2020 | <u>86</u> | ☐ | Order Rescheduling Hearing. The Court having reviewed the file and pleadings, hereby ORDERS that the continued telephonic preliminary hearing regarding the Moving Creditors' Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed May 11, 2020 (Doc. 50), the Debtor's Objection thereto filed May 15, 2020 (Doc. 54), and the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73), currently scheduled to commence on Thursday, July 2, 2020, at 10:00 a.m. is rescheduled and will commence on Wednesday, July 8, 2020, at 2:00 p.m., in Courtroom B (related document(s)<u>50</u> Motion to Extend Time (Bankruptcy), <u>73</u> Motion to Extend Time (Bankruptcy), <u>85</u> Minutes of Proceedings/Minute Order). Telephonic Hearing to be held on 7/8/2020 at 02:00 PM Courtroom B for <u>50</u> and for <u>73</u> . (mjb) (Entered: 07/02/2020) |
| 07/02/2020 | <u>87</u> | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)<u>85</u> Minutes of Proceedings/Minute Order). No. of Notices: 1. Notice Date 07/02/2020. (Admin.) (Entered: 07/02/2020) |
| 07/04/2020 | <u>88</u> | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)<u>86</u> Order to Reschedule Hearing). No. of Notices: 1. Notice Date 07/04/2020. (Admin.) (Entered: 07/04/2020) |
| 07/08/2020 | <u>89</u> | ☐ | Notice Re: Supplemental Authority. Filed by Joshua Sheade on behalf of AMC Painting, LLC, Paul Bender, Alan and Carolyn Brethour, James and Brenda Brown, Bruce and Michelle Dawson, Janet Feeder, John and Jami Fernandez, Forth Land Surveying, Inc., HK Home Solutions LLC, Brian and Tawnia Harp, HomeRun Electronics, Inc., J&M Cleaning, Inc., Heather and Cliff Lichtenberger, Neal and Brandi Massie, Hernand and Jada Mateo, Andrew and Karin McWhorter, Peter and Kellie Monahan, Vance and Beth Neumann, Augustine and Ugoji Obinnah, |

| | | | |
|---|---|---|---|
| | | | Phelan Brothers Construction, Rex and Sandra Potter, Gabriela and German Ricano Pelaez, Borchardt, Samantha and Lincoln, Brian (related document(s):85 Minutes of Proceedings/Minute Order, 86 Order to Reschedule Hearing)... (Sheade, Joshua) (Entered: 07/08/2020) |
| 07/08/2020 | 90 | ☐ | Minutes of Proceeding. Continued telephonic preliminary hearing regarding the Moving Creditors' Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed May 11, 2020 (Doc. 50), the Debtor's Objection thereto filed May 15, 2020 (Doc. 54), and the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73). IT IS ORDERED that the Debtor's Objection filed May 15, 2020 (Doc. 54) is OVERRULED as to standing. This matter is CONTINUED to an evidentiary hearing on cause on Wednesday, August 26, 2020, at 10:00 a.m., in Courtroom B. (related document(s)50 Motion to Extend Time (Bankruptcy), 54 Objection, 73 Motion to Extend Time (Bankruptcy)). Evidentiary Hearing to be held on 8/26/2020 at 10:00 AM Courtroom B. (mjb) (Entered: 07/08/2020) |
| 07/08/2020 | 91 | ☐ | Notice of Possible Dividends. It appearing to the Trustee that a dividend to creditors is possible; Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than the date shown below. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or the date shown below, whichever is later. All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code. Proofs of Claim due by 10/13/2020. (Martinez, Lynn) (Entered: 07/08/2020) |
| 07/10/2020 | 92 | ☐ | Stipulation Between Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson and Debtor, Stephen A. Neary Re: Third Extension of Deadlines to Object to Discharge and/or Dischargeability up to and through August 10, 2020 Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s)81 Order on Motion to Extend Time). (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 07/10/2020) |
| 07/10/2020 | 93 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)90 Minutes of Proceedings/Minute Order). No. of Notices: 1. Notice Date 07/10/2020. (Admin.) (Entered: 07/10/2020) |
| 07/11/2020 | 94 | ☐ | Courts Notice and BNC Certificate of Mailing Re: Notice of Possible Dividend (related document(s)91 Notice of Possible Dividends). No. of Notices: 42. Notice Date 07/11/2020. (Admin.) (Entered: 07/13/2020) |
| 07/13/2020 | 95 | ☐ | Order Approving Stipulation to Third Extension of Deadlines to Object to Discharge and/or Dischargeability. The Court having reviewed the Stipulation, and being otherwise fully advised in the premises, does hereby ORDER that the Stipulation is APPROVED and accepted as an Order of the Court. IT IS FURTHER ORDERED that, solely with respect to the Creditors, the deadlines to file a complaint for |

| | | | |
|---|---|---|---|
| | | | determination of dischargeability of a specific debt pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4), (a)(6) and/or to object to discharge pursuant to 11 U.S.C. § 727(a), arising under FED.R.BANKR.P 4004(b) and 4007(c), shall be extended up to and through August 10, 2020. (related document(s):92 Stipulation). (mjb) (Entered: 07/13/2020) |
| 07/15/2020 | 96 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)95 Order On Stipulation). No. of Notices: 1. Notice Date 07/15/2020. (Admin.) (Entered: 07/15/2020) |
| 07/27/2020 | | | Disposition of Adversary Proceeding Number 20-01048 JGR. Final Order or Judgment Has Entered. Tickle Due Date 8/10/2020-Review to close. (dg) (Entered: 07/27/2020) |
| 08/10/2020 | 97 | ☐ | Stipulation Between Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson and Debtor, Stephen A. Neary Re: Fourth Extension of Deadlines to Object to Discharge and/or Dischargeability up to and through August 20, 2020 Filed by Joshua Sheade on behalf of Tima Efendic-Ortiz and Arturo Ortiz, Kari and Patrick Harrington, Jessica and Shane Larson (related document(s)95 Order On Stipulation). (Attachments: # 1 Proposed/Unsigned Order) (Sheade, Joshua) (Entered: 08/10/2020) |
| 08/11/2020 | 98 | ☐ | Order Approving Stipulation to Fourth Extension of Deadlines to Object to Discharge and/or Dischargeability. It is ORDERED that solely with respect to the Creditors, the deadlines to object to discharge and/or dischargeability shall be extended up to and through August 20, 2020. (related document(s):97 Stipulation). (mjb) (Entered: 08/11/2020) |
| 08/13/2020 | 99 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)98 Order On Stipulation). No. of Notices: 1. Notice Date 08/13/2020. (Admin.) (Entered: 08/13/2020) |
| 08/18/2020 | 100 | ☐ | Amended Schedule A/B: Property for Individual Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):1 Voluntary Petition-Chapter 7). (Brinen, Jeffrey) (Entered: 08/18/2020) |
| 08/18/2020 | 101 | ☐ | Amended Schedule C: Property Claimed as Exempt Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):1 Voluntary Petition-Chapter 7). (Brinen, Jeffrey) (Entered: 08/18/2020) |
| 08/18/2020 | 102 | ☐ | Amended Schedule D: Creditors having Claims Secured by Property And/Or Schedule E/F: Creditors Who Have Unsecured Claims For Individual Total Number of Creditors Added or Uploaded: 0 Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):1 Voluntary Petition-Chapter 7). (Brinen, Jeffrey) (Entered: 08/18/2020) |
| 08/18/2020 | 103 | | Receipt of Schedule D And/Or Schedule E/F( 20-10212-JGR) [misc,schef] ( 31.00) Filing Fee. Receipt number A29265543. Fee amount 31.00 (U.S. Treasury) (Entered: 08/18/2020) |
| 08/18/2020 | 104 | ☐ | 1009-1.1 Notice of Amendment to Voluntary Petition, Lists, Schedules, or Statements Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary |

| | | | |
|---|---|---|---|
| | | | (related document(s):102 Schedule D And/Or Schedule E/F)... (Brinen, Jeffrey) (Entered: 08/18/2020) |
| 08/18/2020 | 105 | ☐ | Certificate of Service Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):100 Schedule A/B, 101 Schedule C, 102 Schedule D And/Or Schedule E/F, 104 1009-1.1 Notice of Amendment). (Brinen, Jeffrey) (Entered: 08/18/2020) |
| 08/20/2020 | 106 | ☐ | Notice of Withdrawal of Document Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary (related document(s):45 Response)... (Brinen, Jeffrey) (Entered: 08/20/2020) |
| 08/20/2020 | 107 | ☐ | Adversary case 20-01239. Complaint by Patrick Paul Harrington, Jessica and Shane Larson against Stephen Anthony Neary. Fee Paid. Adversary Status Deadline 12/18/2020 (41 (Objection / revocation of discharge - 727(c),(d),(e))),(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) (Sheade, Joshua) (Entered: 08/20/2020) |
| 08/21/2020 | 108 | ☐ | Order Converting Evidentiary Hearing To Status Conference (related document(s)90 Minutes of Proceedings/Minute Order). ORDERED that the evidentiary hearing presently scheduled to commence on Wednesday, August 26, 2020, at 10:00 a.m., in Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202, regarding: Moving Creditors Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed May 11, 2020 (Doc. 50); Debtors Objection thereto filed May 15, 2020 (Doc. 54); andMoving Creditors Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73) is converted to a telephonic status conference to address whether the above-referenced matter should be held in abeyance pending resolution of the 11 U.S.C. § 727(a) claims in Adv. Pro. No. 20-01239. If the plaintiffs prevail on the 11 U.S.C. § 727(a) claims in Adv. Pro. No. 20-01239, the above-referenced matter will be moot. Counsel/parties shall appear by telephon at the hearing. (re) (Entered: 08/21/2020) |
| 08/23/2020 | 109 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)108 Generic Order). No. of Notices: 1. Notice Date 08/23/2020. (Admin.) (Entered: 08/23/2020) |
| 08/26/2020 | 110 | ☐ | Minutes of Proceedings. Telephonic status conference regarding the Moving Creditors' Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed May 11, 2020 (Doc. 50), the Debtor's Objection thereto filed May 15, 2020 (Doc. 54), and the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73). IT IS ORDERED that the Moving Creditors' Amended Motion to Extend the Deadlines toObject to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73) is HELD IN ABEYANCE pending resolution of the 11 U.S.C. § 727 |

| | | | |
|---|---|---|---|
| | | | claims in Adv. Pro. No. 20-01239 or upon request of the Moving Creditors. (related document(s)73 Motion to Extend Time (Bankruptcy)). (mjb) (Entered: 08/26/2020) |
| 08/28/2020 | 111 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)110 Minutes of Proceedings/Minute Order). No. of Notices: 1. Notice Date 08/28/2020. (Admin.) (Entered: 08/28/2020) |
| 08/31/2020 | | | Adversary Case Number 20-01048 JGR Closed. (dg) (Entered: 08/31/2020) |
| 09/16/2020 | 112 | ☐ | Notice of Change of Address For James and Brenda Brown Filed by Joshua Sheade on behalf of James and Brenda Brown. (Sheade, Joshua) **Modified on 9/17/2020. Creditors' address changed per COA (mjb).** (Entered: 09/16/2020) |
| 09/16/2020 | 113 | ☐ | Notice of Change of Address For John and Jami Fernandez Filed by Joshua Sheade on behalf of John and Jami Fernandez. (Sheade, Joshua) **Modified on 9/17/2020. Creditors' address changed per COA (mjb).** (Entered: 09/16/2020) |
| 10/07/2020 | 114 | ☐ | Motion for 2004 Examination Of Stephen Anthony Neary, Amy Neary, Revivology Franchising, Inc., RIV512 Administrative Services, Inc., United Health Solutions, LLC, Revivology Management, LLC, Revivology, LLC, Revivology IV Hydration Utah, LLC, Allison Gundy, Gregory L. Gandy, Dan Olsen, Michael Mansfield, Franchise Innovations, Inc., Vectra Bank, Wells Fargo Bank, Douglas G. Goldberg, Esq., Dr. Christopher Kelly, Prime IV of Florida, LLC, Andrea King, Dr. Allison Trout, and Andrea Trout Filed by Harvey L. Kramer on behalf of Lynn Martinez. (Attachments: # 1 Proposed/Unsigned Order Proposed Order) (Kramer, Harvey) (Entered: 10/07/2020) |
| 10/08/2020 | 115 | ☐ | Order Granting Motion for Rule 2004 Examinations. (related document(s):114 Motion for Examination). (mjb) (Entered: 10/08/2020) |
| 10/08/2020 | 116 | ☐ | Motion to Reconsider Filed by David S. Chipman on behalf of Unified Health Solutions, LLC, RIV 512 Administrative Services, Inc., Revivology Franchising, Inc., Amy M Neary (related document(s)115 Order on Motion for Examination). (Chipman, David) (Entered: 10/08/2020) |
| 10/10/2020 | 117 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)115 Order on Motion for Examination). No. of Notices: 1. Notice Date 10/10/2020. (Admin.) (Entered: 10/10/2020) |
| 10/13/2020 | 118 | ☐ | Order Regarding Motion to Reconsider. (related document(s)116 Motion to Reconsider). The Court hereby ORDERS a Telephonic Hearing to be held on 10/21/2020 at 02:00 PM Courtroom B. The report identified in L.B.R. 7026-1(d)(5) due by 10/16/2020. (mjb) (Entered: 10/13/2020) |
| 10/15/2020 | 119 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)118 Order Setting Hearing). No. of Notices: 1. Notice Date 10/15/2020. (Admin.) (Entered: 10/15/2020) |

23-cv-316 ROA Vol 2 015

| | | | |
|---|---|---|---|
| 10/16/2020 | 120 | ☐ | Report Pursuant to LBR 7026-1(d)(5) Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):118 Order Setting Hearing). (Kramer, Harvey) (Entered: 10/16/2020) |
| 10/21/2020 | 121 | ☐ | Minutes of Proceeding. Telephonic Discovery Dispute Hearing regarding the Motion to Reconsider, Quash with respect to the Order Granting Trustee's Motion to Conduct Examination and to Compel Production of Documents pursuant to FED.R.BANKR. P. 2004, 9016, L.B.R. 2004-1 and FED.R.CIV.P. 45 filed by Amy Neary, Revivology Franchising, Inc., RIV 512 Administrative Services, Inc., and Unified Health Solutions, LLC on October 8, 2020 (Docket #116). IT IS ORDERED that the Motion to Reconsider, Quash with respect to the Order GrantingTrustee's Motion to Conduct Examination and to Compel Production of Documents pursuant to FED.R.BANKR. P. 2004, 9016, L.B.R. 2004-1 and FED.R.CIV.P. 45 filed by Amy Neary, Revivology Franchising, Inc., RIV 512 Administrative Services, Inc., and Unified Health Solutions, LLC on October 8, 2020 (Docket #116) is GRANTED as to Prime IV of Florida, LLC, Dr. Allison Trout, Andrea Trout, Andrea King, and Revivology IV Hydration Utah, LLC, without prejudice to the Chapter 7 trustee to seek authorization to examine such third parties pursuant to Rule 2004 in the future. An amended Order Granting Motion for Rule 2004 Examinations will separately issue. (related document(s)116 Motion to Reconsider). (mjb) (Entered: 10/21/2020) |
| 10/21/2020 | 122 | ☐ | Amended Order Granting Motion for Rule 2004 Examinations as to certain Deponents. (related document(s)114 Motion for Examination, 115 Order on Motion for Examination). (mjb) (Entered: 10/21/2020) |
| 10/23/2020 | 123 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)121 Minutes of Proceedings/Minute Order). No. of Notices: 1. Notice Date 10/23/2020. (Admin.) (Entered: 10/23/2020) |
| 10/23/2020 | 124 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)122 Amended Order). No. of Notices: 1. Notice Date 10/23/2020. (Admin.) (Entered: 10/23/2020) |
| 12/16/2020 | 125 | ☐ | Motion for Relief from Stay On 2018 Jeep Grand Cherokee VIN: 1C4RJFAG4JC119379 and 4001-1.1 Notice Filed by Douglas D. Koktavy on behalf of Santander Consumer USA, Inc., d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.. Stay Hearing to be held on 1/12/2021 at 01:00 PM at Courtroom B. (Attachments: # 1 Proposed/Unsigned Order) (Koktavy, Douglas) (Entered: 12/16/2020) |
| 12/16/2020 | 126 | | Receipt of Motion for Relief From Stay and 4001-1.1 Notice( 20-10212-JGR) [motion,mfrstr] ( 188.00) Filing Fee. Receipt number A29958735. Fee amount 188.00 (U.S. Treasury) (Entered: 12/16/2020) |
| 01/12/2021 | 127 | ☐ | Certificate of Non-Contested Matter Filed by Douglas D. Koktavy on behalf of Santander Consumer USA, Inc., d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. (related document(s):125 Motion for Relief From Stay and 4001-1.1 Notice). (Koktavy, Douglas) (Entered: 01/12/2021) |

23-cv-316 ROA Vol 2 016

| Date | No. | | Description |
|---|---|---|---|
| 01/13/2021 | 128 | ☐ | Order Granting Motion For Relief From Stay regarding 2018 Jeep Grand Cherokee (related document(s):125 Motion for Relief From Stay and 4001-1.1 Notice). (mjb) (Entered: 01/13/2021) |
| 01/15/2021 | 129 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)128 Order on Motion For Relief From Stay). No. of Notices: 1. Notice Date 01/15/2021. (Admin.) (Entered: 01/15/2021) |
| 03/19/2021 | 130 | ☐ | Notice Re: Firm Name Change. Filed by Jeffrey S. Brinen on behalf of Stephen Anthony Neary... (Brinen, Jeffrey) (Entered: 03/19/2021) |
| 06/17/2021 | 131 | ☐ | Motion for 2004 Examination Of Catherine Wicklund, William (Bob) Roark, Accelerated Wealth LLC, Accelerated Wealth Advisors, LLC, John Hall, John Dodson, Rebecca Weese, and Rebecca Weese, CPA, LLC Filed by Harvey L. Kramer on behalf of Lynn Martinez. (Attachments: # 1 Proposed/Unsigned Order) (Kramer, Harvey) (Entered: 06/17/2021) |
| 06/22/2021 | 132 | ☐ | Order Granting Motion for 2004 Examinations (related document(s):131 Motion for Examination). (re) (Entered: 06/22/2021) |
| 06/24/2021 | 133 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)132 Order on Motion for Examination). No. of Notices: 1. Notice Date 06/24/2021. (Admin.) (Entered: 06/24/2021) |
| 07/16/2021 | 134 | ☐ | Motion for Protective Order On Confidential Information Filed by Baron Craig Bartel on behalf of Amy M Neary, Revivology Franchising, Inc., Unified Health Solutions, LLC. (Attachments: # 1 Exhibit 1 to Motion # 2 Exhibit 2 to Motion) (Bartel, Baron) (Entered: 07/16/2021) |
| 07/20/2021 | 135 | ☐ | Order and Notice of Telephonic Hearing (related document(s)134 Motion for Protective Order). Telephonic Hearing to be held on 7/29/2021 at 01:00 PM Courtroom B. Report and Trustee's Response due by 7/23/2021 (dg) (Entered: 07/20/2021) |
| 07/22/2021 | 136 | ☐ | Request for Notice.. (Rawal, Arvind) (Entered: 07/22/2021) |
| 07/22/2021 | 137 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)135 Order Setting Hearing). No. of Notices: 1. Notice Date 07/22/2021. (Admin.) (Entered: 07/22/2021) |
| 07/23/2021 | 138 | ☐ | Response Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):134 Motion for Protective Order). (Attachments: # 1 Exhibit Ex 1 Deposition Transcript # 2 Exhibit Ex. 2 Privilege Log # 3 Exhibit Ex. 3 Email to Weese regarding Subpoena # 4 Certificate of Service Ex. 3 Email from Weese to Kramer re Subpoena # 5 Exhibit Ex. 5 Email Bartel to Kramer re Subpoena and Declaration # 6 Exhibit Ex. 6 Weese Sworn Declaration # 7 Exhibit Ex. 7 Neary to Weese Emails 2019 and 2021 # 8 Exhibit Ex. 8 Email Re Avoidance of In Hand Personal Service by Weese # 9 Exhibit Ex. 9 Email from Bartel regarding Weese Subpoena and Non Service) (Kramer, Harvey) (Entered: 07/23/2021) |
| 07/23/2021 | 139 | ☐ | Status Report Filed by Baron Craig Bartel on behalf of Amy M Neary, Revivology Franchising, Inc., Unified Health Solutions, LLC (related |

