# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 23-CV-00316

| | |
|---|---|
| IN RE: STEPHEN ANTHONY NEARY,<br><br>Debtor. | Bankruptcy No. 20-10212-JGR |
| KARI AND PATRICK HARRINGTON, JESSICA AND SHANE LARSON, AND ARTURO ORTIZ AND TIMA EFENDIC-ORTIZ<br><br>       Appellants,<br>  v.<br><br>STEPHEN ANTHONY NEARY,<br><br>       Appellee. | US District Court Case No. 23-CV-00316 |

## ORDER GRANTING MOTION TO STRIKE APPELLANTS' BRIEF

THIS MATTER, having come before the Court on the Appellant's Motion to Strike Appellants' Brief ("Motion"), the Court having reviewed the Motion, any responses thereto, and the record in this case, having found good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The Appellants' Brief is hereby stricken.

Done and entered this _____ day of May, 2023 at Denver, Colorado.

_____
United States District Court Judge