UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 23-CV-00316

| | |
|---|---|
| IN RE: STEPHEN ANTHONY NEARY, <br><br> Debtor. | Bankruptcy No. 20-10212-JGR |
| KARI AND PATRICK HARRINGTON, JESSICA AND SHANE LARSON, AND ARTURO ORTIZ AND TIMA EFENDIC-ORTIZ <br><br> Appellants, <br> v. <br><br> STEPHEN ANTHONY NEARY, <br><br> Appellee. | US District Court Case No. 23-CV-00316 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF**

Stephen Neary ("Appellee"), by and through his attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order extending the date by which he is required to file her responsive brief, and in support thereof, states as

1

follows:

### Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1(a)

Undersigned counsel for the Appellee conferred with counsel for the Appellants by email. Counsel for the Appellants advised that they do not oppose the requested extension.

### Relief Requested

1. Appellants initiated the above captioned appeal with the filing of a Notice of Appeal and Statement of Election on February 1, 2023, appealing the Bankruptcy Court's Order dismissing an Adversary Proceeding with prejudice based on the Appellants' failure to provide any of the 195 exhibits designated by the Appellants' ahead of trial in the Adversary Proceeding.

2. Appellants filed their Opening Brief on April 26, 2023.

3. On May 23, 2023, the Appellee filed a Motion to Strike Appellants' Brief ("Motion to Strike").

4. As set forth in the Motion to Strike, Appellants' Brief fails to meet almost all of the requirements of Fed. R. Bankr. P. 8014.

5. The Motion to Strike is currently pending before the Court. Because the Motion remains pending and has not yet been ruled, on, the Appellee requests an extension of the time in which he is required to file his Response Brief by thirty (30) days.

6.     This is Appellee's first request of an extension of the deadline to file his Response Brief.  As set forth above, undersigned counsel has conferred with counsel for the Appellants regarding this extension, and counsel for the Appellants has advised that they do not oppose the requested relief.

WHEREFORE, the Appellee prays the Court make and enter an Order granting the Appellee an extension of the time by which he is required to file his Response Brief by thirty (30) days, and for such further and additional relief as to the Court may appear just and proper.

DATED this 26th day of June, 2023.

Respectfully submitted,

*/s/ Keri L. Riley*
Keri L. Riley #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, Colorado 80264
Tel: (303) 832-2400
klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

      I certify that on May 26, 2023, I served a complete copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Joshua Brooks Sheade, Esq.
Sheade Law Office, LLC
4126 Shoshone Street
Denver, CO 80211

                                         **/s/Vicky Martina**
                                         **Vicky Martina**
                                         **Kutner Brinen Dickey Riley PC**