| | | | |
|---|---|---|---|
| | | ☐ | document(s):135 Order Setting Hearing). (Bartel, Baron) (Entered: 07/23/2021) |
| 07/23/2021 | 140 | ☐ | Report Regarding Discovery Dispute Regarding Marital Privilege Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):135 Order Setting Hearing). (Kramer, Harvey) (Entered: 07/23/2021) |
| 07/23/2021 | 141 | ☐ | Report Regarding Discovery Dispute Regarding Weese Subpoenas Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):135 Order Setting Hearing). (Kramer, Harvey) (Entered: 07/23/2021) |
| 07/27/2021 | 142 | ☐ | Order Re: Second Discovery Dispute. The Court vacates the telephonic hearing in this matter set for July 29, 2021 at 1 p.m. and re-schedules it for August 5, 2021 at 2 p.m. The Court orders the parties to comply with LBR 7026-1(d)(5) and to each file a 2-page report, without attachments, on or before July 30, 2021. (related document(s)134 Motion for Protective Order). Telephonic Hearing to be held on 8/5/2021 at 02:00 PM Courtroom B for 134 . 2-page Reports due by 7/30/2021. (mjb) (Entered: 07/27/2021) |
| 07/29/2021 | 143 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)142 Order to Reschedule Hearing). No. of Notices: 72. Notice Date 07/29/2021. (Admin.) (Entered: 07/29/2021) |
| 07/30/2021 | 144 | ☐ | Report Regarding Discovery Disputes Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):142 Order to Reschedule Hearing). (Kramer, Harvey) (Entered: 07/30/2021) |
| 07/30/2021 | 145 | ☐ | Status Report Filed by Baron Craig Bartel on behalf of Amy M Neary, Revivology Franchising, Inc., Unified Health Solutions, LLC (related document(s):142 Order to Reschedule Hearing). (Bartel, Baron) (Entered: 07/30/2021) |
| 08/05/2021 | 146 | ☐ | Minutes of Proceeding. Telephonic hearing regarding Motion for Protective Order on Confidential Information filed by Amy Neary, Revivology Franchising, Inc., and Unified Health Care Solutions, LLC., on July 16, 2021 (Docket #134) and Response thereto filed by the Chapter 7 Trustee on July 23, 2021 (Docket #138). IT IS ORDERED that the Motion for Protective Order on Confidential Information filed byAmy Neary, Revivology Franchising, Inc., and Unified Health Care Solutions, LLC., on July 16, 2021 (Docket #134) is GRANTED. (related document(s)134 Motion for Protective Order). (mjb) (Entered: 08/05/2021) |
| 08/05/2021 | 147 | ☐ | Order Granting Motion For Protective Order on Confidential Information filed byAmy Neary, Revivology Franchising, Inc., and Unified Health Care Solutions, LLC., (related document(s):134 Motion for Protective Order). (mjb) (Entered: 08/05/2021) |
| 08/06/2021 | 148 | ☐ | Notice of Change of Address For Peter K Monahan and Kellie K Monahan filed by Peter K Monahan . (mjb) **Modified on 8/6/2021. Creditors' address changed as per COA (mjb).** (Entered: 08/06/2021) |

| | | | |
|---|---|---|---|
| 08/07/2021 | 149 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)146 Minutes of Proceedings/Minute Order). No. of Notices: 1. Notice Date 08/07/2021. (Admin.) (Entered: 08/07/2021) |
| 08/25/2021 | 150 | ☐ | Personal Financial Management Course Certificate For Debtor Filed by Bhatt, Jai. (Entered: 08/25/2021) |
| 09/28/2021 | 151 | ☐ | Motion To Compromise Controversy With Amy Neary, 2349 Rainbows End Point, LLC, Stephen Neary, Prime IV Hydration & Wellness, Inc., Unified Heath Solutions, LLC, Mullins Family, Inc., Moda Mola, Inc. In Adversary 20-01147 Filed by Harvey L. Kramer on behalf of Lynn Martinez. (Attachments: # 1 Proposed/Unsigned Order) (Kramer, Harvey) (Entered: 09/28/2021) |
| 09/28/2021 | 152 | ☐ | 9013-1.1 Notice Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):151 Motion to Compromise Controversy).. 9013 Objections due by 10/19/2021 for 151,. (Attachments: # 1 Certificate of Service) (Kramer, Harvey) (Entered: 09/28/2021) |
| 10/22/2021 | 153 | ☐ | Certificate of Non-Contested Matter Filed by Harvey L. Kramer on behalf of Lynn Martinez (related document(s):151 Motion to Compromise Controversy). (Kramer, Harvey) (Entered: 10/22/2021) |
| 10/22/2021 | 154 | ☐ | Order Granting Motion for Approval of Settlement. The Court, having reviewed the Motion for Approval Settlement filed by the Lynn Martinez, the Chapter 7 Trustee, the case file and otherwise being advised in the premises, GRANTS the Motion and orders that the Settlement Agreement between the Chapter 7 Trustee, Amy Neary, Stephen Neary and the Amy Neary Businesses as set forth and attached to the Motion is approved. (related document(s):151 Motion to Compromise Controversy). (mjb) (Entered: 10/22/2021) |
| 10/24/2021 | 155 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)154 Order on Motion to Compromise Controversy). No. of Notices: 1. Notice Date 10/24/2021. (Admin.) (Entered: 10/24/2021) |
| 10/25/2021 | 156 | ☐ | Motion for Relief from Stay On 2018 DODGE TRUCK Ram 1500 Pickup Quad Cab Tradesman 4WD and 4001-1.1 Notice Filed by Robert Clarence Newark III on behalf of Ally Bank. Stay Hearing to be held on 11/23/2021 at 01:00 PM at Courtroom B. (Attachments: # 1 Proposed / Unsigned Order Proposed Order # 2) (Newark, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 157 | | Receipt of Motion for Relief From Stay and 4001-1.1 Notice( 20-10212-JGR) [motion,mfrstr] ( 188.00) Filing Fee. Receipt number A30911518. Fee amount 188.00 (U.S. Treasury) (Entered: 10/25/2021) |
| 10/27/2021 | | | Disposition of Adversary Proceeding Number 20-01147 JGR. Final Order or Judgment Has Entered. Tickle Due Date 11/10/2021-Review to close. (dg) (Entered: 10/27/2021) |
| 11/15/2021 | | | Adversary Case Number 20-01147 JGR Closed. (dg) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/19/2021 | 158 ☐ | Certificate of Non-Contested Matter Filed by Robert Clarence Newark III on behalf of Ally Bank (related document(s):156 Motion for Relief From Stay and 4001-1.1 Notice). (Newark, Robert) (Entered: 11/19/2021) |
| 11/23/2021 | 159 ☐ | Order Granting Motion For Relief From Stay regarding 2018 Dodge Truck Ram 1500 Pickup (related document(s):156 Motion for Relief From Stay and 4001-1.1 Notice). (mjb) (Entered: 11/23/2021) |
| 11/25/2021 | 160 ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)159 Order on Motion For Relief From Stay). No. of Notices: 1. Notice Date 11/25/2021. (Admin.) (Entered: 11/25/2021) |
| 12/01/2021 | 161 ☐ | Final Application for Compensation for Harvey L. Kramer, Trustee's Attorney, Period: 4/14/2020 to 11/29/2021, Fees Requested: $50,650.00, Expenses Requested: $3,355.98, for Kramer Law LLC,, Trustee's Attorney, Period: 4/14/2020 to 11/29/2021, Fees Requested: $50,650.00, Expenses Requested: $3,355.98. Filed by Harvey L. Kramer, Kramer Law LLC,. (Attachments: # 1 Proposed/Unsigned Order) (Kramer, Harvey) (Entered: 12/01/2021) |
| 12/01/2021 | 162 ☐ | 9013-1.1 Notice Filed by Harvey L. Kramer on behalf of Kramer Law LLC, (related document(s):161 Application for Compensation).. 9013 Objections due by 12/22/2021 for 161,. (Attachments: # 1 Certificate of Service) (Kramer, Harvey) (Entered: 12/01/2021) |
| 12/27/2021 | 163 ☐ | Certificate of Non-Contested Matter Filed by Harvey L. Kramer on behalf of Kramer Law LLC, (related document(s):161 Application for Compensation). (Kramer, Harvey) (Entered: 12/27/2021) |
| 12/28/2021 | 164 ☐ | Order Granting Application For Compensation for Kramer Law LLC,, Fees awarded: $50,650.00, Expenses awarded: $3355.98 (related document(s)161 Application for Compensation). (jss) (Entered: 12/28/2021) |
| 12/30/2021 | 165 ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)164 Order on Application for Compensation). No. of Notices: 6. Notice Date 12/30/2021. (Admin.) (Entered: 12/30/2021) |
| 02/24/2022 | 166 ☐ | Notice of Deficiency - Fees Required Pursuant to 28 U.S.C. Section 1930(b) and for Payment Thereof. NOTICE IS HEREBY GIVEN that the sum of $350.00 is due promptly and no later than the filing of the Trustee's Final Account. (related document(s)58 Complaint). (mjb) (Entered: 02/24/2022) |
| 02/26/2022 | 167 ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)166 Notice of Deficiency). No. of Notices: 1. Notice Date 02/26/2022. (Admin.) (Entered: 02/26/2022) |
| 04/11/2022 | 168 ☐ | Application to Employ Mark D. Dennis and SL Biggs as Accountant Filed by Lynn Martinez on behalf of Lynn Martinez. (Attachments: # 1 Affidavit # 2 Proposed/Unsigned Order) (Martinez, Lynn) (Entered: 04/11/2022) |

| | | | |
|---|---|---|---|
| 04/12/2022 | 169 | ☐ | Order Appointing Accountants Mark D. Dennis, CPA and SL Biggs, a Division of SingerLewak, LLP (related document(s):168 Application to Employ). (mjb) (Entered: 04/12/2022) |
| 04/14/2022 | 170 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)169 Order on Application to Employ). No. of Notices: 1. Notice Date 04/14/2022. (Admin.) (Entered: 04/14/2022) |
| 05/23/2022 | 171 | ☐ | Application for Compensation for Mark D. Dennis, Accountant, Period: 4/12/2022 to 5/20/2022, Fees Requested: $1,900.00, Expenses Requested: $25.00. Filed by Lynn Martinez. (Attachments: # 1 Exhibit Invoice # 2 Proposed/Unsigned Order) (Martinez, Lynn) (Entered: 05/23/2022) |
| 05/23/2022 | 172 | ☐ | 9013-1.1 Notice Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):171 Application for Compensation).. 9013 Objections due by 6/21/2022 for 171,. (Attachments: # 1 Certificate of Service) (Martinez, Lynn) (Entered: 05/23/2022) |
| 06/22/2022 | 173 | ☐ | Certificate of Non-Contested Matter Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):171 Application for Compensation). (Martinez, Lynn) (Entered: 06/22/2022) |
| 06/23/2022 | 174 | ☐ | Order Granting Application For Compensation for Mark D. Dennis, Fees awarded: $1900.00, Expenses awarded: $25.00 (related document(s)171 Application for Compensation). (jss) (Entered: 06/23/2022) |
| 06/25/2022 | 175 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)174 Order on Application for Compensation). No. of Notices: 5. Notice Date 06/25/2022. (Admin.) (Entered: 06/25/2022) |
| 08/26/2022 | 176 | ☐ | Motion to Reclassify Claim Number 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 Of Creditor Sheade Clients Filed by Lynn Martinez on behalf of Lynn Martinez. (Attachments: # 1 Proposed/Unsigned Order) (Martinez, Lynn) (Entered: 08/26/2022) |
| 08/26/2022 | 177 | ☐ | 9013-1.1 Notice Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):91 Notice of Possible Dividends, 176 Objection to Claim).. 9013 Objections due by 9/28/2022 for 176 and for 91,. (Attachments: # 1 Certificate of Service) (Martinez, Lynn) (Entered: 08/26/2022) |
| 09/29/2022 | 178 | ☐ | Certificate of Non-Contested Matter Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):176 Objection to Claim). (Martinez, Lynn) (Entered: 09/29/2022) |
| 10/03/2022 | 179 | ☐ | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) (Entered: 10/03/2022) |
| 10/05/2022 | 180 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)179 Order on Objection to Claim). No. of Notices: 5. Notice Date 10/05/2022. (Admin.) (Entered: 10/05/2022) |

23-cv-316 ROA Vol 2 021

| | | | |
|---|---|---|---|
| 12/07/2022 | 181 | ☐ | Chapter 7 Trustee's Final Report. Reviewed by Cynthia Ortega. Filed for Trustee Lynn Martinez. Filed by US Trustee (US Trustee) (Entered: 12/07/2022) |
| 12/07/2022 | 182 | ☐ | Chapter 7 Trustee's Application for Compensation for Lynn Martinez, Trustee Chapter 7, Period: to, Fees Requested: $14093.86, Expenses Requested: $1187.52. Reviewed by Cynthia Ortega. Filed by the US Trustee for Lynn Martinez (Attachments: # 1 Proposed/Unsigned Order) (US Trustee) (Entered: 12/07/2022) |
| 12/13/2022 | 183 | ☐ | 9013-1.1 Notice Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):181 Chapter 7 Trustee's Final Report, 182 Chapter 7 Trustee's Application for Compensation).. 9013 Objections due by 1/6/2023 for 182 and for 181,. (Attachments: # 1 Certificate of Service) (Martinez, Lynn) (Entered: 12/13/2022) |
| 01/03/2023 | 184 | ☐ | Notice of Change of Address For Carolyn and Alan Brethour filed by Carolyn and Alan Brethour. (mjb) **Modified on 1/4/2023. Updated creditors' address (mjb).** (Entered: 01/03/2023) |
| 01/08/2023 | 185 | ☐ | Certificate of Non-Contested Matter Filed by Lynn Martinez on behalf of Lynn Martinez (related document(s):182 Chapter 7 Trustee's Application for Compensation). (Martinez, Lynn) (Entered: 01/08/2023) |
| 01/09/2023 | 186 | ☐ | Order Approving Chapter 7 Trustee's Fees and Expenses for Lynn Martinez, Fees awarded: $14093.86, Expenses awarded: $1187.52 (related document(s)182 Chapter 7 Trustee's Application for Compensation). (mjb) (Entered: 01/09/2023) |
| 01/11/2023 | 187 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s)186 Order on Trustee's Application for Compensation). No. of Notices: 1. Notice Date 01/11/2023. (Admin.) (Entered: 01/11/2023) |
| 01/18/2023 | | | Disposition of Adversary Proceeding Number 20-01239-JGR. Final Order or Judgment Has Entered. Tickle Due Date 2/1/2023. (mmg) (Entered: 01/18/2023) |

View Selected

or

Download Selected

23-cv-316 ROA Vol 2 022

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy            12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Stephen** <br> First name <br><br> **Anthony** <br> Middle name <br><br> **Neary** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Steve Anthony Neary** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7997** | |

Debtor 1   **Stephen Anthony Neary**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**DBA  SAN512, Inc.**
**DBA  Builtrite Builders, D/B/A LLC**
**Copperleaf Homes**
Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**2349 Rainbows End Point**
**Colorado Springs, CO 80921**
Number, Street, City, State & ZIP Code

**El Paso**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1 __Stephen Anthony Neary__                                        Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | __Builtrite Builders LLC__ | | Relationship to you | __President__ |
| District | __Denver__ | When __2/11/19__ | Case number, if known | __19-10938-JGR__ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Stephen Anthony Neary**                                      Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Stephen Anthony Neary**                                         Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Stephen Anthony Neary**      Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

  16a.    **What kind of debts do you have?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

       ☐ No. Go to line 16b.
       ■ Yes. Go to line 17.

  16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

       ☐ No. Go to line 16c.
       ☐ Yes. Go to line 17.

  16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

  ☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

  ■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

       ■ No
       ☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Stephen Anthony Neary**
_____      _____
**Stephen Anthony Neary**                 Signature of Debtor 2
Signature of Debtor 1

Executed on    **January 13, 2020**          Executed on _____
            MM / DD / YYYY                             MM / DD / YYYY

Debtor 1   **Stephen Anthony Neary**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jeffrey S. Brinen**                          Date   **January 13, 2020**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Jeffrey S. Brinen 20565**
Printed name

**Kutner Brinen, P.C.**
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**                    Email address   **jsb@kutnerlaw.com**

**20565 CO**
Bar number & State

---

**Fill in this information to identify your case:**

Debtor 1 **Stephen Anthony Neary**
First Name / Middle Name / Last Name

Debtor 2
(Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | **$177,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Stephen Anthony Neary**                                          Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $166,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

<hr>

**Part 3:     List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☐ No.   Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ No.   Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **Stephen Anthony Neary** | Case number *(if known)* | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No
☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster,**

Debtor 1    **Stephen Anthony Neary**                                    Case number (*if known*) _____

**or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kutner Brinen, P.C. 1660 Lincoln Street Suite 1850 Denver, CO 80264** | | | **$0.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Stephen Anthony Neary**                                    Case number *(if known)*

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **Stephen Anthony Neary**                                     Case number *(if known)*

---

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **SAN512, Inc.**<br>**2349 Rainbows End Point**<br>**Colorado Springs, CO 80921** | **No Business**<br><br>**Debby Miller, Phases Accounting Services** | EIN:  **46-2443164**<br><br>From-To  **January 1, 2013 to December 31, 2019** |
| **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | **Construction**<br><br>**Debby Miller, Phases Accounting Services** | EIN:<br><br>From-To  **December 2008 to Present** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

Debtor 1   **Stephen Anthony Neary**                                    Case number *(if known)*

---

| **Part 12:** | **Sign Below** |

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Stephen Anthony Neary**

**Stephen Anthony Neary**                                  Signature of Debtor 2
**Signature of Debtor 1**

Date   **January 13, 2020**                                Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $ 479,500.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................ | $ 22,312.24 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $ 501,812.24 |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 771,772.57 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,059,510.35 |
| | **Your total liabilities** | $ 1,831,282.92 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................... | $ 13,942.77 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*...................................... | $ 13,994.64 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Stephen Anthony Neary** _____      Case number *(if known)* _____

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.      $ _____ **0.00**

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $    **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $    **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $    **0.00** |
| 9d. Student loans. (Copy line 6f.) | $    **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $    **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$    **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $    **0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

**2349 Rainbows End Point**
Street address, if available, or other description

**Colorado Springs   CO   80921-0000**
City          State       ZIP Code

**El Paso**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$959,000.00**

Current value of the portion you own?   **$479,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

**$479,500.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

23-cv-316 ROA Vol 2 039

Debtor 1    **Stephen Anthony Neary**                                    Case number *(if known)*

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>    | **$0.00** |

| **Part 3:** | Describe Your Personal and  Household Items |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
| --- | --- |
| Small Desk, Office chair, 2 guest chairs,11 end tables, small wall desk, 2 -4 post beds, dresser, 6 sofas, armoire, 4 coffee table, 5 loveseat, 2 chairs, 2 single beds, 5 dressers, chest of drawers, small round end table, queen bed, Dining table and chairs, wall table, round dining table and chairs, 10 bar stools, ottoman, couch table, metal chest of drawers, wall hutch; wine | $6,450.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
| --- | --- |
| Televisions; Computers; Phones | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
| --- | --- |
| Pool Table: $1,500 Golf Clubs: $100 Skis: $50 Carpentry Tools: $1,000 | $2,650.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

Debtor 1   **Stephen Anthony Neary**                              Case number *(if known)* _____

| | |
|---|---|
| **Smith and Wesson 380 Handgun** | **$339.00** |
| **Smith and Wesson .38 handgun** | **$528.00** |
| **Taures semi automatic .45 handgun** | **$369.00** |
| **Remington 870 tactical shotgun** | **$350.00** |
| **Sig Sauer 9mm handgun** | **$579.00** |

$2,165.00

---

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| **Everyday Clothes** | **$2,000.00** |

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| **Wedding Ring** | **$500.00** |

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ...........................................................................................

$14,265.00

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes..........................................................................................................

Cash    $20.00

---

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes......................   Institution name:

17.1.  **Checking Account**   **Wells Fargo Checking**                $1,591.27

---

17.2.  **Savings Account**   **Wells Fargo Savings**                $4,572.74

---

| Debtor 1 | **Stephen Anthony Neary** | Case number *(if known)* | |

| | 17.3. | **Checking Account** | **Vectra Checking** | | $1,863.23 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................                   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| **Builtrite Builders LLC** | **100%** % | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                           Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                   Type of account:          Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ...................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............  Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1 __Stephen Anthony Neary__   Case number *(if known)* _____

| | |
|---|---:|
| **Contractors Licenses in several counties:**<br>**El Paso**<br>**Douglas**<br>**Jefferson**<br>**Teller** | **$0.00** |

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                              Beneficiary:                              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

| |
|---:|
| **$8,047.24** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.

Debtor 1   **Stephen Anthony Neary**                                                Case number *(if known)* _____

☐ Yes.  Go to line 38.

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here  ...................................**    $0.00

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.   Part 1: Total real estate, line 2** ...............................................................................................    **$479,500.00**

| 56.   **Part 2: Total vehicles, line 5** | $0.00 | |
| 57.   **Part 3: Total personal and household items, line 15** | $14,265.00 | |
| 58.   **Part 4: Total financial assets, line 36** | $8,047.24 | |
| 59.   **Part 5: Total business-related property, line 45** | $0.00 | |
| 60.   **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.   **Part 7: Total other property not listed, line 54** | + | $0.00 |

**62.   Total personal property.** Add lines 56 through 61...    **$22,312.24**    Copy personal property total    **$22,312.24**

**63.   Total of all property on Schedule A/B.** Add line 55 + line 62    **$501,812.24**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **2349 Rainbows End Point Colorado Springs, CO 80921  El Paso County** Line from *Schedule A/B*: **1.1** | $479,500.00 | ☑ $105,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 38-41-201(1)(a), 38-41-201.6, 38-41-202** |
| **Small Desk, Office chair, 2 guest chairs,11 end tables, small wall desk, 2 -4 post beds, dresser, 6 sofas, armoire, 4 coffee table, 5 loveseat, 2 chairs, 2 single beds, 5 dressers, chest of drawers, small round end table, queen bed, Dining table and chairs** Line from *Schedule A/B*: **6.1** | $6,450.00 | ☑ $3,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Everyday Clothes** Line from *Schedule A/B*: **11.1** | $2,000.00 | ☑ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **Wedding Ring** Line from *Schedule A/B*: **12.1** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

23-cv-316 ROA Vol 2 045

Debtor 1   **Stephen Anthony Neary**                                         Case number (if known)

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No
        ☐   Yes

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1**  **Vectra Bank** | Describe the property that secures the claim: | $771,772.57 | $959,000.00 | $0.00 |
| Creditor's Name | **2349 Rainbows End Point**<br>**Colorado Springs, CO 80921** | | | |
| **P.O. Box 77404**<br>**Trenton, NJ 08628** | As of the date you file, the claim is: Check all that apply. | | | |
| Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one. | Nature of lien. Check all that apply. | | | |
| ☐ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☑ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $771,772.57 |
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | $771,772.57 |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

Debtor 1      **Stephen Anthony Neary**
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)     First Name            Middle Name            Last Name

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number
(if known)

☐ Check if this is an
     amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Colorado Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**1375 Sherman Street, Room 511**
**Denver, CO 80261**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Stephen Anthony Neary**                                    Case number (*if known*) _____

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**  **Allen, Jeffrey and Haley**

Nonpriority Creditor's Name

**Barrick, Aaron W.**
**Folkestad Fazekas Barrick & Patoile**
**18 South Wilcox Street, Suite 200**
**Castle Rock, CO 80104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purposes Only**

---

**4.2**  **Ally Bank**

Nonpriority Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **6470**        **$30,519.08**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Stephen Anthony Neary**                                        Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.3 | **Ally Bank** | Last 4 digits of account number   **2622** | **$30,519.00** |

Nonpriority Creditor's Name
**P.O. Box 380901**
**Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| | | | |
|---|---|---|---|
| 4.4 | **Ally Financial** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 380901**
**Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| | | | |
|---|---|---|---|
| 4.5 | **American Express** | Last 4 digits of account number _____ | **$31,286.00** |

Nonpriority Creditor's Name
**P.O. Box 640448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1  **Stephen Anthony Neary**                                              Case number (if known)

---

| 4.6 | **Bender, Paul** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**2156 South Juniper Street**
**Lakewood, CO 80228**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice Purposes Only**

---

| 4.7 | **Bobby Cotton** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 1459**
**Breckenridge, CO 80424**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice Purposes Only**

---

| 4.8 | **Borchardt, Brian Lincoln and Samantha** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**1805 West Scott Place**
**Denver, CO 80211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice Purposes Only**

---

Debtor 1   **Stephen Anthony Neary**                                    Case number *(if known)* _____

---

| 4.9 | **Brethour, Alan and Carolyn** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**26078 Haggard Nest Drive**
**Katy, TX 77494**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

| 4.10 | **Brown, James and Brenda** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**14035 Hillrose Drive**
**Parker, CO 80134**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

| 4.11 | **Chase Bank** | Last 4 digits of account number   4870 | **$8,103.32** |

Nonpriority Creditor's Name
**270 Park Avenue**
**New York, NY 10017**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1   **Stephen Anthony Neary**                                          Case number *(if known)*

---

| 4.1 2 | | |
|---|---|---|

**Chase Bank**

Nonpriority Creditor's Name

**270 Park Avenue**
**New York, NY 10017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1169**                 **$45,397.55**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 3 | | |
|---|---|---|

**Chrysler Capital**

Nonpriority Creditor's Name

**1601 Elm Street, #800**
**Dallas, TX 75201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3848**                 **$26,842.70**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 4 | | |
|---|---|---|

**Chrysler Capital**

Nonpriority Creditor's Name

**1601 Elm Street, #800**
**Dallas, TX 75201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4614**                 **$26,842.70**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Stephen Anthony Neary**                                Case number *(if known)*

| | | |
|---|---|---|
| **4.1 5** | **Encore Capital Group, LLC** | |

Nonpriority Creditor's Name

**5475 Mark Dabling Blvd.**
**Colorado Springs, CO 80918**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $300,000.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| | | |
|---|---|---|
| **4.1 6** | **Feeder, Janet May** | |

Nonpriority Creditor's Name

**27480 Acacia Drive**
**Santa Clarita, CA 91354**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

| | | |
|---|---|---|
| **4.1 7** | **Fernandez, John Z. and Jami N.** | |

Nonpriority Creditor's Name

**c/o Thomas F. Quinn, P.C.**
**303 East 17th Avenue, Suite 920**
**Denver, CO 80203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

Debtor 1    **Stephen Anthony Neary**                                    Case number (if known) _____

---

| 4.18 | **Fora Financial Advance** | Last 4 digits of account number _____ | **$260,000.00** |

Nonpriority Creditor's Name

**519 8th Avenue 11th Floor**
**New York, NY 10018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.19 | **German Ricano Pelaez** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Gabriela Oliveira Ricano**
**18904 Burlington Place**
**Denver, CO 80249**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes Only**

---

| 4.20 | **Harrington, Patrick and Kari** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**4006 Mesa Top Drive**
**Monument, CO 80132**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes Only**

---

Debtor 1 **Stephen Anthony Neary**                                    Case number *(if known)*

---

| 4.2 1 | **Homerun Electronics, Inc.** | **Last 4 digits of account number** _____ _____ _____ _____ | **$0.00** |

Nonpriority Creditor's Name

**6380 Corporate Centre Circle, Suite 155**                    **When was the debt incurred?** _____

**Colorado Springs, CO 80919**

Number Street City State Zip Code                              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                                ☐ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                   ☐ Disputed

■ At least one of the debtors and another                      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**              ☐ Student loans

**Is the claim subject to offset?**                            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Business Debt**

---

| 4.2 2 | **Larson, Jessica and Shane** | **Last 4 digits of account number** _____ _____ _____ _____ | **$0.00** |

Nonpriority Creditor's Name

**5215 Hidden Rock Road**                                      **When was the debt incurred?** _____

**Colorado Springs, CO 80908**

Number Street City State Zip Code                              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                                ■ Contingent

☐ Debtor 2 only                                                ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                                   ■ Disputed

■ At least one of the debtors and another                      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**              ☐ Student loans

**Is the claim subject to offset?**                            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Notice Purposes Only**

---

| 4.2 3 | **Lichtenberger, Heather and Cliff** | **Last 4 digits of account number** _____ _____ _____ _____ | **$0.00** |

Nonpriority Creditor's Name

**1727 Redbank Drive**                                         **When was the debt incurred?** _____

**Colorado Springs, CO 80921**

Number Street City State Zip Code                              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                                ■ Contingent

☐ Debtor 2 only                                                ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                                   ■ Disputed

■ At least one of the debtors and another                      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**              ☐ Student loans

**Is the claim subject to offset?**                            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Notice Purposes Only**

---

Debtor 1    **Stephen Anthony Neary**                              Case number (if known) _____

| 4.2 4 | **Massie, Neal and Brandi** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**23531 East Portland Way**
**Aurora, CO 80016**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes Only**

---

| 4.2 5 | **Miskovic, Mark and Kathleen** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**8850 Aspen Hills Court**
**Colorado Springs, CO 80908**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes Only**

---

| 4.2 6 | **Monahan, Peter K. and Kellie K.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6864 South Lee Way**
**Littleton, CO 80127**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes Only**

---

Debtor 1   **Stephen Anthony Neary**                                                          Case number (if known) _____

| 4.2 7 | **Morgan, Joshua** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**15976 East Summit Avenue**

**Parker, CO 80134**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

| 4.2 8 | **Neill, Susan and James** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**3924 Starry Night Loop**

**Castle Rock, CO 80109**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

| 4.2 9 | **Neumann, Vance J.** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**P.O. Box 1590**

**Monument, CO 80132**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

Debtor 1  **Stephen Anthony Neary**          Case number (if known) _____

---

**4.30**

**Obinnah, Augustine and Ugoji**          Last 4 digits of account number _____          **$0.00**

Nonpriority Creditor's Name
**4809 Argonne Street**          When was the debt incurred?          _____
**Suite 100**
**Denver, CO 80249**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only          ■ Contingent
☐ Debtor 2 only          ■ Unliquidated
☐ Debtor 1 and Debtor 2 only          ■ Disputed
■ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community          ☐ Student loans
debt          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify   **Notice Purposes Only** _____

---

**4.31**

**Possibility Partners**          Last 4 digits of account number _____          **$200,000.00**

Nonpriority Creditor's Name
**18040 Briarhaven Court**          When was the debt incurred?          _____
**Monument, CO 80132**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only          ☐ Disputed
■ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community          ☐ Student loans
debt          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify   **Business Debt** _____

---

**4.32**

**Potter, Rex and Sandra**          Last 4 digits of account number _____          **$0.00**

Nonpriority Creditor's Name
**6701 La Cantera Drive**          When was the debt incurred?          _____
**Fort Worth, TX 76108**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only          ■ Contingent
☐ Debtor 2 only          ■ Unliquidated
☐ Debtor 1 and Debtor 2 only          ■ Disputed
■ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community          ☐ Student loans
debt          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes          ■ Other. Specify   **Notice Purposes Only** _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Stephen Anthony Neary**                                         Case number *(if known)* _____

---

**4.3
3**  **Rob and Austin Holland**                        Last 4 digits of account number _____          **$75,000.00**

Nonpriority Creditor's Name

**3883 E. Fox Trail**                                    When was the debt incurred? _____
**Littleton, CO 80121**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**            ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify  **Business Debt** _____

---

**4.3
4**  **Stiner, Zendejas Gaithe**                        Last 4 digits of account number _____          **$25,000.00**

Nonpriority Creditor's Name

**121 E. Vermijo Avenue, Suite 200**                    When was the debt incurred? _____
**Colorado Springs, CO 80903**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                          ■ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**            ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify  **Business Debt** _____

---

**4.3
5**  **Townley, Timothy D. and Patricia T.**            Last 4 digits of account number _____          **$0.00**

Nonpriority Creditor's Name

**75 Ravenglass Way**                                    When was the debt incurred? _____
**Colorado Springs, CO 80906**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                          ■ Contingent

☐ Debtor 2 only                                          ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**            ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify  **Notice Purposes Only** _____

---

Debtor 1  **Stephen Anthony Neary**                                         Case number *(if known)*

---

**4.3 6**

**Wahl, Andrea and Mike**
Nonpriority Creditor's Name
**3115 Pegasus Drive**
**Colorado Springs, CO 80906**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Purposes Only**

---

**4.3 7**

**Westar Real Property Services**
Nonpriority Creditor's Name
**1600 Jackson Street, Suite 180**
**Golden, CO 80401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                  **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Landlord)**

---

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Internal Revenue Service** **Insolvency Unit** **1999 Broadway** **MS 5012 DEN** **Denver, CO 80202-3025** | Line **2.2** of *(Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |
| **Office of the Attorney General** **State of Colorado** **1300 Broadway** **Denver, CO 80203** | Line **2.1** of *(Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |
| **Office of the Attorney General** **US Department of Justice** **950 Pennsylvania Avenue, NW** **Suite 4400** **Washington, DC 20530-0001** | Line **2.2** of *(Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |

---

Debtor 1   **Stephen Anthony Neary**                                        Case number (if known)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.2** of (Check one):<br><br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.1** of (Check one):<br><br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Westar Real Property Services**<br>**4232 Wadsworth Boulevard**<br>**Wheat Ridge, CO 80033** | Line **4.37** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,059,510.35 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,059,510.35 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number    Street<br><br>City    State    ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number    Street<br><br>City    State    ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number    Street<br><br>City    State    ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number    Street<br><br>City    State    ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number    Street<br><br>City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **Amy Marie Neary** <br> **2349 Rainbows End Point** <br> **Colorado Springs, CO 80921** | ■ Schedule D, line __2.1__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Vectra Bank** |
| 3.2 **Builtrite Builders LLC** <br> **7826 North Academy Blvd.** <br> **Colorado Springs, CO 80920** | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ |
| 3.3 **Builtrite Builders LLC** <br> **7826 North Academy Blvd.** <br> **Colorado Springs, CO 80920** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.1__ <br> ☐ Schedule G _____ <br> **Allen, Jeffrey and Haley** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Stephen Anthony Neary**                                    Case number *(if known)*

---

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.2**
☐ Schedule G _____
**Ally Bank**

---

3.5    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.3**
☐ Schedule G _____
**Ally Bank**

---

3.6    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.6**
☐ Schedule G _____
**Bender, Paul**

---

3.7    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.7**
☐ Schedule G _____
**Bobby Cotton**

---

3.8    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.8**
☐ Schedule G _____
**Borchardt, Brian Lincoln and Samantha**

---

3.9    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.9**
☐ Schedule G _____
**Brethour, Alan and Carolyn**

---

3.10    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.10**
☐ Schedule G _____
**Brown, James and Brenda**

---

3.11    **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.13**
☐ Schedule G _____
**Chrysler Capital**

---

Debtor 1  **Stephen Anthony Neary** _____   Case number *(if known)* _____

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Chrysler Capital** |
| 3.13 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Feeder, Janet May** |
| 3.14 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Fernandez, John Z. and Jami N.** |
| 3.15 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**German Ricano Pelaez** |
| 3.16 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.20**__<br>☐ Schedule G _____<br>**Harrington, Patrick and Kari** |
| 3.17 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.22**__<br>☐ Schedule G _____<br>**Larson, Jessica and Shane** |
| 3.18 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Lichtenberger, Heather and Cliff** |
| 3.19 | **Builtrite Builders LLC**<br>**7826 North Academy Blvd.**<br>**Colorado Springs, CO 80920** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Massie, Neal and Brandi** |

Debtor 1   **Stephen Anthony Neary**                                            Case number *(if known)*

| | ■ | **Additional Page to List More Codebtors** |
|---|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.20   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Miskovic, Mark and Kathleen**

3.21   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Monahan, Peter K. and Kellie K.**

3.22   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**Morgan, Joshua**

3.23   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Neill, Susan and James**

3.24   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Neumann, Vance J.**

3.25   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Obinnah, Augustine and Ugoji**

3.26   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Potter, Rex and Sandra**

3.27   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**Rob and Austin Holland**

Debtor 1   **Stephen Anthony Neary** _____   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.28   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.34**__
☐ Schedule G _____
**Stiner, Zendejas Gaithe**

3.29   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**Townley, Timothy D. and Patricia T.**

3.30   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.37**__
☐ Schedule G _____
**Westar Real Property Services**

3.31   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.15**__
☐ Schedule G _____
**Encore Capital Group, LLC**

3.32   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.18**__
☐ Schedule G _____
**Fora Financial Advance**

3.33   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.21**__
☐ Schedule G _____
**Homerun Electronics, Inc.**

3.34   **Builtrite Builders LLC**
**7826 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.31**__
☐ Schedule G _____
**Possibility Partners**

3.35   **Timothy King**
**13784 Honey Run Way**
**Colorado Springs, CO 80921**

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Ally Bank**

Debtor 1   **Stephen Anthony Neary**                     Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36   **Timothy King**<br>**13784 Honey Run Way**<br>**Colorado Springs, CO 80921** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Ally Bank** |
| 3.37   **Timothy King**<br>**13784 Honey Run Way**<br>**Colorado Springs, CO 80921** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Chrysler Capital** |
| 3.38   **Timothy King**<br>**13784 Honey Run Way**<br>**Colorado Springs, CO 80921** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Chrysler Capital** |
| 3.39   **Timothy King**<br>**13784 Honey Run Way**<br>**Colorado Springs, CO 80921** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Possibility Partners** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | **Business Owner** |
| **Employer's name** | | **Any Lab Test Now** |
| **Employer's address** | | **7828 North Academy Blvd.**<br>**Colorado Springs, CO 80920** |
| **How long employed there?** | | **11 years** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 13,887.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ 0.00 | $ 13,887.00 |

Debtor 1 __**Stephen Anthony Neary**__ Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 13,887.00 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 1,944.23 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 1,944.23 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 11,942.77 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: __Other Income__ | 8h.+ | $ 0.00 | + $ 2,000.00 |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 2,000.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 13,942.77 | = $ 13,942.77 |
| **11.** | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | +$ | 0.00 |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ | 13,942.77 |
| | | | | **Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Stephen Anthony Neary |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Describe Your Household**

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and      ■ Yes.  Fill out this information for
   Debtor 2.                                 each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Step Daughter | 14 | ☐ No   ■ Yes |
| Step Daughter | 16 | ☐ No   ■ Yes |
| Mother in Law | 81 | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

**Part 2:      Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4.  $ 4,601.00

   **If not included in line 4:**

   4a.   Real estate taxes      4a.  $ 0.00
   4b.   Property, homeowner's, or renter's insurance      4b.  $ 177.99
   4c.   Home maintenance, repair, and upkeep expenses      4c.  $ 1,000.00
   4d.   Homeowner's association or condominium dues      4d.  $ 151.67
5.  **Additional mortgage payments for your residence,** such as home equity loans      5.  $ 0.00

Debtor 1    **Stephen Anthony Neary**        Case number (if known) _____

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 650.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 343.26 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 2,400.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 500.00 |
| 10. | **Personal care products and services** | 10. $ | 500.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 685.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 972.72 |
| | 15c.   Vehicle insurance | 15c. $ | 0.00 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | |
| | 20a.   Mortgages on other property | 20a. $ | 863.00 |
| | 20b.   Real estate taxes | 20b. $ | 150.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 200.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 200.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 13,994.64 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 13,994.64 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 13,942.77 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 13,994.64 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | -51.87 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here: _____

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Stephen Anthony Neary** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Stephen Anthony Neary** | X |
|---|---|
| **Stephen Anthony Neary** | |
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date **January 13, 2020** | Date |
|---|---|

Official Form 106Dec                     Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

<div style="border:1px solid gray; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

## United States Bankruptcy Court
### District of Colorado

In re    __Stephen Anthony Neary__       Case No. _____

                             Debtor(s)       Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __January 13, 2020__ _____       __/s/ Stephen Anthony Neary_____

                                               __Stephen Anthony Neary__
                                             Signature of Debtor

**United States Bankruptcy Court**
**For the District of Colorado**

| | | |
|---|---|---|
| In re: | ) | |
| Stephen Anthony Neary | ) | Bankruptcy Case No. 20-10212-JGR |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**DEFICIENCY NOTICE: DOCUMENTS DUE    1/27/2020**

The following missing documents are required for your case:

   • Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 1/14/2020                    Kenneth S. Gardner, Clerk
                                   U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online at: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
         Call: 720-904-7300
         Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Stephen Anthony Neary** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number | 20-10212 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

**1.1**

| | | |
|---|---|---|
| **2349 Rainbows End Point** | | |
| Street address, if available, or other description | | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Colorado Springs** | **CO** | **80921-0000** |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $959,000.00 | $479,500.00 |

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

| **El Paso** |
|---|
| County |

Other information you wish to add about this item, such as local property identification number:

☐ Check if this is community property (see instructions)

**\*House owned by 2349 Rainbows End, LLC**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................=>

| $479,500.00 |
|---|

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

Debtor 1  **Stephen Anthony Neary**                           Case number *(if known)*  **20-10212**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.........................................................=>  | $0.00 |

### Part 3:  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Small Desk, Office chair, 2 guest chairs,11 end tables, small wall desk, 2 -4 post beds, dresser, 6 sofas, armoire, 4 coffee table, 5 loveseat, 2 chairs, 2 single beds, 5 dressers, chest of drawers, small round end table, queen bed, Dining table and chairs, wall table, round dining table and chairs, 10 bar stools, ottoman, couch table, metal chest of drawers, wall hutch; wine | $6,450.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Televisions; Computers; Phones | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Pool Table: $1,500<br>Golf Clubs: $100<br>Skis: $50<br>Carpentry Tools: $1,000 | $2,650.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

Debtor 1  **Stephen Anthony Neary**                    Case number *(if known)*  **20-10212**

|  |  |
|---|---|
| Smith and Wesson 380 Handgun | $339.00 |
| Smith and Wesson .38 handgun | $528.00 |
| Taures semi automatic .45 handgun | $369.00 |
| Remington 870 tactical shotgun | $350.00 |
| Sig Sauer 9mm handgun | $579.00 |

**$2,165.00**

---

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

   | Everyday Clothes | **$2,000.00** |
   |---|---|

---

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

   | Wedding Ring | **$500.00** |
   |---|---|

---

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

   **$14,265.00**

---

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................................

   **Cash**                        **$20.00**

---

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................          Institution name:

   | 17.1. | **Checking Account** | Wells Fargo Checking | **$1,591.27** |
   |---|---|---|---|

   | 17.2. | **Savings Account** | Wells Fargo Savings | **$4,572.74** |
   |---|---|---|---|

---

| Debtor 1 | **Stephen Anthony Neary** | Case number *(if known)* | **20-10212** |
|---|---|---|---|

| 17.3. | **Checking Account** | **Vectra Checking** | | $1,863.23 |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes...................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................
Name of entity:                                    % of ownership:

| **Builtrite Builders LLC** | **100%** | % | **Unknown** |
|---|---|---|---|
| **2349 Rainbows End, LLC (Residence)** | **50%** | % | **$479,500.00** ✳ |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
Type of account:                Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
☐ Yes. Give specific information about them...

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 __Stephen Anthony Neary__                                Case number *(if known)* __20-10212__

| Contractors Licenses in several counties:<br>El Paso<br>Douglas<br>Jefferson<br>Teller | | $0.00 |

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.
  Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes. Give specific information.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☑ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ☑ No
- ☐ Yes. Give specific information.

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................

| $487,547.24 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.

---

Official Form 106A/B                    Schedule A/B: Property                    page 5

Debtor 1    **Stephen Anthony Neary**                              Case number *(if known)*   **20-10212**

☐ Yes. Go to line 38.

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**   **Describe All Property You Own or Have an Interest In That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| | |
|---|---|
| | $0.00 |

**Part 8:**   **List the Totals of Each Part of this Form**

| | | |
|---|---|--:|
| 55. | **Part 1: Total real estate, line 2** ............................................................................. | $479,500.00 |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $14,265.00 |
| 58. | **Part 4: Total financial assets, line 36** | $487,547.24 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54**    + | $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61...    $501,812.24    Copy personal property total | $501,812.24 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | $981,312.24 |

---

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | | | | |
|---|---|---|---|---|
| Debtor 1: | STEPHEN<br>First Name | ANTHONY<br>Middle Name | NEARY<br>Last Name | Case #:   20-10212-JGR |
| Debtor 2: | <br>First Name | <br>Middle Name | <br>Last Name | Chapter:   7 |

## <u>Local Bankruptcy Form 1009-1.1</u>

### Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections <span style="color:red">identifying each amendment,</span> and attach additional pages as necessary.**

**Part 1**   **Notice**

You are hereby notified that the debtor has filed amended documents: **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)].**

**Part 2**   **Amendments**

**2.1. Petition**

    ☒ Not applicable (no amendments to Petition)

    ☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

    ☒ Not applicable (no amendments to List(s))

    ☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**2.3.** **Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☐ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| Home owned by 2349 Rainbows End, LLC | | 959,000.00 | 479,500.00 |
| 19. 2349 Rainbows End, LL | 50% | 959,000.00 | 479,500.00 |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| | |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

## 2.4. Statement(s)

☐ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

## 2.5. Addition of Creditor(s)

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

**Part 3** **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: May 6, 2020

By: /s/Jeffrey S. Brinen
Signature

Bar Number (if applicable):  20565
Mailing Address:  1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone number:  (303) 832-2400
Facsimile number:  (303) 832-1510
E-mail address:  jsb@kutnerlaw.com

**Part 4**  **Verification of Debtor**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| **STEPHEN ANTHONY NEARY,** | ) | **Case No. 20-10212-JGR** |
| SSN: xxx-xx-7997, | ) | |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **LYNN MARTINEZ, Chapter 7 Trustee,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adversary No. _____** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **2349 RAINBOWS END POINT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## COMPLAINT

Lynn Martinez, the Chapter 7 Trustee ("Trustee"), by and through her undersigned counsel, submits her Complaint as follows.

## <u>GENERAL ALLEGATIONS</u>

1. This Court has core jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157(b)(2)(I). Additionally, this Court has jurisdiction over matters arising from or related to a case under Title 11 pursuant to 28 U.S.C. § 1334.

2. Pursuant to 28 U.S.C. § 1409(a), venue is proper before this Court.

3. Stephen Anthony Neary ("Debtor") filed his Chapter 7 Bankruptcy Petition on January 13, 2020.

4. The Debtor is married to Amy Neary ("Wife")

5. The Debtor is a fifty percent owner of 2349 Rainbows End Point, LLC ("Defendant").

6. Wife is a fifty percent owner of Defendant.

7       Defendant is an insider of the Debtor as defined by C.R.S. § 38-8-102(8).

8.      As of May 16, 2016, the Debtor and wife jointly owned as tenants in common the following real property:

**LOT 70, FLYING HORSE NO. 6/32 FILING NO. 1, COUNTY OF EL PASO, STATE OF COLORADO, also known and numbered as 2349 RAINBOWS END PT COLORADO SPRINGS, CO 80921 ("Real Property")**

9.      On May 17, 2016, the Debtor quit claimed his ownership interest in the Real Property to Wife ("the Transfer").

10.     The Debtor did not receive consideration or value for the Transfer.

11.     The Debtor continued to reside at the Real Property after the Transfer.

12.     The Debtor had been sued or threatened with suit by the Colorado Department of Revenue immediately before the Transfer for nonpayment of taxes.

13.     On information and belief, the Transfer rendered the Debtor insolvent.

14.     On September 17, 2019, the Debtor and Wife executed a Quit Claim Deed transferring ownership of the Real Property to Defendant ("Subsequent Transfer").

15.     The Debtor received no value or consideration for the Subsequent Transfer to Defendant.

16.     The Debtor had been threatened with suit and was insolvent at the time of the Subsequent Transfer.

17.     The Debtor owns 50% of Defendant as a personal property membership interest, continues to reside at the Real Property, and retains control of the Real Property outside the reach of his personal creditors.

18.     Defendant is not a good faith transferee of the Debtor's ownership interest in the Real Property.

19.     The Debtor continues to fraudulently claim a homestead exemption in the Real Property owned by Defendant, and shielded from his personal creditors as a result of the Transfer and Subsequent Transfer.

2

## FIRST CLAIM FOR RELIEF
### (Fraudulent Transfer of the Real Property
### Pursuant to 11 U.S.C. § 544 and C.R.S. § 38-8-105(1)(a))

20.     The Trustee incorporates the prior allegations by reference.

21.     The Debtor made the Transfer and Subsequent Transfer to Wife and to Defendant with the actual intent to hinder, delay or defraud his present and/or future creditors, including, but not limited to the Colorado Department of Revenue.

22.     Pursuant to C.R.S. § 38-8-102(8), Wife is an "Insider" of the Debtor.

23.     Pursuant to C.R.S. § 38-8-102(8), Defendant is an "Insider" of the Debtor.

24.     The Subsequent Transfer constitutes a Transfer of the Debtor's interest in property as it indirectly transferred the equity interest in the Real Property to the Debtor while shielding the Real Property from attachment by the Debtor's personal creditors.

25.     Alternatively, Defendant is not a good faith transferee of the Real Property as a subsequent transferee pursuant to C.R.S. § 38-8-109(2).

26.     The Transfer and Subsequent Transfer was a transfer of substantially all of the Debtor's assets.

27.     The Transfer and Subsequent Transfer were made after the Debtor had been threatened with suit or subject to suit.

28.     At all relevant times, the Debtor continued to reside in and retain control over the Real Property.

29.     Pursuant to 11 U.S.C. § 544, -550 and C.R.S. § 38-8-109, the Trustee is entitled to the entry of an Order setting aside the Transfer and Subsequent Transfers.

## SECOND CLAIM FOR RELIEF
### (Fraudulent Transfer of the Real Property
### Pursuant to 11 U.S.C. § 544 and C.R.S. § 38-8-105(1)(b))

30.     The Trustee incorporates the prior allegations by reference.

31.     The Debtor made the Transfer and Subsequent Transfer to Wife and to Defendant without receiving reasonably equivalent value in exchange for such Transfers.

32.     The Debtor made the Transfer and Subsequent Transfer at times when the Debtor reasonably should have believed he would incur debts beyond his ability to pay as they became due.

3

33.     Pursuant to 11 U.S.C. § 544, -550 and C.R.S. § 38-8-109, the Trustee is entitled to the entry of an Order setting aside the Transfer and Subsequent Transfers.

## THIRD CLAIM FOR RELIEF
### (Sale of Real Property Pursuant to 11 U.S.C. § 363(h))

34.     The Trustee incorporates the prior allegations by reference.

35.     Partition of the Real Property between the Bankruptcy Estate and Defendant is impracticable.

36.     Sale of the Bankruptcy Estate's interest in the Real Property would realize significantly less for the Bankruptcy Estate than the sale of the Real Property free and clear of Defendant's interest as co-owner.

37.     The benefit to the Bankruptcy Estate of a sale of the Real Property fee and clear of Defendant's interest in the property outweighs the detriment to Defendant.

38.     The Real Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

39.     Upon entry of an Order setting aside the Transfer and Subsequent Transfers, the Trustee requests entry of an Order pursuant to 11 U.S.C. § 363(h) authorizing the Trustee to sell both the Bankruptcy Estate's and Defendant's interest in the Real Property as co-owners of the Real Property.

4

WHEREFORE, the Trustee respectfully requests the following relief:

A.      On the first claim for relief, entry of an Order setting aside the Transfer and Subsequent Transfers;

B.      On the second claim for relief, entry of an Order setting aside the Transfer and Subsequent Transfers;

C.      On the third claim for relief, entry of an Order pursuant to 11 U.S.C. § 363(h) authorizing the Trustee to sell both the Bankruptcy Estate's and Defendant's interest in the Real Property as co-owners of the Real Property; and

D.      Such further and alternative relief as the Court deems appropriate.

Dated this 18th day of May 2020.

KRAMER LAW LLC

/S/ Harvey L. Kramer
Harvey L. Kramer, Reg. No. 31239
4101 East Louisiana Avenue, Suite 108
Denver, Colorado 80246
Telephone:  (303) 282-4342
Email: hkramer@kramlaw.com
Attorney for Lynn Martinez, Chapter 7 Trustee

5

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | |
| Stephen Anthony Neary, SSN: xxx-xx-7997 | Case No. 20-10212-JGR Chapter 7 |
| Debtor. | |

### ORDER GRANTING EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF STEPHEN NEARY AND THIRD PARTIES

THIS MATTER is before the Court on the Ex Parte Motion for Order Authorizing Rule 2004 Examination of Stephen Neary and Third Parties (Doc. 61; the "Motion"), filed by the Debtor (the "Movant"). The Court having reviewed the Motion and being adequately advised in the premises, hereby

ORDERS that the Motion is GRANTED.

FURTHER ORDERS that pursuant to Fed.R.Bankr.P. 2004 and subject to the provisions of Fed.R.Bankr.P. 9016, Fed.R.Civ.P. 45, and L.B.R. 2004-1, Movant is authorized to examine and to seek production of documents from Stephen Neary and certain third parties, including: (1) SAN 512, Inc.; (2) MoDaMoLa, Inc., (3) Unified Health Solutions, LLC; (4) Prime I.V. Hydration and Wellness, Inc.; (5) Mullins Family Inc.; (6) 2349 Rainbows End Pt LLC; (7) Any Lab Test Now; (8) Vectra Bank, N.A.; (9) Wells Fargo Bank, N.A., (10) Capital One Bank (USA), N.A.; (11) Citi Bank, N.A.; (12) JPMorgan Chase Bank, N.A., (13) Vistage Worldwide, Inc.; (14) Buildertrend Solutions, Inc.; (15) Elizabeth Cooper; (16) Jennifer Turotte; (17) Amy Nelson; (18) Debbie Miller of Phases Accounting & Tax Services; (19) the bankruptcy estate of Builtrite Builders, LLC; and (20) Club at Flying Horse (hereinafter, collectively "Third Parties"). The date for the examination or production of documents must be not less than 14 days after service, by Movant, of this Order on Stephen Neary and Third Parties.

Dated this 20th day of May, 2020.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:

STEPHEN ANTHONY NEARY,

                   Debtor.

Case No. 20-10212 JGR

Chapter 7

---

## ORDER GRANTING SECOND EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF STEPHEN NEARY AND THIRD PARTIES

---

**THIS MATTER** comes before the Court on the Second Ex Parte Motion for Order Authorizing Examinations of Stephen Neary and Third Parties Pursuant to Fed.R.Bankr.P. 2004 ("Motion") filed by Kari and Patrick Harrington, Jessica and Shane Larson, and Arturo and Tima Efendic-Ortiz (hereinafter, collectively "Movant"). The Court having reviewed the Motion, and being adequately advised in the premises, does hereby

**ORDER** that the Motion is **GRANTED**. Therefore, the Court does hereby

**FURTHER ORDER** that, pursuant to FED.R.BANKR.P. 2004 and subject to the provisions of FED.R.BANKR.P. 9016, FED.R.CIV.P. 45 and L.B.R. 2004-1, the Movant is authorized to examine and seek production of documents from certain third-parties, including: (1) PayPal, (2) TCF National Bank, (3) SA Administrative Services, Inc.,and (4) RIV512 Administrative Services, Inc. The date for the examination or production of documents must be not less than fourteen (14) days after service, by Movant, of this Order on Stephen Neary and the above-enumerated third-parties.

DATED this 26th day of       June     , 2020.

BY THE COURT:

_____

Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Stephen Anthony Neary** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number | 20-10212 | | |

■ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
□ Yes.  Where is the property?

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
□ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
□ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**

| |
|---|
| **$0.00** |

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    □ No
    ■ Yes.  Describe.....

| Debtor 1 | **Stephen Anthony Neary** | Case number *(if known)* | **20-10212** |

| | |
|---|---|
| Small Desk, Office chair, 2 guest chairs,11 end tables, small wall desk, 2 -4 post beds, dresser, 6 sofas, armoire, 4 coffee table, 5 loveseat, 2 chairs, 2 single beds, 5 dressers, chest of drawers, small round end table, queen bed, Dining table and chairs, wall table, round dining table and chairs, 10 bar stools, ottoman, couch table, metal chest of drawers, wall hutch; wine | **$6,450.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Televisions; Computers; Phones | **$500.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Pool Table: $1,500<br>Golf Clubs: $100<br>Skis: $50<br>Carpentry Tools: $1,000 | **$2,650.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Smith and Wesson 380 Handgun    $339.00<br>Smith and Wesson .38 handgun    $528.00<br>Taures semi automatic .45 handgun  $369.00<br>Remington 870 tactical shotgun    $350.00<br>Sig Sauer 9mm handgun        $579.00 | **$2,165.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Everyday Clothes | **$2,000.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Wedding Ring | **$500.00** |

Debtor 1    **Stephen Anthony Neary**                                           Case number *(if known)*   **20-10212**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ..............................................................................

| $14,265.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes..............................................................................................................

|  | Cash | $20.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................                Institution name:

| 17.1. | Checking Account | Wells Fargo Checking | $1,591.27 |
|---|---|---|---|
| 17.2. | Savings Account | Wells Fargo Savings | $4,572.74 |
| 17.3. | Checking Account | Vectra Checking | $1,863.23 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................                Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
Name of entity:                                      % of ownership:

| | Builtrite Builders LLC | 100% % | Unknown |
|---|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

| Debtor 1 | **Stephen Anthony Neary** | Case number *(if known)* | 20-10212 |

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ■ No
   ☐ Yes. List each account separately.
              Type of account:       Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No
   ☐ Yes. ....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No
   ☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ■ No
   ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ■ No
   ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ■ No
   ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---:|
| Contractors Licenses in several counties:<br>**El Paso**<br>**Douglas**<br>**Jefferson**<br>**Teller** | |
| | **$0.00** |

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                             _____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                 benefits; unpaid loans you made to someone else

   ■ No
   ☐ Yes.  Give specific information..

| Official Form 106A/B | Schedule A/B: Property | page 4 |
|---|---|---|

| Debtor 1 | **Stephen Anthony Neary** | | Case number *(if known)* | **20-10212** |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here................................................................................................................

**$8,047.24**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  ....................................

**$0.00**

Debtor 1    **Stephen Anthony Neary**                                    Case number *(if known)*   **20-10212**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ........................................................................................    **$0.00**

56.  **Part 2: Total vehicles, line 5**                                                     **$0.00**

57.  **Part 3: Total personal and household items, line 15**                               **$14,265.00**

58.  **Part 4: Total financial assets, line 36**                                           **$8,047.24**

59.  **Part 5: Total business-related property, line 45**                                  **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                         **$0.00**

61.  **Part 7: Total other property not listed, line 54**             +                    **$0.00**

62.  **Total personal property.** Add lines 56 through 61...          **$22,312.24**   Copy personal property total    **$22,312.24**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                        **$22,312.24**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | 20-10212 |
| (if known) | |

■ Check if this is an
   amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Small Desk, Office chair, 2 guest chairs,11 end tables, small wall desk, 2 -4 post beds, dresser, 6 sofas, armoire, 4 coffee table, 5 loveseat, 2 chairs, 2 single beds, 5 dressers, chest of drawers, small round end table, queen bed, Dining table and chairs**<br>Line from *Schedule A/B*: **6.1** | $6,450.00 | ■   $3,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Everyday Clothes**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ■   $2,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■   $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Stephen Anthony Neary**                                    Case number (if known)    **20-10212**

☐

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | **20-10212** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Anthony Neary** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | 20-10212 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

■ Yes.

**2.** List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   **Colorado Department of Revenue**

Priority Creditor's Name

**1375 Sherman Street, Room 511**
**Denver, CO 80261**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____   **$0.00** | **$0.00** | **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**   **Internal Revenue Service**

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____   **$0.00** | **$0.00** | **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Stephen Anthony Neary**                                    Case number (if known)   **20-10212**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
| --- | --- | --- |

| 4.1 | **Allen, Jeffrey and Haley** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Barrick, Aaron W.**
**Folkestad Fazekas Barrick & Patoile**
**18 South Wilcox Street, Suite 200**
**Castle Rock, CO 80104**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purposes Only**

| 4.2 | **Ally Bank** | Last 4 digits of account number  **6470** | **$30,519.08** |

Nonpriority Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

Debtor 1 **Stephen Anthony Neary**     Case number (if known)   **20-10212**

| 4.3 | **Ally Bank** | Last 4 digits of account number  **2622** | **$30,519.00** |

Nonpriority Creditor's Name
**P.O. Box 380901**
**Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.4 | **Ally Financial** | Last 4 digits of account number  _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 380901**
**Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| 4.5 | **American Express** | Last 4 digits of account number  _____ | **$31,286.00** |

Nonpriority Creditor's Name
**P.O. Box 640448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

Debtor 1   **Stephen Anthony Neary**                                    Case number (if known)   **20-10212**

---

| 4.6 | **Bender, Paul** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2156 South Juniper Street**
**Lakewood, CO 80228**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purposes Only**

---

| 4.7 | **Bobby Cotton** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 1459**
**Breckenridge, CO 80424**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purposes Only**

---

| 4.8 | **Borchardt, Brian Lincoln and Samantha** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1805 West Scott Place**
**Denver, CO 80211**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Purposes Only**

---

Debtor 1   **Stephen Anthony Neary**                              Case number (if known)   **20-10212**

| 4.9 | **Brethour, Alan and Carolyn** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**26078 Haggard Nest Drive**
**Katy, TX 77494**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Other. Specify   **Notice Purposes Only**

---

| 4.10 | **Brown, James and Brenda** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**14035 Hillrose Drive**
**Parker, CO 80134**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Notice Purposes Only**

---

| 4.11 | **Chase Bank** | Last 4 digits of account number **4870** | **$8,103.32** |

Nonpriority Creditor's Name
**270 Park Avenue**
**New York, NY 10017**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   _____

---

Debtor 1  **Stephen Anthony Neary**                    Case number (if known)   **20-10212**

| 4.1 2 | **Chase Bank** | Last 4 digits of account number | **1169** | **$45,397.55** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**270 Park Avenue**
**New York, NY 10017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 3 | **Chrysler Capital** | Last 4 digits of account number | **3848** | **$26,842.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1601 Elm Street, #800**
**Dallas, TX 75201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 4 | **Chrysler Capital** | Last 4 digits of account number | **4614** | **$26,842.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1601 Elm Street, #800**
**Dallas, TX 75201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Stephen Anthony Neary**                                        Case number (if known)    **20-10212**

| 4.1 5 | **Encore Capital Group, LLC** | | Last 4 digits of account number | **$300,000.00** |

Nonpriority Creditor's Name

**5475 Mark Dabling Blvd.**
**Colorado Springs, CO 80918**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.1 6 | **Feeder, Janet May** | | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**27480 Acacia Drive**
**Santa Clarita, CA 91354**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

| 4.1 7 | **Fernandez, John Z. and Jami N.** | | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**c/o Thomas F. Quinn, P.C.**
**303 East 17th Avenue, Suite 920**
**Denver, CO 80203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

Debtor 1   **Stephen Anthony Neary**

Case number (if known)   **20-10212**

---

**4.18**

**Fora Financial Advance**   $260,000.00

Nonpriority Creditor's Name

**519 8th Avenue 11th Floor**
**New York, NY 10018**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

**4.19**

**German Ricano Pelaez**   $0.00

Nonpriority Creditor's Name

**Gabriela Oliveira Ricano**
**18904 Burlington Place**
**Denver, CO 80249**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

**4.20**

**Harrington, Patrick and Kari**   $0.00

Nonpriority Creditor's Name

**4006 Mesa Top Drive**
**Monument, CO 80132**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

---

Debtor 1   **Stephen Anthony Neary**                                    Case number (if known)   **20-10212**

---

**4.2 1**

**Homerun Electronics, Inc.**
Nonpriority Creditor's Name
**6380 Corporate Centre Circle, Suite 155**
**Colorado Springs, CO 80919**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.2 2**

**Larson, Jessica and Shane**
Nonpriority Creditor's Name
**5215 Hidden Rock Road**
**Colorado Springs, CO 80908**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

**4.2 3**

**Lichtenberger, Heather and Cliff**
Nonpriority Creditor's Name
**1727 Redbank Drive**
**Colorado Springs, CO 80921**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

| Debtor 1 | **Stephen Anthony Neary** | Case number (if known) | **20-10212** |
|---|---|---|---|

---

| 4.2 4 | **Massie, Neal and Brandi** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**23531 East Portland Way**
**Aurora, CO 80016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Purposes Only**

---

| 4.2 5 | **Miskovic, Mark and Kathleen** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8850 Aspen Hills Court**
**Colorado Springs, CO 80908**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Purposes Only**

---

| 4.2 6 | **Monahan, Peter K. and Kellie K.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6864 South Lee Way**
**Littleton, CO 80127**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Purposes Only**

---

Debtor 1  **Stephen Anthony Neary**

Case number (if known)   **20-10212**

---

**4.2 7**

**Morgan, Joshua**

Nonpriority Creditor's Name

**15976 East Summit Avenue**
**Parker, CO 80134**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

$0.00

---

**4.2 8**

**Neill, Susan and James**

Nonpriority Creditor's Name

**3924 Starry Night Loop**
**Castle Rock, CO 80109**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

$0.00

---

**4.2 9**

**Neumann, Vance J.**

Nonpriority Creditor's Name

**P.O. Box 1590**
**Monument, CO 80132**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Purposes Only**

$0.00

---

Debtor 1 **Stephen Anthony Neary**

Case number (if known)   **20-10212**

---

| 4.30 | | |
|---|---|---|

**Obinnah, Augustine and Ugoji**
Nonpriority Creditor's Name
**4809 Argonne Street**
**Suite 100**
**Denver, CO 80249**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

| 4.31 | | |
|---|---|---|

**Possibility Partners**
Nonpriority Creditor's Name
**18040 Briarhaven Court**
**Monument, CO 80132**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $200,000.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.32 | | |
|---|---|---|

**Potter, Rex and Sandra**
Nonpriority Creditor's Name
**6701 La Cantera Drive**
**Fort Worth, TX 76108**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Purposes Only**

---

Debtor 1  **Stephen Anthony Neary**                                    Case number (if known)    **20-10212**

---

| 4.3 3 | **Rob and Austin Holland** | Last 4 digits of account number | **$75,000.00** |

Nonpriority Creditor's Name

**3883 E. Fox Trail**
**Littleton, CO 80121**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.3 4 | **Stiner, Zendejas Gaithe** | Last 4 digits of account number | **$25,000.00** |

Nonpriority Creditor's Name

**121 E. Vermijo Avenue, Suite 200**
**Colorado Springs, CO 80903**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.3 5 | **Townley, Timothy D. and Patricia T.** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**75 Ravenglass Way**
**Colorado Springs, CO 80906**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes Only**

---

Debtor 1   **Stephen Anthony Neary**                                   Case number *(if known)*   **20-10212**

---

| 4.3 6 | **Vectra Bank** | Last 4 digits of account number _____ | **$771,772.57** |

Nonpriority Creditor's Name
**P.O. Box 77404**
**Trenton, NJ 08628**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty on Mortgage for 2349 Rainbows End Point**

---

| 4.3 7 | **Wahl, Andrea and Mike** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**3115 Pegasus Drive**
**Colorado Springs, CO 80906**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Notice Purposes Only**

---

| 4.3 8 | **Westar Real Property Services** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1600 Jackson Street, Suite 180**
**Golden, CO 80401**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt (Landlord)**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1 __Stephen Anthony Neary__

Case number (if known) __20-10212__

| | |
|---|---|
| **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2** of (Check one):<br><br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

Name and Address
**Office of the Attorney General**
**State of Colorado**
**1300 Broadway**
**Denver, CO 80203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

Name and Address
**Office of the Attorney General**
**US Department of Justice**
**950 Pennsylvania Avenue, NW**
**Suite 4400**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

Name and Address
**Office of the US Attorney**
**District of Colorado**
**1801 California Street, Suite 1600**
**Denver, CO 80202-2628**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

Name and Address
**State of Colorado**
**Division of Securities**
**1560 Broadway, Suite 900**
**Denver, CO 80202-5150**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

Name and Address
**Westar Real Property Services**
**4232 Wadsworth Boulevard**
**Wheat Ridge, CO 80033**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,831,282.92 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,831,282.92 |

| Fill in this information to identify your case |
| --- |

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1:    STEPHEN     ANTHONY     NEARY     Case #:    20-10212-JGR
       First Name      Middle Name      Last Name

Debtor 2:                                     Chapter:    7
       First Name      Middle Name      Last Name

## Local Bankruptcy Form 1009-1.1

### Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections <span style="color:red">identifying each amendment,</span> and attach additional pages as necessary.**

**Part 1**    **Notice**

You are hereby notified that the debtor has filed amended documents: **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

**Part 2**    **Amendments**

#### 2.1. Petition

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
| --- | --- | --- |
|  |  |  |
|  |  |  |

#### 2.2. List(s)

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
| --- | --- | --- |
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
| --- | --- |
|  |  |
|  |  |

**2.3.** **Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☒ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| Removed previously listed interest in real property located at 2349 Rainbows End Point | n/a | n/a | n/a |
| Removed previously listed interest in 2349 Rainbows End, LLC | n/a | n/a | n/a |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| Removed previously claimed homestead exemption in real property located at 2349 Rainbows End Point | n/a |
|  |  |
|  |  |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor ☒ Amendment to existing creditor | Vectra Bank PO Box 77404 Trenton, NJ 08628 | $771,772.57 | n/a | n/a | Moved to Schedule E/F |
| ☐ New creditor ☐ Amendment to existing creditor |  |  |  |  |  |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor ☒ Amendment to existing creditor | Vectra Bank is now an unsecured creditor as opposed to a secured creditor |  |  |  |
| ☐ New creditor ☐ Amendment to existing creditor |  |  |  |  |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
|  |  |
|  |  |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
|  |  |
|  |  |

Schedules I/J:

| Amended/New information |
|---|
|  |
|  |

**2.4. Statement(s)**

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

---

**Part 3**   **Signature of Debtor's Attorney or Debtor (if unrepresented)**

---

Dated:  August 18, 2020

By: /s/Jeffrey S. Brinen_____
Signature

Bar Number (if applicable):  20565
Mailing Address:  1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone number:  (303) 832-2400
Facsimile number:  (303) 832-1510
E-mail address:  jsb@kutnerlaw.com

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
**Minutes of Electronically Recorded Proceeding**
**Held Wednesday, August 26, 2020, before Honorable Joseph G. Rosania, Jr.**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Stephen Anthony Neary** | ) | 20-10212 JGR |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| Last four digits of SS#: : **7997** | ) | |
| | ) | |
| | ) | |

☒ **Appearances:**

Debtor(s): Stephen Neary                     Counsel: Jeffrey Brinen – by phone
Creditor: Unofficial Committee of Unsecured Creditors     Counsel: Joshua Sheade – by phone

**Proceedings:**     Telephonic status conference regarding the Moving Creditors' Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed May 11, 2020 (Doc. 50), the Debtor's Objection thereto filed May 15, 2020 (Doc. 54), and the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73).

☒     Entry of appearances and statements/arguments made
☒     Evidentiary[1]
☐     Witnesses sworn, as noted below, or ☐ see attached list
☐     Exhibits entered, as noted below, or ☐ see attached list

**Orders:**
☐     Oral findings and conclusions made of record
☒     IT IS ORDERED that the Moving Creditors' Amended Motion to Extend the Deadlines to Object to Discharge pursuant to 11 U.S.C. § 727 and/or for Determinations of Dischargeability pursuant to 11 U.S.C. § 523 filed June 3, 2020 (Doc. 73) is **HELD IN ABEYANCE** pending resolution of the 11 U.S.C. § 727 claims in Adv. Pro. No. 20-01239 or upon request of the Moving Creditors.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ C. Manyak
By: C. Manyak, Law Clerk

---

[1] Evidentiary for statistical reporting purposes

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

|  |  |  |
|---|---|---|
| **STEPHEN ANTHONY NEARY,** | ) | **Case No. 20-10212-JGR** |
| SSN: xxx-xx-7997, | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |

---

### MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

---

Lynn Martinez, the Chapter 7 Trustee, by and through her undersigned counsel, submits her Motion for Approval of Settlement Agreement as follows.

1.     Stephen Anthony Neary ("Debtor") filed his Chapter 7 Bankruptcy Petition on January 13, 2020 ("Petition Date").

2.     The Debtor is married to Amy Neary ("Wife").

3.     As of May 16, 2016, the Debtor and Wife jointly owned the following real property:

> **LOT 70, FLYING HORSE NO. 6/32 FILING NO. 1, COUNTY OF EL PASO, STATE OF COLORADO, also known and numbered as 2349 RAINBOWS END PT COLORADO SPRINGS, CO 80921 ("Real Property").**

4.     On May 17, 2016, the Debtor quit claimed the Real Property to Wife ("Transfer"). At the time of the Transfer, the Real Property was encumbered by a Deed of Trust in the approximate amount of $572,000.  At the time of the Transfer, the fair market value of the Real Property was approximately $1,100,000.00.  The available equity was $528,000.

5.      At the time of the Transfer, the Debtor was insolvent and subject to suit for unpaid taxes by the Colorado Department of Revenue.  The Debtor was also subject to threats of suit by suppliers to his construction company for violations of Colorado's trust fund statute.

6.      On September 17, 2019, the Debtor and Wife executed a Quit Claim Deed transferring ownership of the Real Property to 2349 Rainbows End Point, LLC ("Rainbows End") ("Subsequent Transfer").

7.      The Trustee alleged the Debtor did not receive value for the Subsequent Transfer. Wife claimed that the Debtor borrowing against the property three months after the Transfer constituted value. Wife further claimed her payment of funds to Debtor's construction company eight months after the Transfer constituted value.

8.      During the year prior to Bankruptcy, the Debtor claims he "voluntarily" provided consulting services to Wife in conjunction with her franchising of a business known as Revivology or Prime IV Hydration ("the Franchise") and with her other businesses ("Amy Neary Businesses").[1]

9.      With the Debtor's "voluntary" assistance, Amy Neary received approximately $800,000 during 2019.  The Debtor did not receive payment for his services.

10.     On the Petition Date, Debtor and Wife jointly owned four Wells Fargo Bank Accounts containing $33,754,56 ("Joint Accounts").  Wife claimed ownership of $32,173.41 contained in the Joint Accounts.  Wells Fargo Bank froze the Joint Accounts and turned over Joint Accounts to the Trustee ("Disputed Funds").

---

[1] The Amy Neary Businesses are Prime IV Hydration & Wellness, Inc., Unified Heath Solutions, LLC, Mullins Family, Inc., Moda Mola, Inc.

2

11.     The Trustee filed suit against Wife and Rainbows End to set aside the above-referenced transfers, for declaratory relief regarding ownership of Rainbows End, and to sell the Real Property in Adversary Proceeding No. 20-01147 ("Adversary").  Wife filed an Answer and Counterclaim suing the Trustee personally for conversion of the Disputed Funds.

12.     The Trustee, Debtor, Wife and the Amy Neary Business have entered into the Settlement Agreement attached as "Exhibit 1."   The proposed settlement resolves all claims in the Adversary Proceeding, and any claims between and amongst the parties related to the Real Property, the Franchise or the Amy Neary Businesses.  In exchange for releasing the Trustee's claims, the Bankruptcy Estate shall receive $200,000.00 and shall retain one half of the Disputed Funds or $16,877.28.  The $200,000 payment shall be made three business days after Bankruptcy Court approval of the settlement.

13.     This proposed settlement shall pay the Bankruptcy Estate seventy five percent (75%) of the value of the equity transferred to Wife by virtue of the Transfer.  It shall also avoid further administrative costs moving forward and maximize return for creditors.

14.     The Trustee has conducted extensive discovery regarding the Debtor's involvement with the Franchise and the Amy Neary Businesses. While the Debtor has openly claimed ownership of the Franchise, he is not listed in any corporate governance documents as an owner.  Wife owned the Amy Near Businesses before 2019.  Such businesses were moderately profitable but did not generate significant income until the Debtor provided his "voluntary" consulting services.

15.     The Bankruptcy Estate's potential claim for the "value" of the Debtor's services to Wife and her businesses is limited by case law holding that volunteer services provide by

3

husband to wife are not assets under fraudulent conveyance law.[2]  The potential claim is further limited by the cost of litigation in establishing the Debtor's equitable ownership in the Franchise, and the cost of differentiating and allocating the value of such ownership both before and after the Petition Date.  In her business judgment, the Trustee determined that this settlement realizes the best net benefit to creditors of this Bankruptcy Estate.

WHEREFORE, the Trustee respectfully requests entry of an Order approving the Settlement Agreement and granting such further and alternative relief as the Court deems appropriate.

Dated this 28th day of September 2021.

KRAMER LAW LLC

/S/ Harvey L. Kramer
Harvey L. Kramer, Reg. No. 31239
4101 E. Louisiana Ave., Suite 108
Denver, CO 80246
Telephone: (303) 282-4342
Email: hkramer@kramlaw.com
Attorney for the Chapter 7 Trustee

---

[2] See Bressner v. Amroziak, 379 F.3d 478, 483 (7th Cir. 2004), Overocker v. Solie, 597 N.W. 2d 579, 580-81 (Minn. App. 1999); Studds v. Fid. & Deposit Co. of Md., 267 F.2d 875, 876 (4th Cir. 1959).

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

Lynn Martinez, Chapter 7 Trustee (the "**Trustee**"), on the first part, and Amy M. Neary ("**Amy Neary**") and 2349 Rainbows End Point, LLC ("**Rainbows End**"), on the second part, enter into this Settlement Agreement and Mutual Release (the "**Agreement**"). The Agreement shall be dated September 22nd, 2021 and becomes effective upon Bankruptcy Court approval. The Trustee, Amy Neary, and Rainbows End may be referred to individually as a "**Party**" and collectively as the "**Parties**."

### RECITALS

A.      Stephen Anthony Neary ("**Steve Neary**") is a Chapter 7 Bankruptcy Debtor in the proceeding captioned *In Re Neary*, Case No. 20-10212 JGR, United States Bankruptcy Court for the District of Colorado (the "**Bankruptcy**"). Steve Neary is Amy Neary's spouse.

B.      Within the Bankruptcy, the Trustee filed an adversary proceeding against Amy Neary and Rainbows End. The adversary proceeding is captioned as followed:  *Martinez v. Amy M. Neary, and 2349 Rainbows End Point, LLC*, Adversary Proceeding No. 210-01147, United States Bankruptcy Court for the District of Colorado (the "**Adversary Proceeding**").

C.      In the Adversary Proceeding,  the Trustee alleged claims for fraudulent transfer under 11 U.S.C. § 544 and the Colorado Uniform Fraudulent Transfers Act (the "**CUFTA Claims**"), for sale of real property under 11 U.S.C. § 363(h) (the "**Sale Claim**"), and for declaratory judgment under 28 U.S.C. § 2201 (the "**Declaratory Judgment Claim**").

D.      For her part, Amy Neary brought a claim against the Trustee for Conversion (the "**Conversion Counterclaim**").

E.      Rather than further litigate the above-referenced claims, and other as-yet-unalleged claims in the Bankruptcy the Parties have agreed to fully settle and resolve their disputes as set forth herein.

### AGREEMENT

THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.      **Recitals**.  The above Recitals are part of this Agreement and are incorporated herein by reference.

2.      **Bankruptcy Court Approval**. The mutual promises made in this Agreement are conditioned upon the Bankruptcy Court's approval of this Agreement in its entirety. All of the mutual promises made herein on conditioned upon the Parties' good faith representations to each other that each will cooperate to promptly submit this Agreement, after mutual execution thereof, to the Bankruptcy Court and that each will cooperate in the effort to have this Agreement approved by said Bankruptcy Court.

3.      **Settlement Payment**.  Amy Neary shall pay to the Trustee a lump sum payment of

Two Hundred Thousand Dollars and zero cents ($200,000). The payment shall be made via wire transfer or, alternatively, certified check as Trustee shall direct, in writing, through Trustee's counsel. The payment shall be made on or before the later of (a) 30 calendar days after execution of this Agreement; or (b) three business days after the bankruptcy court approves the settlement set forth in this Agreement.

4.     **Retained Funds.**  After being appointed trustee for the Bankruptcy, the Trustee collected $33,754.56 (the "**Disputed Funds**") from certain Wells Fargo Bank accounts, the ownership of which is disputed. The Trustee returned to Amy one half of the Disputed Funds. As part of this Agreement, the Trustee (on behalf of the Bankruptcy Estate) shall be permitted to retain the remaining amount of the Disputed Funds.

5.     **Dismissal**.  Conditioned upon the Parties mutual promises set forth in this Agreement, and effective upon the date of the Bankruptcy Court's approval of this Agreement, and receipt of the Settlement Payment, the Trustee and Amy Neary shall file a Stipulation to Dismiss all Claims in the Adversary Proceeding with prejudice.

6.     **Releases (Trustee)**.

a.     Conditioned upon compliance with the terms of this Agreement, the Trustee, individually and on behalf of the Bankruptcy Estate,  releases and forever discharges Amy Neary and Rainbows End and, as applicable, each of their respective officers, directors, owners, agents, successors, heirs, affiliates, parents, subsidiaries, assigns, attorneys, and representatives (collectively, the "**Neary Parties**") from and against any and all causes of action, claims, suits, debts, sums of money, covenants, contracts, controversies, agreements, promises, damages, judgments, interest, executions, claims for attorneys' fees and costs or disbursements, liabilities, obligations, rights or demands of any kind whatsoever, known or unknown, arising from or relating, in any way, to the Bankruptcy, the Adversary Proceeding, or any of the claims or counterclaims that were alleged therein or that could have  been alleged therein.

b.     To clarify, and to remove any doubt on the matter, the Trustee's release, on behalf of herself and on behalf of the Bankruptcy Estate, also includes not only Steve Neary but also any business owned, in whole or in part, by Amy Neary, including, without limitation, Prime IV Hydration & Wellness, Inc., Unified Heath Solutions, LLC, Mullins Family, Inc., Moda Mola, Inc. (collectively, the "**Amy Neary Businesses**") along with any of their respective affiliates, agents or franchisees.

7.     **Release (Neary Parties, Steve Neary, Amy Neary Businesses)**.

a.     Conditioned upon compliance with the terms of this Agreement, the Neary Parties, Steve Neary, and the Amy Neary Businesses, along with their respective officers, directors, owners, agents, successors, heirs, affiliates, parents, subsidiaries, assigns, attorneys, and representatives release and forever discharge the Trustee, individually and as trustee of the Bankruptcy Estate from and against any and all causes of action, claims, suits, debts, sums of money, covenants, contracts, controversies, agreements, promises, damages, judgments, interest, executions, claims for attorneys' fees and costs or disbursements, liabilities, obligations, rights or demands of any kind whatsoever, known or unknown, arising from or relating, in any way, to the

2

Bankruptcy, the Adversary Proceeding, or any of the claims or counterclaims that were alleged therein or that could have been alleged therein.

           b.     For purposes of this Release only, Steve Neary and the Amy Neary Businesses are signatories to this Agreement.

       8.     **No Admission of Liability.** Each Party is entering into this Agreement to avoid the hassle, risk, and expense of further litigation and not as an admission of liability to any other Party. Indeed, by entering into this Agreement, no Party shall be deemed to have admitted liability on any claim, counterclaim, or defense that was alleged, or that could have been alleged, in the Bankruptcy or the Adversary Proceeding.

       9.   **Sole Agreement, General Terms:**

        a.   This Agreement represents the sole and entire agreement between the Parties and supersedes all prior agreements, negotiations, and discussions between the Parties hereto and/or their respective counsel with respect to the subject matters covered hereby.

        b.   Any amendment to the Agreement must be in writing signed by duly authorized representatives of the Parties hereto and stating the intent of the Parties to amend this Agreement.

        c.   This Agreement may be executed in counterparts, each of which shall constitute an original. This Agreement shall become effective when all Parties hereto have executed a counterpart hereof and all documents required to be executed and/or delivered hereunder have been executed and/or delivered. A facsimile, scanned, photocopied or other electronic signature of any Party to this Agreement shall have the same force and effect for all purposes as an original signature.

        d.   The parties agree that this Agreement will not be interpreted per any rule of construction as if either party is the sole drafter of this Agreement.

        e.   Time is of the essence with respect to all agreements and obligations contained in this Agreement.

     10. **Choice of Law and Venue.** This Agreement shall be construed and interpreted in accordance with the laws of the State of Colorado.

*Signatures on Next Page*

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective   on
_____ 2021.


_____.___

LYNN MARTINEZ,
Chapter 7 Trustee

*Amy Neary*
Amy Neary (Sep 22, 2021 15:28 MDT)
_____
AMY M. NEARY


2349 RAINBOWS END POINT, LLC

By: *Amy Neary*
     Amy Neary (Sep 22, 2021 15:28 MDT)
    _____

Its:  Member


**For purposes of Releases in Paragraphs 6 and 7:**


*1en*
Stephen neary (Sep 22, 2021 15:12 MDT)
_____
STEPHEN ANTHONY NEARY


PRIME IV HYDRATION  & WELLNESS, INC. (fka REVIVOLOGY FRANCHISING, INC.)

By: *Amy Neary*
     Amy Neary (Sep 22, 2021 15:28 MDT)
    _____

Its:  President/CEO

UNIFIED HEALTH SOLUTIONS, LLC

By: *Amy Neary*
     Amy Neary (Sep 22, 2021 15:28 MDT)
    _____

Its:  Member

MULLINS FAMILY, INC.                          MODAMOLA, INC.

By: *Amy Neary*                              By: *Amy Neary*
     Amy Neary (Sep 22, 2021 15:28 MDT)           Amy Neary (Sep 22, 2021 15:28 MDT)
    _____                 _____

Its:  President/CEO                          Its: President/CEO

4

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective   on
_____ 2021.


_____
LYNN MARTINEZ,
Chapter 7 Trustee


*Amy Neary*
Amy Neary (Sep 22, 2021 15:28 MDT)
_____
AMY M. NEARY


2349 RAINBOWS END POINT, LLC
*Amy Neary*
By: Amy Neary (Sep 22, 2021 15:28 MDT)

Its:  Member


**For purposes of Releases in Paragraphs 6 and 7:**


_____
Stephen neary (Sep 22, 2021 15:12 MDT)
STEPHEN ANTHONY NEARY


PRIME IV HYDRATION  & WELLNESS, INC. (fka REVIVOLOGY FRANCHISING, INC.)
*Amy Neary*
By: Amy Neary (Sep 22, 2021 15:28 MDT)

Its:  President/CEO

UNIFIED HEALTH SOLUTIONS, LLC
*Amy Neary*
By: Amy Neary (Sep 22, 2021 15:28 MDT)

Its:  Member

MULLINS FAMILY, INC.                          MODAMOLA, INC.
*Amy Neary*                                   *Amy Neary*
By: Amy Neary (Sep 22, 2021 15:28 MDT)        By: Amy Neary (Sep 22, 2021 15:28 MDT)

Its:  President/CEO                            Its: President/CEO

4

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                          )

**STEPHEN ANTHONY NEARY,**                      )          **Case No. 20-10212-JGR**
**SSN: xxx-xx-7997,**                           )
                                                )          **Chapter 7**
Debtor.                                         )
                                                )
                                                )
                                                )

---

### ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

---

    The Court, having reviewed the Motion for Approval Settlement filed by the Lynn Martinez, the Chapter 7 Trustee, the case file and otherwise being advised in the premises, GRANTS the Motion and orders that the Settlement Agreement between the Chapter 7 Trustee, Amy Neary, Stephen Neary and the Amy Neary Businesses as set forth and attached to the Motion is approved.

    Dated this _____ day of _____, 2021.

    BY THE COURT:

_____
Joseph R. Rosania, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

|  |  |  |
|---|---|---|
| **STEPHEN ANTHONY NEARY,** | ) | **Case No. 20-10212-JGR** |
| SSN: xxx-xx-7997, | ) | |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

---

### ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

---

The Court, having reviewed the Motion for Approval Settlement filed by the Lynn Martinez, the Chapter 7 Trustee, the case file and otherwise being advised in the premises, GRANTS the Motion and orders that the Settlement Agreement between the Chapter 7 Trustee, Amy Neary, Stephen Neary and the Amy Neary Businesses as set forth and attached to the Motion is approved.

Dated this 22nd day of October, 2021.

BY THE COURT:

_____
Joseph R. Rosania, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
STEPHEN ANTHONY NEARY,                    )        Case No. 20-10212 JGR
                                          )
                                          )        Chapter 7
              Debtor.                     )

---

**MOTION TO RECLASSIFY CLAIM NUMBERS 21 THROUGH 33
AS ALLOWED, TIMELY FILED CLAIMS**

---

Lynn Martinez, the Trustee in this case, moves this Court for an Order reclassifying Claim Numbers 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 from allowed, tardily filed claims to *allowed, timely filed* claims, and in support of this Motion, states as follows:

1.  The Notice of Possible Dividends in this case states that creditors must file a proof of claim on or before October 13, 2020.

2.  Joshua B. Sheade is the attorney for numerous creditors in this case. Mr. Sheade was out of town attending to matters surrounding his mother's death in October 2020. Mr. Sheade started filing claims late on October 13, 2020, but had not finished filing claims before midnight on October 13, 2020. Claims 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20 were timely filed as they were filed late on the night of October 13, 2020.

3.  However, claims 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, and 33 were filed early in the morning of October 14, 2020.

4.  Because Mr. Sheade was away from his office following his mother's death, and because Mr. Sheade started filing claims on October 13, 2020 and filed the claims in a block, finishing on October 14, 2020, the Trustee is asking that claims filed in the early morning hours on October 14, 2020 be allowed as timely-filed claims.

5.  The Trustee is asking that the Court reclassify Claim Number 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 as allowed, *timely filed*, nonpriority claims.

6.  In connection with this Motion, the Trustee has given Notice of Motion to Reclassify Claim Numbers 21 through 33 as Allowed, Timely Filed Claims.

WHEREFORE, the Trustee respectfully requests an Order reclassifying Claim Numbers 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 from allowed, tardily filed claims to *allowed, timely filed* claims, and for such other and further relief as may be proper.

DATED this 26th day of August, 2022.

/s/ Lynn Hahn Martinez
Lynn Hahn Martinez, Trustee
1123 North Elizabeth Street
Pueblo, CO 81003
(719) 542-6707
Email: lmartinez@trustee.comcastbiz.net

CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of August, 2022, I served by prepaid first class mail a copy of the **MOTION TO RECLASSIFY CLAIM NUMBERS 21 THROUGH 33 AS ALLOWED, TIMELY FILED CLAIMS,** notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

Stephen A. Neary
2349 Rainbows End Point
Colorado Springs, CO 80921

Office of the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294

Jeffrey S. Brinen
1660 Lincoln Street, Suite 1720
Denver, CO 80264

Harvey L. Kramer
4101 East Louisiana Avenue
Denver, CO 80246

Joshua B. Sheade
1159 Delaware Street
Denver, CO 80204

Andrew and Karen McWhorter
19175 Lochmere Court
Monument, CO 80132

Arturo Ortiz and Tima Efendic-Ortiz
5203 Malaya Street
Denver, CO 80249-8020

Brian Lincoln and Samantha Borchardt
1805 West Scott Place
Denver, CO 80211-8020

HK Home Solutions, LLC
c/o Steven Thiel
2755 Sierra Drive
Colorado Springs, CO 80917-8090

Hernand and Jada Mateo
Joshua B. Sheade
1159 Delaware Street
Denver, CO 80204

Augustine and Ugoji Obinnah
4809 Argonne Street, Suite 100
Denver, CO 80249-8090

Possibility Partners
Alexey Vadimovich Gritsnya
18040 Briarhaven Court
Monument, CO 80132

German Ricano Pelaez and
Gabriela Oliveira-Ricano
18904 Burlington Place
Denver, CO 80249-8020

Vance J. and Elizabeth P. Neumann
10010 So. Perry Park Road
Larkspur, CO 80118

Stephen Phelan
dba Phelan Brothers Construction
PO Box 88158
Colorado Springs, CO 80909

Rex and Sandra Potter
5841 Recreation Drive, Apt. 2227
Fort Worth, TX 76109

JM Cleaning, Inc.
PO Box 26602
Colorado Springs, CO 80936-8021

Wayne Florek
Berkshire Hathaway Home Services
Rocky Mountain Realtors
15971 Waving Branch Way
Colorado Springs, CO 80908

/s/ Lynn Hahn Martinez

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| STEPHEN ANTHONY NEARY, | ) | Case No. 20-10212 JGR |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

---

## ORDER GRANTING MOTION TO RECLASSIFY
## CLAIM NUMBERS 21 THROUGH 33 AS ALLOWED, TIMELY FILED CLAIMS

---

THIS MATTER having come before the Court on the Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims filed by Trustee Lynn Martinez, and it appearing that no objections have been filed by the last day to respond to said Motion, the Court hereby

ORDERS that Claim Numbers 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 are reclassified as allowed, timely filed claims.

DATED this ___ day of _____, 2022.

BY THE COURT

_____
Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
STEPHEN ANTHONY NEARY,                    )       Case No. 20-10212 JGR
                                          )
                                          )       Chapter 7
          Debtor.                         )

---

**ORDER GRANTING MOTION TO RECLASSIFY
CLAIM NUMBERS 21 THROUGH 33 AS ALLOWED, TIMELY FILED CLAIMS**

---

THIS MATTER having come before the Court on the Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims filed by Trustee Lynn Martinez, and it appearing that no objections have been filed by the last day to respond to said Motion, the Court hereby

ORDERS that Claim Numbers 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 are reclassified as allowed, timely filed claims.

DATED this 3rd day of October, 2022.


BY THE COURT


_____
Joseph G. Rosania, Jr.
Bankruptcy Court Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Case  No. 20-10212-JGR |
| | § | |
| STEPHEN ANTHONY NEARY | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>01/13/2020</u>.  The undersigned trustee was appointed on <u>01/13/2020</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $233,754.56

         Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $55,930.98 |
| Bank service fees | $3,771.08 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $16,877.28 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $157,175.22 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.   The deadline for filing non-governmental claims in this case was <u>10/13/2020</u> and the deadline for filing government claims was <u>07/11/2020</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$14,093.86</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$14,093.86</u>, for a total compensation of <u>$14,093.86</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$1,187.52</u>, for total expenses of <u>$1,187.52</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>12/06/2022</u>          By:   <u>/s/ Lynn H. Martinez</u>
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No.: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| **Case No.:** | 20-10212-JGR |
| **Case Name:** | NEARY, STEPHEN ANTHONY |
| **For the Period Ending:** | 12/6/2022 |

| | |
|---|---|
| **Trustee Name:** | Lynn H. Martinez |
| **Date Filed (f) or Converted (c):** | 01/13/2020 (f) |
| **§341(a) Meeting Date:** | 03/10/2020 |
| **Claims Bar Date:** | 10/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2349 Rainbows End Point, Colorado Springs, CO 80 | $479,500.00 | $0.00 | | $200,000.00 | FA |
| **Asset Notes:** | | | | | | |
| 2 | Small Desk, Office chair, 2 guest chairs,11 end | $6,450.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 3 | Televisions; Computers; Phones | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 4 | Pool Table: $1,500 Golf Clubs: $100 Skis: $50 Ca | $2,650.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 5 | Smith and Wesson 380 Handgun $339.00 Smith and W | $2,165.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 6 | Everyday Clothes | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 7 | Wedding Ring | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 8 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 9 | Checking Account: Wells Fargo Checking | $1,591.27 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 10 | Savings Account: Wells Fargo Savings | $4,572.74 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 11 | Checking Account: Vectra Checking | $1,863.23 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 12 | Builtrite Builders LLC, 100% ownership | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 13 | Contractors Licenses in several counties: El Pas | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 14 | Wells Fargo joint accounts **(u)** | $33,754.56 | $0.00 | | $16,877.28 | FA |
| **Asset Notes:** | Adjustment reflects value of non-filing spouse's portion of asset, which was returned to her on 3/25/21, Check No. 1000.  See asset no. 16. | | | | | |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Non-filing spouse's asset | | | | | |
| 16 | NFS asset **(u)** | $0.00 | $0.00 | | $16,877.28 | FA |
| **Asset Notes:** | Asset belonging to non-filing spouse which was returned to her on 3/25/21, Check No. 1000. | | | | | |

| **TOTALS (Excluding unknown value)** | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| | $535,566.80 | $0.00 | |
| | | $233,754.56 | $0.00 |

Page No: 2

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | |
|---|---|
| **Case No.:** | 20-10212-JGR |
| **Case Name:** | NEARY, STEPHEN ANTHONY |
| **For the Period Ending:** | 12/6/2022 |

| | |
|---|---|
| **Trustee Name:** | Lynn H. Martinez |
| **Date Filed (f) or Converted (c):** | 01/13/2020 (f) |
| **§341(a) Meeting Date:** | 03/10/2020 |
| **Claims Bar Date:** | 10/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

---

### Major Activities affecting case closing:

| | |
|---|---|
| 12/06/2022 | TFR revised to reflect non-compensable funds returned to Amy Neary. |
| 11/15/2022 | TFR to UST. |
| 06/28/2022 | 2021 tax returns mailed to IRS 6/1/22; payment mailed to accountant 6/28/22.  Prepare TFR in September if Prompt Determination Letter not received by 9/1/22. |
| 06/02/2022 | 2021 income tax returns mailed to taxing authorities. |
| 04/26/2022 | Accountant hired.  Forms 1 and 2, EIN and SSN send to Mark Dennis.  He will contact Debtor's attorney Jeff Brinen for additional background regarding basis in Debtor's home. |
| 03/16/2022 | Hire accountant to prepare tax returns for Bk Estate. |
| 12/31/2021 | Attorney for Bk Estate paid. |
| 10/26/2021 | Settlement proceeds of $200,000 received from Amy Neary. |
| 09/23/2021 | Continued hearing on potential settlement in Adv. Pro. 20-1147 - adv. Court that Amy Neary will pay Bk Estate $200,000 within 30 days following entry of order approving settlement. |
| 07/06/2021 | Motion for Protective Order filed by Amy Neary's attorney regarding "confidential information" about Amy Neary and her businesses (Docket No. 134). |
| 05/06/2021 | Schedule A amended to state that 2349 Rainbows End Point owned by 2349 Rainbows End Point, LLC.  SOFA 19 says that Steve owns 50% of LLC. |
| 02/22/2021 | Deposition of Amy Neary |
| 02/19/2021 | Deposition of Stephen Neary |
| 10/08/2020 | Rule 2004 Exams of Stephen and Amy Neary and related businesses and associates authorized (Docket No. 115). |
| 05/27/2020 | Following a hearing, Ct rules that Trustee's Objection to Claim of Exemption in home will be held in abeyance until Adv. Pro. 20-1147 at issue (Docket No. 67). |
| 05/04/2020 | Order authorizing employment of atty Kramer enters (Docket No. 38). |
| 04/14/2020 | Objection to Claim of Exemption filed (Docket No. 27).  Debtor say in Sched A. filed 1/13/20 that home at 2349 Rainbows End Point in CoSprings is owned jointly by Debtor and his wife Amy Neary.  Homestead exemption amount of $105,000 is justified because Amy Neary's mother, who is over age 60 lives with them.  In fact, the home is owned by 2349 Rainbows End Point LLC. Objection based on ruling in Albright case that homestead may only be claimed by natural persons. |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2022 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2022 |

/s/ LYNN H. MARTINEZ

LYNN H. MARTINEZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 20-10212-JGR | |
| **Case Name:** | NEARY, STEPHEN ANTHONY | |

| | |
|---|---|
| **Trustee Name:** | Lynn H. Martinez |
| **Bank Name:** | Metropolitan Commercial Bank |

| | | | | |
|---|---|---|---|---|
| **Primary Taxpayer ID #:** | **-***0161 | | **Checking Acct #:** | ******3282 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 1/13/2020 | | **Blanket bond (per case limit):** | $57,678,389.00 |
| **For Period Ending:** | 12/6/2022 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/08/2020 | | Transfer Credit from Mechanics Bank acct | Transition Credit from Mechanics Bank acct XXXXXX0466 | 9999-000 | $33,384.08 | | $33,384.08 |
| 12/31/2020 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $58.69 | $33,325.39 |
| 01/29/2021 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $51.62 | $33,273.77 |
| 02/26/2021 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $49.77 | $33,224.00 |
| 03/25/2021 | 1000 | Amy S. Neary | Return of non-filing spouse's portion of joint Wells Fargo account | 8500-002 | | $16,877.28 | $16,346.72 |
| 03/31/2021 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $58.57 | $16,288.15 |
| 04/30/2021 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $39.62 | $16,248.53 |
| 05/19/2021 | | Metropolitan Commercial Bank | Bank Service Fee | 2600-000 | | $13.02 | $16,235.51 |
| 05/19/2021 | | Independent Bank | Transfer Funds | 9999-000 | | $16,235.51 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $33,384.08 | $33,384.08 | $0.00 |
| **Less: Bank transfers/CDs** | $33,384.08 | $16,235.51 | |
| **Subtotal** | $0.00 | $17,148.57 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $17,148.57 | |

| For the period of 1/13/2020 to 12/6/2022 | | For the entire history of the account between 12/02/2020 to 12/6/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $33,384.08 | Total Internal/Transfer Receipts: | $33,384.08 |
| | | | |
| Total Compensable Disbursements: | $271.29 | Total Compensable Disbursements: | $271.29 |
| Total Non-Compensable Disbursements: | $16,877.28 | Total Non-Compensable Disbursements: | $16,877.28 |
| Total Comp/Non Comp Disbursements: | $17,148.57 | Total Comp/Non Comp Disbursements: | $17,148.57 |
| Total Internal/Transfer Disbursements: | $16,235.51 | Total Internal/Transfer Disbursements: | $16,235.51 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No. | 20-10212-JGR | |
| Case Name: | NEARY, STEPHEN ANTHONY | |
| Primary Taxpayer ID #: | **-***0161 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/13/2020 | |
| For Period Ending: | 12/6/2022 | |

| | |
|---|---|
| Trustee Name: | Lynn H. Martinez |
| Bank Name: | Mechanics Bank |
| Checking Acct #: | ******0466 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $57,678,389.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2020 | | Wells Fargo Bank, NA | Bank account | * | $3,164.30 | | $3,164.30 |
| | {14} | | Bank account          $1,582.15  Wells Fargo Bank, NA | 1229-000 | | | $3,164.30 |
| | {16} | | Portion of joint bank account belonging to non-filing spouse          $1,582.15 | 1280-000 | | | $3,164.30 |
| 05/04/2020 | | Wells Fargo Bank NA | Bank account | * | $21,444.72 | | $24,609.02 |
| | {14} | | Bank account          $10,722.36  Wells Fargo Bank NA | 1229-000 | | | $24,609.02 |
| | {16} | | Portion of bank account belonging to on-filing spouse          $10,722.36 | 1280-000 | | | $24,609.02 |
| 05/04/2020 | | Wells Fargo Bank NA | Bank account | * | $9,145.54 | | $33,754.56 |
| | {14} | | Bank account          $4,572.77  Wells Fargo Bank NA | 1229-000 | | | $33,754.56 |
| | {16} | | Portion of bank account belonging to non-filing spouse          $4,572.77 | 1280-000 | | | $33,754.56 |
| 05/29/2020 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | $43.15 | $33,711.41 |
| 06/30/2020 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | $57.47 | $33,653.94 |
| 07/31/2020 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | $55.58 | $33,598.36 |
| 08/31/2020 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | $51.91 | $33,546.45 |
| 09/30/2020 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | $57.19 | $33,489.26 |
| 10/30/2020 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | $53.52 | $33,435.74 |
| 11/30/2020 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | $51.66 | $33,384.08 |
| 12/08/2020 | | Transfer Debit to Metropolitan Commercial | Transition Debit to Metropolitan Commercial Bank acct XXXXXX3282 | 9999-000 | | $33,384.08 | $0.00 |

| | | |
|---|---|---|
| SUBTOTALS | $33,754.56 | $33,754.56 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| **Case No.** | 20-10212-JGR |
| **Case Name:** | NEARY, STEPHEN ANTHONY |
| **Primary Taxpayer ID #:** | **-***0161 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/13/2020 |
| **For Period Ending:** | 12/6/2022 |

| | |
|---|---|
| **Trustee Name:** | Lynn H. Martinez |
| **Bank Name:** | Mechanics Bank |
| **Checking Acct #:** | ******0466 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $57,678,389.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $33,754.56 | $33,754.56 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $33,384.08 | |
| | | | **Subtotal** | | $33,754.56 | $370.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $33,754.56 | $370.48 | |

**For the period of  1/13/2020 to 12/6/2022**

| | |
|---|---|
| Total Compensable Receipts: | $33,754.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,754.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $370.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $370.48 |
| Total Internal/Transfer  Disbursements: | $33,384.08 |

**For the entire history of the account between 05/04/2020 to 12/6/2022**

| | |
|---|---|
| Total Compensable Receipts: | $33,754.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,754.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $370.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $370.48 |
| Total Internal/Transfer  Disbursements: | $33,384.08 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No. | 20-10212-JGR |
| Case Name: | NEARY, STEPHEN ANTHONY |
| Primary Taxpayer ID #: | **-***0161 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/13/2020 |
| For Period Ending: | 12/6/2022 |

| | |
|---|---|
| Trustee Name: | Lynn H. Martinez |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0212 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $57,678,389.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2021 | | Metropolitan Commercial Bank | Transfer Funds | 9999-000 | $16,235.51 | | $16,235.51 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $8.52 | $16,226.99 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $23.66 | $16,203.33 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $23.62 | $16,179.71 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $23.59 | $16,156.12 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $23.56 | $16,132.56 |
| 10/26/2021 | (1) | Amy Mullins | Settlement | 1110-000 | $120,000.00 | | $136,132.56 |
| 10/26/2021 | (1) | Amy Neary | Settlement | 1110-000 | $40,000.00 | | $176,132.56 |
| 10/26/2021 | (1) | Amy Mullins | Settlement | 1110-000 | $40,000.00 | | $216,132.56 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $44.35 | $216,088.21 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $315.12 | $215,773.09 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $314.66 | $215,458.43 |
| 12/31/2021 | 5001 | Harvey L. Kramer | Attorney for Bankruptcy Estate fees and expenses | * | | $54,005.98 | $161,452.45 |
| | | | $(50,650.00) | 3210-000 | | | $161,452.45 |
| | | | $(3,355.98) | 3220-000 | | | $161,452.45 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $261.69 | $161,190.76 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $235.06 | $160,955.70 |
| 03/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $234.72 | $160,720.98 |
| 04/25/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $160,720.98 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $216,235.51 | $216,235.51 | $0.00 |
| **Less: Bank transfers/CDs** | $16,235.51 | $160,720.98 | |
| **Subtotal** | $200,000.00 | $55,514.53 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $200,000.00 | $55,514.53 | |

| For the period of 1/13/2020 to 12/6/2022 | | For the entire history of the account between 05/19/2021 to 12/6/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $200,000.00 | Total Compensable Receipts: | $200,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,000.00 | Total Comp/Non Comp Receipts: | $200,000.00 |
| Total Internal/Transfer Receipts: | $16,235.51 | Total Internal/Transfer Receipts: | $16,235.51 |
| | | | |
| Total Compensable Disbursements: | $55,514.53 | Total Compensable Disbursements: | $55,514.53 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,514.53 | Total Comp/Non Comp Disbursements: | $55,514.53 |
| Total Internal/Transfer Disbursements: | $160,720.98 | Total Internal/Transfer Disbursements: | $160,720.98 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 20-10212-JGR | Trustee Name: | Lynn H. Martinez |
|---|---|---|---|
| Case Name: | NEARY, STEPHEN ANTHONY | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0161 | Checking Acct #: | ******0006 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/13/2020 | Blanket bond (per case limit): | $57,678,389.00 |
| For Period Ending: | 12/6/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $160,720.98 | | $160,720.98 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $238.89 | $160,482.09 |
| 06/28/2022 | 5001 | Mark D. Dennis | Accountant fees and expenses. | * | | $1,925.00 | $158,557.09 |
| | | | | $(1,900.00) | 3410-000 | | $158,557.09 |
| | | | | $(25.00) | 3420-000 | | $158,557.09 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $230.83 | $158,326.26 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $235.88 | $158,090.38 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $234.98 | $157,855.40 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $227.05 | $157,628.35 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $226.73 | $157,401.62 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $226.40 | $157,175.22 |
| | | **TOTALS:** | | | $160,720.98 | $3,545.76 | $157,175.22 |
| | | **Less: Bank transfers/CDs** | | | $160,720.98 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $3,545.76 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $3,545.76 | |

**For the period of  1/13/2020 to 12/6/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $160,720.98 |
| | |
| Total Compensable Disbursements: | $3,545.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,545.76 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/25/2022 to 12/6/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $160,720.98 |
| | |
| Total Compensable Disbursements: | $3,545.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,545.76 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No. | 20-10212-JGR | | Trustee Name: | Lynn H. Martinez |
|---|---|---|---|---|
| Case Name: | NEARY, STEPHEN ANTHONY | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0161 | | Checking Acct #: | ******0006 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/13/2020 | | Blanket bond (per case limit): | $57,678,389.00 |
| For Period Ending: | 12/6/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| | $233,754.56 | $76,579.34 | $157,175.22 |

| For the period of 1/13/2020 to 12/6/2022 | | For the entire history of the case between 01/13/2020 to 12/6/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $233,754.56 | Total Compensable Receipts: | $233,754.56 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $233,754.56 | Total Comp/Non Comp Receipts: | $233,754.56 |
| Total Internal/Transfer Receipts: | $210,340.57 | Total Internal/Transfer Receipts: | $210,340.57 |
| | | | |
| Total Compensable Disbursements: | $59,702.06 | Total Compensable Disbursements: | $59,702.06 |
| Total Non-Compensable Disbursements: | $16,877.28 | Total Non-Compensable Disbursements: | $16,877.28 |
| Total Comp/Non Comp Disbursements: | $76,579.34 | Total Comp/Non Comp Disbursements: | $76,579.34 |
| Total Internal/Transfer Disbursements: | $210,340.57 | Total Internal/Transfer Disbursements: | $210,340.57 |

/s/ LYNN H. MARTINEZ

LYNN H. MARTINEZ

**CLAIM ANALYSIS REPORT**

Page No: 1                    Exhibit C

| Case No. | 20-10212-JGR | | Trustee Name: | Lynn H. Martinez |
| Case Name: | NEARY, STEPHEN ANTHONY | | Date: | 12/6/2022 |
| Claims Bar Date: | 10/13/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ALAN J. AND CAROLYN S. BRETHOUR<br>Joshua B. Sheade<br>1159 Delaware Street<br>Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $109,449.16 | $109,449.16 | $0.00 | $0.00 | $0.00 | $109,449.16 |
| 9 | AMC PAINTING, LLC<br><br>c/o Nik Malinski<br>3923 Maizeland Road<br>Colorado Springs CO 80909 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $53,210.63 | $53,210.63 | $0.00 | $0.00 | $0.00 | $53,210.63 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 07/21/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $34,375.16 | $34,375.16 | $0.00 | $0.00 | $0.00 | $34,375.16 |
| 21 | ANDREW AND KARIN MCWHORTER<br>19175 Lochmere Court<br>1159 Delaware Street<br>Monument CO 80132 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $166,328.08 | $166,328.08 | $0.00 | $0.00 | $0.00 | $166,328.08 |
| 22 | ARTURO ORTIZ AND TIMA EFENDIC-ORTIZ<br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $785,492.88 | $785,492.88 | $0.00 | $0.00 | $0.00 | $785,492.88 |
| 26 | AUGUSTINE AND UGOJI OBINNAH<br>Joshua B. Sheade<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $80,764.00 | $80,764.00 | $0.00 | $0.00 | $0.00 | $80,764.00 |
| 16 | BRIAN AND TAWNIA HARP<br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $129,213.04 | $129,213.04 | $0.00 | $0.00 | $0.00 | $129,213.04 |

**CLAIM ANALYSIS REPORT**

Page No: 2

Exhibit C

| | | |
|---|---|---|
| Case No. | 20-10212-JGR | Trustee Name: | Lynn H. Martinez |
| Case Name: | NEARY, STEPHEN ANTHONY | Date: | 12/6/2022 |
| Claims Bar Date: | 10/13/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | BRIAN LINCOLN & SAMANTHA BORCHARDT Joshua B. Sheade Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,290.47 | $18,290.47 | $0.00 | $0.00 | $0.00 | $18,290.47 |
| 12 | BRUCE AND MICHELLE DAWSON Joshua B. Sheade Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $164,959.30 | $164,959.30 | $0.00 | $0.00 | $0.00 | $164,959.30 |
| 102 | CLERK OF THE BANKRUPTCY COURT Adv. Pro. 20-1147 721 - 19th Street Denver CO 80202 | 03/17/2022 | Clerk of the Court Costs (includes adversary and other filing fees) | Withdrawn | 2700-000 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CLIFF AND HEATHER LICHTENBERGER 1727 Redbank Drive 1159 Delaware Street Colorado Springs CO 80904 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $110,924.50 | $110,924.50 | $0.00 | $0.00 | $0.00 | $110,924.50 |
| 15 | FORTH LAND SURVEYING, INC. Joshua B. Sheade, Esq. Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,075.00 | $6,075.00 | $0.00 | $0.00 | $0.00 | $6,075.00 |
| 30 | GERMAN RICANO PELAEZ AND GABRIELA OLIVEIRA-RICANO Joshua B. Sheade, Esq. Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $91,098.71 | $91,098.71 | $0.00 | $0.00 | $0.00 | $91,098.71 |

**CLAIM ANALYSIS REPORT**

Page No.: 3                                                                                           Exhibit C

| | |
|---|---|
| Case No.: | 20-10212-JGR |
| Case Name: | NEARY, STEPHEN ANTHONY |
| Claims Bar Date: | 10/13/2020 |

| | |
|---|---|
| Trustee Name: | Lynn H. Martinez |
| Date: | 12/6/2022 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | HARVEY L. KRAMER<br><br>Kramer Law, LLC<br>4010 East Louisiana Avenue<br>Suite 108<br>Denver CO 80246 | 12/31/2021 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $50,650.00 | $50,650.00 | $50,650.00 | $50,650.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Hiring approved in Order dated 5/4/20, #38
Fee Application granted in Order dated 12/28/21, #164

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | HARVEY L. KRAMER<br><br>Kramer Law, LLC<br>4010 East Louisiana Avenue<br>Suite 108<br>Denver CO 80246 | 12/31/2021 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $3,355.98 | $3,355.98 | $3,355.98 | $3,355.98 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Hiring approved in Order dated 5/4/20, #38
Fee Application granted in Order dated 12/28/21, #164

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | HERNAND AND JADA MATEO<br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $74,439.11 | $74,439.11 | $0.00 | $0.00 | $0.00 | $74,439.11 |
| 24 | HK HOME SOLUTIONS, LLC<br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $28,075.32 | $28,075.32 | $0.00 | $0.00 | $0.00 | $28,075.32 |
| 5 | HOMERUN ELECTRONICS, INC.<br>6380 Corporate Centre Circle, Suite 155<br>Colorado Springs CO 80919 | 09/30/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $55,285.47 | $55,285.47 | $0.00 | $0.00 | $0.00 | $55,285.47 |
| 1 | INTERNAL REVENUE SERVICE<br>Insolvency Unit<br>PO Box 7317<br>Philadelphia PA 19101-7317 | 07/15/2020 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $34,378.40 | $34,378.40 | $0.00 | $0.00 | $0.00 | $34,378.40 |

**Claim Notes:**   2019 (estimated) income tax $34,378.40)

**CLAIM ANALYSIS REPORT**

Page No: 4                                                                Exhibit C

| Case No. | 20-10212-JGR | Trustee Name: | Lynn H. Martinez |
|---|---|---|---|
| Case Name: | NEARY, STEPHEN ANTHONY | Date: | 12/6/2022 |
| Claims Bar Date: | 10/13/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE<br>Insolvency Unit<br>PO Box 7317<br>Philadelphia PA 19101-7317 | 07/23/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $98,571.29 | $98,571.29 | $98,571.29 | $0.00 | $0.00 | $0.00 | $98,571.29 |

Claim Notes:     Income taxes owed for 2009, 2011, 2012, 2013 ($74,487.09) plus interest ($24,084.20).

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | J&M CLEANING, INC.<br><br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,446.71 | $12,446.71 | $0.00 | $0.00 | $0.00 | $12,446.71 |
| 11 | JAMES D. AND BRENDA S. BROWN<br>Joshua B. Sheade<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 13 | JANET M. FEEDER<br><br>Joshua B. Sheade<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $99,848.58 | $99,848.58 | $0.00 | $0.00 | $0.00 | $99,848.58 |
| 8 | JEFFREY L. HILL, CHAPTER 7 TRUSTEE IN RE 19-10938<br>Onsager Fletcher Johnson LLC<br>c/o Andrew D. Johnson, 600 17th Street, Suite 425N<br>Denver CO 80202 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $34,580.71 | $34,580.71 | $0.00 | $0.00 | $0.00 | $34,580.71 |
| 18 | JESSICA AND SHANE LARSON<br>5215 Hidden Rock Road<br>1159 Delaware Street<br>Colorado Springs CO 80904 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $66,249.50 | $66,249.50 | $0.00 | $0.00 | $0.00 | $66,249.50 |

**CLAIM ANALYSIS REPORT**

Page No: 5                    Exhibit C

| | | |
|---|---|---|
| Case No. | 20-10212-JGR | |
| Case Name: | NEARY, STEPHEN ANTHONY | |
| Claims Bar Date: | 10/13/2020 | |

| | |
|---|---|
| Trustee Name: | Lynn H. Martinez |
| Date: | 12/6/2022 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | JOHN Z. AND JAMI N. FERNANDEZ Joshua B. Sheade, Esq. Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $43,073.90 | $43,073.90 | $0.00 | $0.00 | $0.00 | $43,073.90 |
| 3 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100 Boca Raton FL 33487 | 08/11/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $46,849.30 | $46,849.30 | $0.00 | $0.00 | $0.00 | $46,849.30 |
| 4 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100 Boca Raton FL 33487 | 08/17/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,173.39 | $14,173.39 | $0.00 | $0.00 | $0.00 | $14,173.39 |
| FEE | LYNN H. MARTINEZ 1123 N. Elizabeth Pueblo CO 81003 | 03/25/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $14,093.86 | $14,093.86 | $0.00 | $0.00 | $0.00 | $14,093.86 |
| 110 | LYNN H. MARTINEZ 1123 N. Elizabeth St. Pueblo CO 81003 | 03/17/2022 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,187.52 | $1,187.52 | $0.00 | $0.00 | $0.00 | $1,187.52 |
| 103 | MARK D. DENNIS SL Biggs 2000 So. Colorado Blvd., Tower II, Suite 200 Denver CO 80222 | 06/28/2022 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Hiring approved in Order dated 4/12/22, Docket No. 169
Fee App. granted in Order dated 6/23/22, Docket No. 174

**CLAIM ANALYSIS REPORT**

Page No: 6                    Exhibit C

| | | |
|---|---|---|
| **Case No.** | 20-10212-JGR | **Trustee Name:** Lynn H. Martinez |
| **Case Name:** | NEARY, STEPHEN ANTHONY | **Date:** 12/6/2022 |
| **Claims Bar Date:** | 10/13/2020 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | MARK D. DENNIS<br><br>SL Biggs<br>2000 So. Colorado Blvd., Tower II, Suite 200<br>Denver CO 80222 | 06/28/2022 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $25.00 | $25.00 | $25.00 | $25.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Hiring approved in Order dated 4/12/22, Docket No. 169
Fee App. ranted in Order dated 6/23/22, Docket No. 174

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | NEAL AND BRANDI MASSIE<br>23351 East Portland Way<br>1159 Delaware Street<br>Aurora CO 80016 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $59,000.00 | $59,000.00 | $0.00 | $0.00 | $0.00 | $59,000.00 |
| 17 | PATRICK AND KARI HARRINGTON<br>4006 Mesa Top Drive<br>1159 Delaware Street<br>Monument CO 80132 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $123,352.73 | $123,352.73 | $0.00 | $0.00 | $0.00 | $123,352.73 |
| 6 | PAUL BENDER<br><br>2156 S Juniper St<br>Lakewood CO 80228 | 10/09/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $237,063.00 | $237,063.00 | $0.00 | $0.00 | $0.00 | $237,063.00 |
| 7 | PETER K MONAHAN AND KELLIE K MONAHAN<br>6864 S Lee Way<br>Littleton CO 80127 | 10/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $173,850.61 | $173,850.61 | $0.00 | $0.00 | $0.00 | $173,850.61 |
| 28 | POSSIBILITY PARTNERS LLC<br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $343,857.11 | $343,857.11 | $0.00 | $0.00 | $0.00 | $343,857.11 |
| 29 | REX AND SANDRA POTTER<br>Joshua B. Sheade, Esq.<br>Berken Cloyes, P.C., 1159 Delaware Street<br>Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $61,081.75 | $61,081.75 | $0.00 | $0.00 | $0.00 | $61,081.75 |

**CLAIM ANALYSIS REPORT**

Page No: 7

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 20-10212-JGR | **Trustee Name:** Lynn H. Martinez |
| **Case Name:** | NEARY, STEPHEN ANTHONY | **Date:** 12/6/2022 |
| **Claims Bar Date:** | 10/13/2020 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | STEPHEN PHELAN DBA PHELAN BROTHERS CONSTRUCTION Joshua B. Sheade, Esq. 11, Berken Cloyes, P.C. Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $30,329.00 | $30,329.00 | $0.00 | $0.00 | $0.00 | $30,329.00 |
| 32 | VANCE J. AND ELIZABETH P. NEUMANN Joshua B. Sheade, Esq. Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $58,435.80 | $58,435.80 | $0.00 | $0.00 | $0.00 | $58,435.80 |
| 33 | WAYNE FLOREK Joshua B. Sheade, Esq. Berken Cloyes, P.C., 1159 Delaware Street Denver CO 80204 | 10/14/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,000.00 | $23,000.00 | $0.00 | $0.00 | $0.00 | $23,000.00 |
| 34 | ZB, NA DBA VECTRA BANK COLORADO c/o Michael D. Fielding Husch Blackwell, LLP 4801 Main Street Suite 1000 Kansas City MO 64112 | 07/23/2022 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $763,565.79 | $763,565.79 | $763,565.79 | $0.00 | $0.00 | $0.00 | $763,565.79 |

**Claim Notes:**   Note and Deed of Trust re 2349 Rainbows End point, Colorado Springs, CO  80921

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $4,353,250.76 | $4,352,900.76 | $55,930.98 | $0.00 | $0.00 | | $4,296,969.78 |

**CLAIM ANALYSIS REPORT**

Page No: 8                    Exhibit C

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 20-10212-JGR | | **Trustee Name:** | Lynn H. Martinez | |
| **Case Name:** | NEARY, STEPHEN ANTHONY | | **Date:** | 12/6/2022 | |
| **Claims Bar Date:** | 10/13/2020 | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $25.00 | $25.00 | $25.00 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) | $1,900.00 | $1,900.00 | $1,900.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $3,355.98 | $3,355.98 | $3,355.98 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $50,650.00 | $50,650.00 | $50,650.00 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $34,378.40 | $34,378.40 | $0.00 | $0.00 | $0.00 | $34,378.40 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $3,483,744.21 | $3,483,744.21 | $0.00 | $0.00 | $0.00 | $3,483,744.21 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $763,565.79 | $763,565.79 | $0.00 | $0.00 | $0.00 | $763,565.79 |
| Trustee Compensation | $14,093.86 | $14,093.86 | $0.00 | $0.00 | $0.00 | $14,093.86 |
| Trustee Expenses | $1,187.52 | $1,187.52 | $0.00 | $0.00 | $0.00 | $1,187.52 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      20-10212-JGR
Case Name:     STEPHEN ANTHONY NEARY
Trustee Name:  Lynn H. Martinez

Balance on hand:      $157,175.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 34 | ZB, NA dba Vectra Bank Colorado | $763,565.79 | $763,565.79 | $0.00 | $0.00 |

Total to be paid to secured creditors:      $0.00
Remaining balance:      $157,175.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Lynn H. Martinez, Trustee Fees | $14,093.86 | $0.00 | $14,093.86 |
| Lynn H. Martinez, Trustee Expenses | $1,187.52 | $0.00 | $1,187.52 |
| Harvey L. Kramer, Attorney for Trustee Fees | $50,650.00 | $50,650.00 | $0.00 |
| Harvey L. Kramer, Attorney for Trustee Expenses | $3,355.98 | $3,355.98 | $0.00 |
| Mark D. Dennis, Accountant for Trustee Fees | $1,900.00 | $1,900.00 | $0.00 |
| Mark D. Dennis, Accountant for Trustee Expenses | $25.00 | $25.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:      $15,281.38
Remaining balance:      $141,893.84

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $141,893.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $34,378.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $34,378.40 | $0.00 | $34,378.40 |

Total to be paid to priority claims: $34,378.40
Remaining balance: $107,515.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,483,744.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1A | Internal Revenue Service | $98,571.29 | $0.00 | $3,042.11 |
| 2 | American Express National Bank | $34,375.16 | $0.00 | $1,060.90 |
| 3 | JPMorgan Chase Bank, N.A. | $46,849.30 | $0.00 | $1,445.86 |
| 4 | JPMorgan Chase Bank, N.A. | $14,173.39 | $0.00 | $437.42 |
| 5 | Homerun Electronics, Inc. | $55,285.47 | $0.00 | $1,706.22 |
| 6 | Paul Bender | $237,063.00 | $0.00 | $7,316.25 |
| 7 | Peter K Monahan and Kellie K Monahan | $173,850.61 | $0.00 | $5,365.38 |
| 8 | Jeffrey L. Hill, chapter 7 trustee in re 19-10938 | $34,580.71 | $0.00 | $1,067.23 |
| 9 | AMC Painting, LLC | $53,210.63 | $0.00 | $1,642.19 |
| 10 | Alan J. and Carolyn S. Brethour | $109,449.16 | $0.00 | $3,377.82 |
| 11 | James D. and Brenda S. Brown | $50,000.00 | $0.00 | $1,543.10 |
| 12 | Bruce and Michelle Dawson | $164,959.30 | $0.00 | $5,090.98 |
| 13 | Janet M. Feeder | $99,848.58 | $0.00 | $3,081.53 |
| 14 | John Z. and Jami N. Fernandez | $43,073.90 | $0.00 | $1,329.35 |
| 15 | Forth Land Surveying, Inc. | $6,075.00 | $0.00 | $187.49 |

| | | | | |
|---|---|---|---|---|
| 16 | Brian and Tawnia Harp | $129,213.04 | $0.00 | $3,987.78 |
| 17 | Patrick and Kari Harrington | $123,352.73 | $0.00 | $3,806.92 |
| 18 | Jessica and Shane Larson | $66,249.50 | $0.00 | $2,044.59 |
| 19 | Cliff and Heather Lichtenberger | $110,924.50 | $0.00 | $3,423.36 |
| 20 | Neal and Brandi Massie | $59,000.00 | $0.00 | $1,820.86 |
| 21 | Andrew and Karin McWhorter | $166,328.08 | $0.00 | $5,133.22 |
| 22 | Arturo Ortiz and Tima Efendic-Ortiz | $785,492.88 | $0.00 | $24,241.91 |
| 23 | Brian Lincoln & Samantha Borchardt | $18,290.47 | $0.00 | $564.48 |
| 24 | HK Home Solutions, LLC | $28,075.32 | $0.00 | $866.46 |
| 25 | Hernand and Jada Mateo | $74,439.11 | $0.00 | $2,297.34 |
| 26 | Augustine and Ugoji Obinnah | $80,764.00 | $0.00 | $2,492.54 |
| 27 | Stephen Phelan dba Phelan Brothers Construction | $30,329.00 | $0.00 | $936.01 |
| 28 | Possibility Partners LLC | $343,857.11 | $0.00 | $10,612.13 |
| 29 | Rex and Sandra Potter | $61,081.75 | $0.00 | $1,885.11 |
| 30 | German Ricano Pelaez and Gabriela Oliveira-Ricano | $91,098.71 | $0.00 | $2,811.49 |
| 31 | J&M Cleaning, Inc. | $12,446.71 | $0.00 | $384.13 |
| 32 | Vance J. and Elizabeth P. Neumann | $58,435.80 | $0.00 | $1,803.45 |
| 33 | Wayne Florek | $23,000.00 | $0.00 | $709.83 |

Total to be paid to timely general unsecured claims:  $107,515.44

Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00

Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|                                         |          |
|-----------------------------------------|----------|
| Total to be paid for subordinated claims: | $0.00  |
| Remaining balance:                      | $0.00    |

# District of Colorado
# Claims Register

<u>20-10212-JGR Stephen Anthony Neary</u>

**Judge:** Joseph G. Rosania, Jr.    **Chapter:** 7
**Office:** Denver    **Last Date to file claims:**
**Trustee:** Lynn Martinez    **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:*    (18680834)<br>Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | **Claim No: 1**<br>*Original Filed*<br>*Date*: 07/15/2020<br>*Original Entered*<br>*Date*: 07/15/2020<br>*Last Amendment*<br>*Filed:* 05/18/2021<br>*Last Amendment*<br>*Entered:* 05/18/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* IRS Internal Revenue Service<br>*Modified:* |

Amount  claimed: $132949.69
Secured claimed:        $0.00
Priority   claimed:   $34378.40

*History:*

| Details | 1-1 | 07/15/2020 Claim #1 filed by Internal Revenue Service, Amount claimed: $34378.40 (Internal Revenue Service, IRS ) |
|---|---|---|
| Details | 1-2 | 05/18/2021 Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $132949.69 (Internal Revenue Service, IRS ) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18838572)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 2**<br>*Original Filed*<br>*Date*: 07/21/2020<br>*Original Entered*<br>*Date*: 07/21/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Greg Deegan<br>*Modified:* |

Amount claimed: $34375.16

*History:*

| Details | 2-1 | 07/21/2020 Claim #2 filed by American Express National Bank, Amount claimed: $34375.16 (Deegan, Greg ) |
|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (18853979)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A. | **Claim No: 3**<br>*Original Filed*<br>*Date*: 08/11/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David Levy |

*History:*

| Details | 3-1 | 08/11/2020 Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $46849.30 (Levy, David ) |
|---|---|---|

*Description:*
*Remarks:*

c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

*Original Entered Date*: 08/11/2020

*Modified:*

  Amount claimed: $46849.30

*History:*

| | | |
|---|---|---|
| Details | 3-1 | 08/11/2020 Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $46849.30 (Levy, David) |

*Description:*

*Remarks:*

---

*Creditor:*     (18856643)
JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Claim No: 4**
*Original Filed Date*: 08/17/2020
*Original Entered Date*: 08/17/2020

*Status:*
*Filed by:* CR
*Entered by:* David Levy
*Modified:*

  Amount claimed: $14173.39

*History:*

| | | |
|---|---|---|
| Details | 4-1 | 08/17/2020 Claim #4 filed by JPMorgan Chase Bank, N.A., Amount claimed: $14173.39 (Levy, David) |

*Description:*

*Remarks:*

---

*Creditor:*     (18680832)
Homerun Electronics, Inc.
6380 Corporate Centre Circle, Suite 155
Colorado Springs, CO 80919

**Claim No: 5**
*Original Filed Date*: 09/30/2020
*Original Entered Date*: 09/30/2020

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $55285.47

*History:*

| | | |
|---|---|---|
| Details | 5-1 | 09/30/2020 Claim #5 filed by Homerun Electronics, Inc., Amount claimed: $55285.47 (ADI Clerk) |

*Description:*

*Remarks:*

---

*Creditor:*     (18896298)
Paul Bender
2156 S Juniper St
Lakewood, CO 80228

**Claim No: 6**
*Original Filed Date*: 10/09/2020
*Original Entered Date*: 10/09/2020

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $237063.00

*History:*

| | | |
|---|---|---|
| Details | 6-1 | 10/09/2020 Claim #6 filed by Paul Bender, Amount claimed: $237063.00 (ADI Clerk) |

*Description:*

*Remarks:*

---

*Creditor:*     (18898456)   History
Peter K Monahan and Kellie K Monahan
10369 Red Mtn E
Littleton, CO 80127

**Claim No: 7**
*Original Filed Date*: 10/13/2020
*Original Entered Date*:

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

23-cv-316 ROA Vol 2 166

*Date*: 10/13/2020

Amount claimed: $173850.61

*History:*

Details        7-1    10/13/2020 Claim #7 filed by Peter K Monahan and Kellie K Monahan, Amount claimed: $173850.61
                            (ADI Clerk)

*Description:*
*Remarks:*

| *Creditor:* (18898481) | **Claim No: 8** | *Status:* |
| Jeffrey L. Hill, chapter 7 trustee in re | *Original Filed* | *Filed by:* CR |
| 19-10938 | *Date*: 10/13/2020 | *Entered by:* ADI Clerk |
| Onsager Fletcher Johnson LLC | *Original Entered* | *Modified:* |
| c/o Andrew D. Johnson | *Date*: 10/13/2020 | |
| 600 17th Street, Suite 425N | | |
| Denver, CO 80202 | | |

Amount claimed: $34580.71

*History:*

Details        8-1    10/13/2020 Claim #8 filed by Jeffrey L. Hill, chapter 7 trustee in re 19-10938, Amount claimed:
                            $34580.71 (ADI Clerk)

*Description:*
*Remarks:* (8-1) Filer Comment: Creditor reserves the right to assert amend and assert additional amounts.

| *Creditor:* (18898511) | **Claim No: 9** | *Status:* |
| AMC Painting, LLC | *Original Filed* | *Filed by:* CR |
| c/o Nik Malinski | *Date*: 10/13/2020 | *Entered by:* ADI Clerk |
| 3923 Maizeland Road | *Original Entered* | *Modified:* |
| Colorado Springs, CO 80909 | *Date*: 10/13/2020 | |

Amount claimed: $53210.63

*History:*

Details        9-1    10/13/2020 Claim #9 filed by AMC Painting, LLC, Amount claimed: $53210.63 (ADI Clerk)

*Description:*
*Remarks:*

| *Creditor:* (18898512) | **Claim No: 10** | *Status:* |
| Alan J. and Carolyn S. Brethour | *Original Filed* | *Filed by:* CR |
| Joshua B. Sheade | *Date*: 10/13/2020 | *Entered by:* ADI Clerk |
| 1159 Delaware Street | *Original Entered* | *Modified:* |
| Denver, CO 80204 | *Date*: 10/13/2020 | |

Amount claimed: $109449.16

*History:*

Details        10-1   10/13/2020 Claim #10 filed by Alan J. and Carolyn S. Brethour, Amount claimed: $109449.16 (ADI
                            Clerk)

*Description:*
*Remarks:*

| *Creditor:* (18898514) | **Claim No: 11** | *Status:* |
| James D. and Brenda S. Brown | *Original Filed* | *Filed by:* CR |
| Joshua B. Sheade | *Date*: 10/13/2020 | *Entered by:* ADI Clerk |

Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

*Original Entered*
*Date*: 10/13/2020

*Modified:*

   Amount claimed: $50000.00

*History:*

Details  ⊙  11-1   10/13/2020 Claim #11 filed by James D. and Brenda S. Brown, Amount claimed: $50000.00 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*    (18898515)
Bruce and Michelle Dawson
Joshua B. Sheade
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 12**
*Original Filed*
*Date*: 10/13/2020
*Original Entered*
*Date*: 10/13/2020

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

   Amount claimed: $164959.30

*History:*

Details  ⊙  12-1   10/13/2020 Claim #12 filed by Bruce and Michelle Dawson, Amount claimed: $164959.30 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*    (18898516)
Janet M. Feeder
Joshua B. Sheade
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 13**
*Original Filed*
*Date*: 10/13/2020
*Original Entered*
*Date*: 10/13/2020

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

   Amount claimed: $99848.58

*History:*

Details  ⊙  13-1   10/13/2020 Claim #13 filed by Janet M. Feeder, Amount claimed: $99848.58 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*    (18898517)
John Z. and Jami N. Fernandez
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 14**
*Original Filed*
*Date*: 10/13/2020
*Original Entered*
*Date*: 10/13/2020

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

   Amount claimed: $43073.90

*History:*

Details  ⊙  14-1   10/13/2020 Claim #14 filed by John Z. and Jami N. Fernandez, Amount claimed: $43073.90 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*    (18898518)
Forth Land Surveying, Inc.
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.

**Claim No: 15**
*Original Filed*
*Date*: 10/13/2020
*Original Entered*

*Status:*
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

1159 Delaware Street
Denver, CO 80204

*Date*: 10/13/2020

  Amount claimed: $6075.00

*History:*

[Details]  🔍  [15-1]  10/13/2020 Claim #15 filed by Forth Land Surveying, Inc., Amount claimed: $6075.00 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*   (18898519)      **Claim No: 16**      *Status:*
Brian and Tawnia Harp      *Original Filed*      *Filed by:* CR
Joshua B. Sheade, Esq.      *Date*: 10/13/2020      *Entered by:* ADI Clerk
Berken Cloyes, P.C.      *Original Entered*      *Modified:*
1159 Delaware Street      *Date*: 10/13/2020
Denver, CO 80204

  Amount claimed: $129213.04

*History:*

[Details]  🔍  [16-1]  10/13/2020 Claim #16 filed by Brian and Tawnia Harp, Amount claimed: $129213.04 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*   (18898520)      **Claim No: 17**      *Status:*
Patrick and Kari Harrington      *Original Filed*      *Filed by:* CR
4006 Mesa Top Drive      *Date*: 10/13/2020      *Entered by:* ADI Clerk
1159 Delaware Street      *Original Entered*      *Modified:*
Monument, CO 80132      *Date*: 10/13/2020

  Amount claimed: $123352.73

*History:*

[Details]  🔍  [17-1]  10/13/2020 Claim #17 filed by Patrick and Kari Harrington, Amount claimed: $123352.73 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*   (18898521)      **Claim No: 18**      *Status:*
Jessica and Shane Larson      *Original Filed*      *Filed by:* CR
5215 Hidden Rock Road      *Date*: 10/13/2020      *Entered by:* ADI Clerk
1159 Delaware Street      *Original Entered*      *Modified:*
Colorado Springs, CO 80904      *Date*: 10/13/2020

  Amount claimed: $66249.50

*History:*

[Details]  🔍  [18-1]  10/13/2020 Claim #18 filed by Jessica and Shane Larson, Amount claimed: $66249.50 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*   (18898539)      **Claim No: 19**      *Status:*

*History:*

[Details]  🔍  [19-1]  10/13/2020 Claim #19 filed by Cliff and Heather Lichtenberger, Amount claimed: $110924.50 (ADI Clerk)

*Description:*

*Remarks:*

Cliff and Heather Lichtenberger
1727 Redbank Drive
1159 Delaware Street
Colorado Springs, CO 80904

*Original Filed*
*Date*: 10/13/2020
*Original Entered*
*Date*: 10/13/2020

*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

Amount claimed: $110924.50

*History:*

Details    19-1   10/13/2020 Claim #19 filed by Cliff and Heather Lichtenberger, Amount claimed: $110924.50 (ADI Clerk)

*Description:*

*Remarks:*

---

*Creditor:*    (18898540)
Neal and Brandi Massie
23351 East Portland Way
1159 Delaware Street
Aurora, CO 80016

**Claim No: 20**
*Original Filed*
*Date*: 10/13/2020
*Original Entered*
*Date*: 10/13/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

Amount claimed: $59000.00

*History:*

Details    20-1   10/13/2020 Claim #20 filed by Neal and Brandi Massie, Amount claimed: $59000.00 (ADI Clerk)

     179   10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow

*Description:*

*Remarks:*

---

*Creditor:*    (18898541)
Andrew and Karin McWhorter
19175 Lochmere Court
1159 Delaware Street
Monument, CO 80132

**Claim No: 21**
*Original Filed*
*Date*: 10/14/2020
*Original Entered*
*Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

Amount claimed: $166328.08

*History:*

Details    21-1   10/14/2020 Claim #21 filed by Andrew and Karin McWhorter, Amount claimed: $166328.08 (ADI Clerk)

     179   10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow

*Description:*

*Remarks:*

---

*Creditor:*    (18898542)
Arturo Ortiz and Tima Efendic-Ortiz
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.

**Claim No: 22**
*Original Filed*
*Date*: 10/14/2020
*Original Entered*

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

*History:*

Details    22-1   10/14/2020 Claim #22 filed by Arturo Ortiz and Tima Efendic-Ortiz, Amount claimed: $785492.88 (ADI Clerk)

     179   10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow

*Description:*

*Remarks:*

23-cv-316 ROA Vol 2 170

1159 Delaware Street
Denver, CO 80204

*Date*: 10/14/2020

  Amount claimed: $785492.88

*History:*

Details   ●   22-1   10/14/2020 Claim #22 filed by Arturo Ortiz and Tima Efendic-Ortiz, Amount claimed: $785492.88 (ADI Clerk)

                 179   10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow

*Description:*

*Remarks:*

---

*Creditor:*     (18898543)            **Claim No: 23**          *Status:* Allow 179
Brian Lincoln & Samantha Borchardt     *Original Filed*         *Filed by:* CR
Joshua B. Sheade                   *Date:* 10/14/2020     *Entered by:* ADI Clerk
Berken Cloyes, P.C.               *Original Entered*      *Modified:*
1159 Delaware Street            *Date:* 10/14/2020
Denver, CO 80204

  Amount claimed: $18290.47

*History:*

Details   ●   23-1   10/14/2020 Claim #23 filed by Brian Lincoln & Samantha Borchardt, Amount claimed: $18290.47 (ADI Clerk)

                 179   10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow

*Description:*

*Remarks:*

---

*Creditor:*     (18898544)            **Claim No: 24**          *Status:* Allow 179
HK Home Solutions, LLC          *Original Filed*         *Filed by:* CR
Joshua B. Sheade, Esq.          *Date:* 10/14/2020     *Entered by:* ADI Clerk
Berken Cloyes, P.C.                *Original Entered*      *Modified:*
1159 Delaware Street            *Date*: 10/14/2020
Denver, CO 80204

  Amount claimed: $28075.32

*History:*

Details   ●   24-1   10/14/2020 Claim #24 filed by HK Home Solutions, LLC, Amount claimed: $28075.32 (ADI Clerk)

                 179   10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow

*Description:*

*Remarks:*

                                                          

*Creditor:*       (18898545)
Hernand and Jada Mateo
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 25**
*Original Filed*
*Date*: 10/14/2020
*Original Entered*
*Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $74439.11

*History:*

| Details | | 25-1 | 10/14/2020 | Claim #25 filed by Hernand and Jada Mateo, Amount claimed: $74439.11 (ADI Clerk) |

| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:*       (18898546)
Augustine and Ugoji Obinnah
Joshua B. Sheade
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 26**
*Original Filed*
*Date*: 10/14/2020
*Original Entered*
*Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $80764.00

*History:*

| Details | | 26-1 | 10/14/2020 | Claim #26 filed by Augustine and Ugoji Obinnah, Amount claimed: $80764.00 (ADI Clerk) |

| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:*       (18898547)
Stephen Phelan dba Phelan Brothers
Construction
Joshua B. Sheade, Esq.
11
Berken Cloyes, P.C.
Denver, CO 80204

**Claim No: 27**
*Original Filed*
*Date*: 10/14/2020
*Original Entered*
*Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $30329.00

*History:*

| Details | | 27-1 | 10/14/2020 | Claim #27 filed by Stephen Phelan dba Phelan Brothers Construction, Amount claimed: $30329.00 (ADI Clerk) |

| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:*       (18898548)

**Claim No: 28**

*Status:* Allow 179

*History:*

| Details | | 28-1 | 10/14/2020 | Claim #28 filed by Possibility Partners LLC, Amount claimed: $343857.11 (ADI Clerk) |

| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

Possibility Partners LLC
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

*Original Filed
Date*: 10/14/2020
*Original Entered
Date*: 10/14/2020

*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $343857.11

*History:*

| Details | | 28-1 | 10/14/2020 | Claim #28 filed by Possibility Partners LLC, Amount claimed: $343857.11 (ADI Clerk) |
| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:* (18898549)
Rex and Sandra Potter
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 29**
*Original Filed
Date*: 10/14/2020
*Original Entered
Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $61081.75

*History:*

| Details | | 29-1 | 10/14/2020 | Claim #29 filed by Rex and Sandra Potter, Amount claimed: $61081.75 (ADI Clerk) |
| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:* (18898550)
German Ricano Pelaez and Gabriela
Oliveira-Ricano
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 30**
*Original Filed
Date*: 10/14/2020
*Original Entered
Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

  Amount claimed: $91098.71

*History:*

| Details | | 30-1 | 10/14/2020 | Claim #30 filed by German Ricano Pelaez and Gabriela Oliveira-Ricano, Amount claimed: $91098.71 (ADI Clerk) |
| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:* (18898551)
J&M Cleaning, Inc.
Joshua B. Sheade, Esq.

**Claim No: 31**
*Original Filed
Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk

*History:*

| Details | | 31-1 | 10/14/2020 | Claim #31 filed by J&M Cleaning, Inc., Amount claimed: $12446.71 (ADI Clerk) |
| | | 179 | 10/03/2022 | Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

*Original Entered
Date*: 10/14/2020

*Modified:*

Amount claimed: $12446.71

*History:*

| Details | 31-1 | 10/14/2020 Claim #31 filed by J&M Cleaning, Inc., Amount claimed: $12446.71 (ADI Clerk) |
| | 179 | 10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:* (18898552)
Vance J. and Elizabeth P. Neumann
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 32**
*Original Filed
Date*: 10/14/2020
*Original Entered
Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

Amount claimed: $58435.80

*History:*

| Details | 32-1 | 10/14/2020 Claim #32 filed by Vance J. and Elizabeth P. Neumann, Amount claimed: $58435.80 (ADI Clerk) |
| | 179 | 10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:* (18898553)
Wayne Florek
Joshua B. Sheade, Esq.
Berken Cloyes, P.C.
1159 Delaware Street
Denver, CO 80204

**Claim No: 33**
*Original Filed
Date*: 10/14/2020
*Original Entered
Date*: 10/14/2020

*Status:* Allow 179
*Filed by:* CR
*Entered by:* ADI Clerk
*Modified:*

Amount claimed: $23000.00

*History:*

| Details | 33-1 | 10/14/2020 Claim #33 filed by Wayne Florek, Amount claimed: $23000.00 (ADI Clerk) |
| | 179 | 10/03/2022 Order Granting Motion to Reclassify Claim Numbers 21 Through 33 as Allowed, Timely Filed Claims (related document(s):176 Objection to Claim). (jss) Status: Allow |

*Description:*

*Remarks:*

---

*Creditor:* (19046171)
ZB, N.A. d/b/a Vectra Bank Colorado

**Claim No: 34**
*Original Filed
Date*: 06/09/2021
*Original Entered
Date*: 06/09/2021

*Status:*
*Filed by:* CR
*Entered by:* Michael D. Fielding
*Modified:*

*History:*

| Details | 34-1 | 06/09/2021 Claim #34 filed by ZB, N.A. d/b/a Vectra Bank Colorado, Amount claimed: $763565.79 (Fielding, Michael ) |

*Description:*

*Remarks:*

23-cv-316 ROA Vol 2 174

Amount claimed: $763565.79

*History:*

Details  🔵  34-1  06/09/2021 Claim #34 filed by ZB, N.A. d/b/a Vectra Bank Colorado, Amount claimed: $763565.79
(Fielding, Michael )

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Stephen Anthony Neary
**Case Number:** 20-10212-JGR
**Chapter:** 7
**Date Filed:** 01/13/2020
**Total Number Of Claims:** 34

| Total Amount Claimed* | $4281688.40 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $34378.40 | |
| Administrative | | |

**Fill in this information to identify the case:**

Debtor 1    Stephen Neary

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Colorado**

Case number:   **20–10212**

FILED
**U.S. Bankruptcy Court**
**District of Colorado**
10/13/2020

**Kenneth S. Gardner, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Jeffrey L. Hill, chapter 7 trustee in re 19–10938

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    Jeffrey L. Hill, chapter 7 trustee in re Builtrite Builders, LLC, 19–10938–JGR

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Jeffrey L. Hill, chapter 7 trustee in re 19–10938

Name

Onsager Fletcher Johnson LLC
c/o Andrew D. Johnson
600 17th Street, Suite 425N
Denver, CO 80202

Contact phone    (720) 457–7061

Contact email    ajohnson@OFJlaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent?** (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410        Proof of Claim        page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | |
|---|---|
| **7. How much is the claim?** | $ _____34580.71_____   **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Unauthorized post–petition transfers from the estate in re Builtrite Builders, LLC, 19–10938–JGR.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____

Amount of the claim that is secured: $ _____

Amount of the claim that is unsecured: $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed
☐ Variable

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                         Proof of Claim                         page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | | Amount entitled to priority |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐  I am the creditor.

☑  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/13/2020

MM / DD / YYYY

/s/  Andrew D. Johnson

Signature

Print the name of the person who is completing and signing this claim:

Name    Andrew D. Johnson

First name    Middle name    Last name

Title    Attorney

Company    Onsager Fletcher Johnson LLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    600 17th Street, Suite 425N

Number   Street

Denver, CO 80202

City   State   ZIP Code

Contact phone    (720) 457–7061    Email    ajohnson@OFJlaw.com

---